

PLAINTIFF'S
EXHIBIT

tabbies®

A

# Kansas Driving Handbook



Noncommercial Driver's Manual

AAMVA 09 Model Test Version

(Revised Nov. 2016)

Non Commercial Driver's Manual

COPYRIGHT AAMVA

All Rights Reserved

DE-9
(rev. 11/16)



Kansas' approximately 141,000 miles of roads keep our state's economy moving between cities and towns - both rural and urban – and these roads help us stay connected.



Even more importantly, these roads are built to keep safe our state's most valuable assets; people like you.

As drivers, we also have a big responsibility for keeping our roads safe, and this handbook was created with that purpose in mind.  Whether you are a new or experienced driver, it will help prepare you to successfully complete your driving test, which focuses on shared "rules of the road" that help us all drive safely.

One new item I want to highlight is the information about texting while driving.  Because a growing number of traffic accidents and deaths have been caused by people sending text messages while driving, the Kansas Legislature updated our driving laws to prohibit this activity that can dangerously distract us from the road.

I invite you to visit our website, **www.ksrevenue.org**, for answers to other questions you may have.  The Kansas Department of Revenue strives to make your experience with the Division of Vehicles quicker, more user-friendly, and convenient.  Our website gives you another way to take care of some services without leaving your house or waiting in lines.

Sincerely,

Sam Brownback
Governor

# Documents Required For A Kansas Driver's License or Non-Driver ID Card

**Kansas Department of Revenue, Driver**
**Licensing Field Services (DLFS)**

**When applying for any original driver's license or initial REAL ID driver's license or ID card (Credentials), you must present documentation of:**

- **Identity (name and date of birth) (Section A)**
- **Lawful Status in the United States (Section A)**
- **Kansas residency (Section B)**
- **Valid Social Security number or proof of ineligibility (Section D)**

## To Ensure That Your Application Process Is As Smooth As Possible, Remember to:

Verify you have all the correct documents before visiting a DLFS branch. Check www.ksrevenue.org. Documents must be original or certified copies. Faxed or photocopied documents will not be accepted. When applying for renewal of Non-REAL ID or REAL ID Credential, you must provide one item from Section B and your existing Credential. If you do not have your existing Credential with matching address, the examiner may review the DLFS system record to confirm consistency of current address with agency record.

Non-U.S. Citizens must be processed through the System Alien Verification for Entitlement (SAVE) prior to application for Credentials. Documents are subject to DLFS review and approval. The DLFS will retain images or copies of any document presented. In some cases, document approval may not occur on the same day and may require an additional visit. For info on obtaining birth certificates, etc., see www.cdc.gov/nchs/howto/w2w/w2welcom.htm

| IDENTITY/ LAWFUL PRESENCE | KANSAS RESIDENCY | SOCIAL SECURITY NUMBER | REPLACEMENT DL OR ID |
|---|---|---|---|
| Present ONE original document to establish identity/lawful presence. More than one document may be required. | Present TWO original documents for original applications. Present ONE document for renewals. | Present ONE original document to establish Social Security. | Present ONE original document for a replacement driver's license or ID card. |

### Section A

#### U.S. Citizen

- A certified copy of a birth certificate filed with a state office of Vital Statistics or equivalent agency in the individual's State of birth.
- Unexpired United States Passport or Passport Card
- U.S. Consular Report of Birth Abroad
- Certificate of Naturalization
- Certificate of Citizenship

#### Non-U.S. Citizen

- Unexpired Permanent Resident Card
- Unexpired Employment Authorization Card
- Unexpired Foreign Passport with valid U.S Visa and I-551 Stamp

*Note: Certain classifications must also be accompanied by additional documentation, for example:*

- *F-1's and M-1's must be accompanied by I-20*
- *J-1's and J-2's must be accompanied by a Certificate of Eligibility for Exchange Visitor, DS2019*
- *The I-94 for a Refugee/Asylee may be relied upon to establish lawful presence but should not be solely relied upon to establish identity.*

### Section B

*Note: Proof must come from two different types of source.*

- Kansas Renewal Notice/Postcard
- Kansas Vehicle Registration or Title
- Utility Bill, or equivalent electronic notice, not more than 2 months old
- Mail from a financial institution (i.e. monthly bank statement)
- Deed, mortgage, monthly mortgage statement, residential rental/lease agreement
- Kansas Voter Registration Card
- Letter from social welfare institution
- Current automobile, life or homeowners bill that includes the name and address of the applicant.
- Educational institution transcript forms for the current school year
- Unexpired professional license issued by a government agency in the U.S.
- W-2 Form, 1099 Form, or similar notice from employer, not more than 12 months old
- Mail from Federal, State, County or City Government agencies
- Identification certificate issued by the department of corrections to an offender under the supervision of the secretary of correction containing a residence address verification.

*Note: Proof of residential address may be established by a minor applicant's parent, step-parent, legal guardian, or other person with whom the applicant resides, along with a statement from such parent, step-parent, legal guardian, or other combined with necessary proof of their residential address*

### Section C

#### Social Security Number

- Social Security Card showing current full name
- Current W-2 Form
- If you do not have a social security number, you must bring a letter from the Social Security Administration indicating that you are ineligible

### CHANGE OF NAME

Present ONE original document to establish name change.

### Secton E

#### Change of Name

- Original or certified Marriage Certificate
- Original or certified Divorce Decree
- Original or certified Court Order of Adoption
- Court order of legal name change



*Note: a post office box address will not be accepted for address of principal residence*

### Section D

For a replacement Credentials you must present one form from Section A and one from Section B. The following items may also be relied upon for a replacement card.

- Military ID, Military dependent identification card, or military D.D. 214.
- Photo DL or ID previously issued by Kansas or any other state not expired for more than one year
- Commercially produced school yearbook with photograph of person and book is less than five years old.
- Student or employee identification card with photo
- A copy of any federal or state income tax return bearing the signature of the person.

*Note: additional authorized documents may be used in accordance with K.S.A 8-1326 and 8-246, and amendments thereto*

*Note: Due to Federal requirements, a Military IDs or military common access cards shall be relied upon for replacement purposes only and will not be scanned or copied by the examiner.*

DE-56A (rev. 10/13)

# AGE REQUIREMENTS

## Driver Licenses

- Commercial Class A, B or C (Interstate): 21 years of age or older
- Commercial Class A, B or C (Intrastate): 18 years of age or older
- Non-Commercial Class A or B: 18 years of age or older
- Non-Commercial Class C: 17 years of age or older
- Non-Commercial Class C (Restricted): 15 years of age, completed driver's education, completed (25 of the) 50 hours of practice driving while accompanied by an adult, 21 years of age or older, 10 of those 50 at night.
- Non-Commercial Class C or M 16 years of age, completed 50 hours of (Less Restricted Privileges): practice driving while accompanied by an adult, 21 years of age or older; 10 of those at night
- Non-Commercial Class C (Farm Permit): 14 or 15 years of age
- Non-Commercial Class C (Less Restricted Farm Permit)16 years of age, completed 50 hours of practice driving while accompanied by an adult, 21 years of age or older; 10 of those at night

For a more complete explanation of driving ages and requirements refer to
www.ksrevenue.org/vehicle.htm

## Instruction Permits

- Class C or M Instruction Permit: 14 years of age or older
- Non-Commercial Class A or B Instruction Permit: 18 years of age or older
- Commercial Instruction Permit (any class) 18 years of age or older

There are many online Driver' Eduction courses being offered over the internet. Internet courses do not meet requirements  for a Driver's License in Kansas.  The only programs that are apporved by the State of Kansas for Driver Education purposes are  programs offered through a local, accredited school district which have been approved by the Department of Education. Please note: a certificate of completion from an Internet Driver Education course will not be accepted for licensure. If unsure whether or not a program has been approved by the Department of Education you may contact the Department of Education at 785-296-8107 or the Kansas Division of Vehilces at 785-296-3963 or by e-mail at: jpeterson@ksde.org.

**COMMERCIAL CLASS LICENSES (CDL'S) CAN NOT BE PROCESSED AT COUNTY TREASURER OFFICE INCLUDING RENEWALS**

**KANSAS HAS PASSED A LAW THAT MAKES IT ILLEGAL TO TEXT MESSAGE WHILE DRIVING**

## Driver Solutions

**Driver Solutions maintains driving records and processes changes to driving privileges such as restrictions, suspensions, revoked licenses and reinstated licenses. We also coordinate adinistrative hearings on chemical test failures and test refusals and manage proof if insurance requirements for drivers.**

**Main Office Location (Walk-in)**
Topeka Driver's License Office
300 SW 29th Street
Topeka, KS 66611

**Mailing Address (including Express Mail)**
Driver Solutions
915 SW Harrison
P.O. Box 12021
Topeka, KS 66612-2021

**Telephone (available Monday through Friday, 8:00 a.m. to 4:00 p.m.)**
**785-296-3671**

**Fax: 785-296-6851**
**Note:** Please include full name and driver's license number.
Allow seven to ten business days to process after receipt.

**Hearing Impaired TTY:**
785-296-3613

**Driver Solutions walk-in services also available at:**
Mission Driver's License Office
6507 Johnson Drive
Mission, KS 66202

Wichita Driver's License Office
1873 W. 21st North
Wichita, KS 67203

**Office Hours**:
Walk-in customers
7:00 a.m. to 4:45 p.m. Tuesday through Friday
7:30 a.m. to 11:30 a.m. Saturday

**Disclaimer**

Portions of this manual have been summarized.  Kansas law will take precedence over the discrepancies or omissions in the manual.  For a complete citation of driver license statutes, refer to Chapter 8, Article 2 of the Kansas Motor Vehicle Act.



# Welcome to the Division of Vehicles' QLess Wait Line Management System

### In a hurry to get your driver's license?  So are we!

The QLess Wait Line Management System eliminates the need of standing in line by letting customers use their cell phones, computers or touch-screen kiosks located at the local facility to get in a virtual, mobile line.  Visit www.ksrevenue.org/qless.html to get started. Customers will receive a text shortly before thier turn arrives.

#### Cell Phone
Customers can choose to send a text message to the management system which will issue them a place in a virtual line. Shortly before their turn arrives, they will get a text from the system asking them to return to the vehicle office. To enter the line using your cell phone, **send a text to 641-243-8006 (NOTE: this line only accepts text messages, not direct calls) with one of the following:**

- **Andover DL Renewal** -- for license renewal, replacement, name or address changes
- **Andover DL Original** -- for new original license issuance, upgrades, transfers
- **Derby DL Renewal** -- for license renewal, replacement, name or address changes
- **Derby DL Original** -- for new original license issuance, upgrades, transfers
- **Mission DL Renewal** -- for license renewal, replacement, name or address changes
- **Mission DL Original** -- for new original license issuance, upgrades, transfers
- **Mission CC Renewal** -- for concealed carry renewals
- **Olathe DL Renewal** -- for license renewal, replacement, name or address changes
- **Olathe DL Original** -- for new original license issuance, upgrades, transfers
- **Topeka DL Renewal** -- for license renewal, replacement, name or address changes
- **Topeka DL Original** -- for new original license issuance, upgrades, transfers
- **Wichita DL Renewal** -- for license renewal, replacement, name or address changes
- **Wichita DL Origina**l -- for new original license issuance, upgrades, transfers
- **Manhattan DL Renewal** -- for license renewal, replacement, name or address changes
- **Manhattan DL Original** -- for new original license issuance, upgrades, transfers

# SECTION 1
## The Driver's License
**This Section Covers**
- About This Manual
- Types Of Driver's Licenses and Driver's Permits
- Required Noncommercial License Tests
- Driver License Renewal
- Loss of Driving Privileges
- [Out of State License or Driving on an Existing License]

## About This Manual

This manual provides information on safe driving rules and practices all drivers should know.  This manual does NOT provide information on all aspects of driving.  You may have to contact the Kansas Department of Revenue, Division of Vehicles for additional information.  Be sure to read the entire manual carefully.  You should read and study this manual to help you pass the written test(s) for a Driver's License.

Anyone who operates a motor vehicle, motorcycle or motor-driven cycle on public roadways in Kansas is required to have a Driver's License.  You are required to have a Kansas Driver's License within 90 days of moving to Kansas.

You may obtain a Driver's License if you:
- Are at least 16 years of age
- Are able to submit proof of name, age and address (legal presence if applicable)
- Have successfully completed an approved driver education course if under age (18) if applicable to Kansas
- Have parental/guardian consent if under age (18)
- Pass required Driver's License tests
- Turn in any Driver's Licenses or identification cards previously held
- Have not had your license suspended, revoked, denied or cancelled (in other words you are disqualified from your driving privileges)
- Are lawfully present in the United States
- Pass required medical requirements for the type of Driver's License desired
- Have not been found by a court to be mentally incompetent, have a substance or alcohol abuse problem, or be a habitual user of illegal drugs
- Have no unpaid fines for moving traffic violations

This manual will provide information needed to drive a noncommercial vehicle (passenger car).  If you want a license to drive a commercial vehicle (truck, bus, etc.), you will need to read the Commercial Driver's License (CDL) Manual and pass the appropriate knowledge and skills tests.  If you want a license to drive a motorcycle, you will need to read the Motorcycle Manual and pass the appropriate knowledge and skills tests, in addition to this manual.

## Types of Driver's Licenses and Driver's Permits
***Farm Permit*** --- *K.S.A. 8-296*
- Minimum age 14 but less than 16
- Must reside on a farm OR be employed for compensation on a farm
- A farm is at least 20 acres used in agricultural operations,
- If employed on a farm then an affidavit must be signed by the employer attesting to such employment, this affidavit is available at your local DMV office
- Parent/Guardian must sign an affidavit.
- Must pass the vision, written and driving examinations (or bring in a DE-99 completion slip from driver's education)

Driving Restrictions 15-16 Year Olds

- To and from, or in connection with, any farm job, employment, or other farm related work
- Directly to and from home and school, over the most direct route, for the purpose of attendance (Not school activities)
- NO non sibling, minor passengers
- NO wireless communication devices while driving except to report illegal activity or summon emergency help.

Driving Restrictions 16-17 Year Olds

Parent/Guardian must sign an affidavit attesting to at least 50 hours of driving time with at least 10 at night before the applicant can drive under the lesser restrictions for 16-17 year olds.  May drive anytime:

- From 5 a.m. to 9 p.m.
- To/From school and authorized school activities.
- To/From a religious worship service held by a religious organization.
- To/From, or in connection with, any job, employment or farm related work.
- When accompanied by a "licensed adult" in the front seat.
- Only one, non-immediate family, minor passenger allowed in the vehicle.
- NO wireless communication devices while driving except to report illegal activity or summon emergency help.

At 16 after holding a Lesser Restricted License or Farm Permit for 6 months then all age related driving restrictions are removed.

***Instructional Permit Class C or M*** — K.S.A. 8-239

- Minimum age of 14
- Less than 16 requires written application by the parent/guardian
- Affidavit must be signed by the parent/guardian at time of application at the Driver Licensing office
- Must pass vision and written examination.  Or, bring in the DE99 form that authorizes an Instruction Permit from an approved Driver's Education course currently being attended
- Expires in 1 year - may be renewed with testing

Driving Restrictions

- May only drive with a licensed adult in the front seat
- Licensed adult must be at least 21 years old and have at least one year driving experience
- No person but the supervising adult in the front seat
- No wireless communication devices while driving except to report illegal activity or summon emergency assistance

***Restricted License*** --- *K.S.A. 8-2,101*

- Minimum age of 15
- Must have held Instruction Permit for 1 year
- 15 year old applicants must have completed 25 hours of supervised driving.
- 15 year old applicants must have completed an approved Driver's Education course (not required if applying at age 16)
- 16 year old applicants must have completed 50 hours of supervised driving with 10 at   night.
- 16 year old applicants must pass the vision, written and driving examinations (or bring in the DE-99 completion slip from driver's education)
- A parent or guardian must sign an affidavit attesting to supervised driving.
- 15 year olds who have only completed 25 hours of supervised driving must submit another affidavit that they have completed the additional 25 hours with 10 at night in order to move to the restrictions for 16-17 year olds.

Driving Restrictions 15-16 Year Olds

- To and from, or in connection with, any job, employment, or farm related work
- Directly to/from home and school, over the most direct route, for the purpose of attendance on days school is in session. (Not school activities)
- When accompanied by a "licensed adult" in the front seat

- NO non- sibling, minor passengers
- NO wireless communication devices while driving except to report illegal activity or summon emergency help

Driving Restrictions 16-17 Year Olds
May drive at any time:
- From 5 a.m. to 9 p.m.
- To/From school and authorized school activities
- To/From a religious worship service held by a religious organization
- To/From, or in connection with, any job, employment or farm related work
- When accompanied by a "licensed adult" in the front seat
- Only one, non-immediate family, minor passenger allowed in the vehicle
- NO wireless communication devices while driving except to report illegal activity or summon emergency help.

After age 16 and Restricted License has been held for 6 months then all age related driving restrictions are removed.

### ***Unrestricted Driver's License*** — K.S.A. 8-235d
- Minimum age 17
- Must pass the vision, written and driving examinations (or bring in the gold, DE-99 completion slip from driver's education)
- Parent/Guardian must sign affidavit attesting to at least 50 hours of driving time with at least 10 at night (only for applicants who are less than 18 years old)

## Required Noncommercial License Tests
*Vision* – All driver license applicants will have their vision screened at the Driver Licensing Station, or present a Driver Licensing eye examination from completed in the last 90 days by a licensed Ophthalmologist or Optometrist. Vision must be at least 20/40 in one eye when screened at the Driver Licensing Station. If corrective lenses are required to meet this standard then a restriction will be placed on the Driver's License and the applicant will be required to wear corrective lenses anytime they are driving.

Those who do not pass the vision examination may take the Driver Licensing eye examination form and have it completed by a licensed Ophthalmologist or Optometrist. When this form is returned within 90 days of the eye exam, Driver Licensing may issue the driver's license, or require further testing, depending on the results of the exam.

*Knowledge Test* – This test consists of written questions on Kansas traffic laws and road signs. You will be required to answer questions about traffic laws and identify certain signs by their shape, color, or the symbol appearing on them.

*Driving Test* – You will need to take and successfully pass a driving test. You will drive a designated route designed to show your basic skills in operating a motor vehicle in traffic.

*Graduated Driver's Licensing (GDL)* – a system designed to improve road safety by allowing beginner drivers to get their initial driving experience under conditions that involve lower risk and introducing them in stages to more complex driving situations as they gain more experience in the driving environment.  Young drivers are provided with the support, skills and experience they need as they work towards becoming fully qualified drivers.

## Unsuccessful Examinations
If you fail to pass either the written test or driving test, you may take them again the next working day after paying a $1.50 re-exam fee. You may wait longer if you wish to study the handbook or practice driving.  You have four chances to pass the written test and four chances to pass the driving test. After the fourth failure of either test, you must wait a minimum of six (6) months before retesting.

Once you have successfully passed all of the required tests and met all other licensing requirements you may be issued a Driver's License.  Remember, getting a Driver's License is not a right; it is a privilege that must be earned and maintained.

**Driver License Renewal**

Permits: A Kansas Non Commercial Instructional Permit is valid for one year from the issue of the permit. Commercial Permits are valid for only 90 days. All Instructional Permits are renewed by retaking, and passing the written examination(s). Any license, permit, or ID card issued to a temporary resident will expire at the same time as their authorization to be lawfully present in the United States.

Driver's Licenses: At least 30 days prior to the expiration of your license, the Division of Vehicles will mail a notice of expiration or renewal application. This will be sent to the last address on file at Driver Licensing Field Services.

An Examiner will screen your eyesight when you come in for renewal.  Eyesight of at least 20/40 in one eye is required, with or without correction. An eye examination by a licensed optometrist or ophthalmologist of your choice will be accepted in lieu of the eye examination administered by the examiner, providing such examination was made not more than 90 days prior to the date of your renewal application. Based on the information provided on the vision examination form additional testing may be required.

Although a written examination is not required for every renewal, a Driver's License Examiner may require any applicant to pass a written or driving skills test if they suspect the applicant is unable to "exercise ordinary and reasonable control" of a vehicle. (K.S.A. 8-235d)

An additional $1.00 will be charged as a penalty to anyone whose license has expired. If the driver license has been expired for more than 1 year full testing will be required. Full testing includes the vision, written, and driving examinations.

Regardless of where you live in Kansas, your license may be renewed at any DMV office.  CDL holders and Registered Offenders must renew at a full service driver's license station.
If you are a Concealed Carry License holder with a separate card your driver's license renewal can be done at any station provided you are not making any changes to your record, (name, address or license number).

**Loss of Driving Privileges**
**YOUR DRIVING PRIVILEGES MAY BE SUSPENDED OR REVOKED**
Driving is a privilege. We all share our roads and highways. No one has a right to drive if they refuse to follow the rules of the road!

Your driving privileges may be suspended for violating any of the following statutes:
1. Conviction of three (3) moving violations within a twelve month period. (K.S.A. 8-255)
2. Refusing to submit to a chemical test to determine the alcohol/drug content of your blood is a mandatory 1 year suspension for the 1st refusal, 2 years for the 2nd refusal, 3 years for the third, and 10 years for the fourth refusal. (K.S.A. 8-1001 and 8-1002)
3. Failing to appear for a court date (mandatory indefinite suspension) or failure to respond to a traffic citation issued in this or another state. (K.S.A. 8-1219, 8-2107 & 8-2110)
4. Failing to maintain continuous liability insurance on your vehicle is a mandatory indefinite suspension. (K.S.A. 40-3104 and 40-3118)
5. Driving while under the influence of alcohol or drugs or testing .08 or above (K.S.A. 8-1567 & 8-1001)
6. Transporting an open container of liquor or cereal malt beverage (3.2 beer) (K.S.A. 41-804 & K.S.A. 41-2719)
7. Failing to report a traffic accident (K.S.A. 8-1609)

Your driving privileges may be revoked if you are convicted of:   (K.S.A. 8-254)
1. Vehicular homicide resulting from the operation of motor vehicle;
2. Failure to stop and render aid as required under the laws of this state in the event of a motor vehicle accident resulting in the death or personal injury of another;
3. Reckless driving;
4. Any felony in the commission of which a motor vehicle is used;
5. Attempting to elude a police officer;
6. Aggravated vehicular homicide;
7. Vehicular battery.

8. A fifth test result of .08 or greater  or refusal to submit to chemical testing to determine  the alcohol/drug content of  blood will result in a permanent license revocation (K.S.A. 8- 1001)

**Out of State License or Driving on an Existing License**

The following people can drive on a valid license as long as they are at least 16 years old:

*Military* - Members of the Armed Forces on active duty or members of foreign military on temporary duty with the Armed Forces, as well as their spouse and children.

*Student* – Students who live out of state and who are considered a non-resident for tuition purposes.

*Trainees or Instructors* - Employees of companies licensed to do business in Kansas, who are employed here temporarily to receive or give job instruction.

*Aliens* - Foreign tourists, teachers or business people who are here for up to one year and who hold valid Immigration Documents.

*Non Resident or Visitor* – If you have a state license you can drive in Kansas.

---

| **Test Your Knowledge** |
|---|
| Select the alternative (a, b or c) that best answers the question. <br><br> 1.  An Instructional Permit allows you to: <br>    a.  Operate a motor vehicle when supervised by another driver over age of 21 <br>    b.  Operate a motor vehicle without supervision <br>    c.  Observe another driver operate a motor vehicle <br><br> 2.  With a Class C Driver's License you may: <br>    a.  Operate any motor vehicle, regardless of size or weight <br>    b.  Operate vehicles with a gross vehicle weight rating of less than 26,001 pounds <br>    c.  Operate vehicles with a gross vehicle weight rating of more than 26,001 pounds <br><br> 3.  Your Driver's License will: <br>    a.  Expire on your birthday <br>    b.  Never expire <br>    c.  Expire after five years of issuance <br><br> These questions may be on the test.  If you cannot answer all of them, re-read Section 1. <br><br> 1.a   2. b   3. a |

# SECTION 2
## State/Provincial/Territory Laws and Rules of the Road

**This Section Covers**
- **State/Provincial/Territory Laws**
- **State/Provincial/Territory Rules of the Road**

**State/Provincial/Territory Laws**
BASIC SPEED LAW (K.S.A. 8-1557)
Kansas' basic speed law requires that you never drive a vehicle at a speed greater than is reasonable and prudent under the conditions then existing.  Consider road, weather and your vehicle condition, as well as your own physical condition. What might be a reasonable speed at one time may not be reasonable at another time because of differing conditions. Adjust your driving to road, traffic and weather conditions.

SPEED LIMITS (K.S.A. 8-1558)
Where no special hazards exist the law sets maximum speeds for normal driving conditions. Unless otherwise posted the maximum speeds are:
- In Towns or Cities:
        Thirty (30) miles per hour in any urban district
- On Roads and Highways Outside of Towns:
        Seventy-five (75) miles per hour on any separated, multilane highway as designated and posted by the Secretary of Transportation
        Sixty-five (65) miles per hour on any State or Federal Highway
        Fifty-five (55) miles per hour on any County or Township road

Unless otherwise posted – Maximum speed limits
20 mph -School Zone (when properly marked)
            -Business District (when properly marked)

SCHOOL BUSSES
The posted speed limit unless otherwise determined by school district policy.

MINIMUM SPEED/IMPEDING THE FLOW OF TRAFFIC (K.S.A. 8-1561)
Minimum speed limits may also be set on some roadways. Where they are posted, any speed below that is considered unlawful under normal weather, road and traffic conditions.

Even when a minimum speed is not posted, it is unlawful to drive a vehicle so slowly as to impede or block the normal movement of traffic. The exception is when it is necessary for safe operation in compliance with the basic speed law.

Seatbelts (K.S.A. 8-2501)
Kansas law requires that all occupants use safety restraints in passenger vehicles. Seatbelt use is now a "Primary Violation" in Kansas as well. If a law enforcement officer sees an unrestrained adult in a front seat, or an unrestrained child anywhere in the vehicle, then that vehicle can be stopped solely for that violation.

Child Restraints (K.S.A. 8-1344)
The driver of a "passenger car" is responsible for ensuring that all children in that vehicle are properly protected with the appropriate occupant restraints.  (A "passenger car" is any vehicle designed to carry fewer than 10 passengers. (K.S.A. 8-2501)

- All children under the age of 4 must be restrained in a federally approved child safety seat.
- All children 4 to 8 years of age must be restrained in a federally approved child safety seat or booster seat unless the child is taller than 4'9" OR weighs more than 80 pounds. Then they must use a seatbelt.
- Children 8 years and older must be protected by a seatbelt.

Avoid placing a rear-facing infant seat in an airbag-equipped seat position. If you must place it there then move that seat as far to the rear as possible. The safest position to place a safety seat is in the middle of the backseat. Read and follow the manufacturer's instructions for your car seat.

## SIGNALING FOR STOPS AND TURNS (K.S.A. 8-1548)
Before you slow down, turn or change lanes, make sure that you can do so safely. Let other drivers, cyclists and pedestrians know what you intend to do by giving the proper signal. All signals must be given at least 100 feet before making the actual move or turn. Signals should be held until you are ready to make the actual turn. If you are driving a vehicle required to have turn signals then you must signal your intentions to turn with your electric turn signals./

## TURNS ON MULTI-LANE ROADS (K.S.A. 8-1545)
In making a right turn from a four-lane divided highway, enter the right lane well in advance of the turn and make a tight turn into the right lane of the cross street.

For left turns, move near the center line or traffic divider and turn from the inside lane in a way that you will not swing wide and will enter the cross street just to the right of the center line.

Some intersections are marked to permit turns from more than one lane. You may make turns as indicated by signs or pavement markings.

## "U" TURNS (K.S.A. 8-1546)
Do not make a "U" turn on a curve, near the top of a hill or anywhere you cannot be seen by other drivers for at least 500 feet. Obey local ordinances and regulatory signs regarding such turns.

## PASSING (K.S.A. 8-1516, 8-1518, 8-1520)
On two-lane roads, with traffic moving in both directions, you may pass traffic on the left if the pass can be completed safely and without exceeding the speed limit. In preparing to pass, check the road ahead for sufficient distance and the road behind for other traffic that may be preparing to pass you. Turn on your left-turn signal before passing. Use your right-turn signal after passing before returning to the right lane. Do not return to the right lane too soon; wait until you can see the entire front of the vehicle you have just passed in your rearview mirror. When your car is being overtaken then stay in your lane and don't increase speed:

- Within 100 feet of a bridge, viaduct, or tunnel if your view is obstructed.
- Within 100 feet of crossing any intersection or railroad grade crossing.
- On a hill, curve, or any other place designated as a no-passing zone.
- Any time the left side of the road is not clearly visible and free of oncoming traffic.
- Where signs prohibit passing.
- Where there is a solid yellow line on your side of the centerline.
- Within 100 feet of an emergency vehicle that is stopped on the side of the roadway and has its emergency lights on.

The "No Passing Zone" is the only pennant-shaped warning sign. It marks the beginning of a no passing zone and is placed on the left side of the road facing the driver.

A double solid yellow line prohibits traffic in both directions from crossing the centerline. You must return to your driving lane before coming within 200 feet of any vehicle approaching from the opposite direction.

## PASSING ON THE RIGHT
You may pass another vehicle on the right when driving on one-way streets and highways marked for two or more lanes of traffic moving in the same direction. Do not drive on the shoulder to pass except during an emergency or when directed by traffic authorities. When passing on the right check traffic ahead and behind, and use signals to show your intention.

## FOLLOWING OTHER VEHICLES (K.S.A. 8-1523)
The law requires that you not follow a vehicle more closely than what is "reasonable and prudent". Weather, road conditions, and traffic will influence how far this distance is. You must be able to stop or turn in order to avoid a collision if the vehicle in front of you suddenly stops. Use the two second rule for measuring a safe following distance under prime conditions. Under adverse conditions use a four second following rule.

When you are following vehicles which stop often or make sudden turns (buses, delivery vans, police cars etc.) you should increase your following distance. When driving in bad weather you should increase your following distance even more.

Following too closely reduces the ability to see road and traffic conditions ahead. Without seeing what is ahead it is more difficult to avoid trouble as it develops.


STOPPING

- A complete stop is required:
- At a stop sign. You must stop at a clearly marked stop line, but if none, before entering the crosswalk on the near side of the intersection or, if none, then at a point nearest the intersecting roadway. K.S.A. 8-1528.
- When coming from an alley, private drive or building within a business or residential district. K.S.A. 8-1555
- When a school crossing guard is displaying an official flag in a STOP position. K.S.A. 8-15,103
- When directed by a flag person or any traffic control device at a railroad crossing. K.S.A 8-1551
- When directed by a flag person at a construction site, or anytime when directed by a police officer.
- When an emergency vehicle is coming toward you or approaches from behind and is displaying flashing red lights and/or sounding a siren. Immediately drive to the right and stop without blocking any intersection. K.S.A. 8-1530
- At a traffic signal that is flashing red.


School Busses: You must stop when meeting or overtaking a school bus, church bus or day care bus that is stopped to pick up or let off children. You must remain stopped until the STOP signal is retracted and the red lights are turned off. Traffic approaching a school bus in the opposing roadway of a divided highway is not required to stop. K.S.A 8-1556


RIGHT-OF-WAY

Right-of-way rules are an aid to safe and smooth traffic flow. They emphasize courtesy and common sense.

- The driver of a vehicle approaching an intersection must yield the right-of-way to a vehicle that has already entered the intersection from a different highway.
- When two vehicles enter an intersection from different roadways at approximately the same time the driver on the left shall yield the right-of-way to the vehicle on the right.
- When entering an intersection with no traffic controls you must yield to the vehicle on your right.
- If you are entering a through street or highway at which there are stop signs, you must stop completely and proceed when you can do so without interfering with other traffic.
- Emergency vehicles (police cars, fire engines and ambulances) have the right-of-way when they are displaying a red light in front or when they signal with a siren or bell.  Immediately drive to the right and stop until the emergency vehicles have passed. NEVER follow such vehicles. K.S.A. 8-1530
- When approaching a stationary emergency vehicle from the rear that is using flashing warning lights on a street or highway with two or more lanes in each direction,  proceed with due caution and move to a lane that is not next to the stopped emergency vehicle. If it is not possible to change lanes then the driver must reduce speed and proceed with due caution. K.S.A. 8-1530
- You must yield to construction vehicles and workers that are actually engaged in work on the roadway. Just as with emergency vehicles, you must move into a traffic lane that is not next to the construction vehicles when you encounter one working on the road.  K.S.A. 8-1531
- The driver of a vehicle turning left must yield the right-of-way to vehicles approaching from the opposite direction. If both cars enter the intersection at the same time, the car going straight through has the right-of-way.
- Vehicles on a public street or highway have the right-of-way over vehicles entering from a private drive or side road. K.S.A 8-1555
- The driver of a vehicle within a business or residential district emerging from an alley, driveway or building, must stop immediately prior to driving onto a sidewalk or onto the sidewalk area extending across any alleyway or driveway. After stopping the driver shall then yield the right-of-way.
- Cars controlled by a yield sign need stop only when necessary to avoid interfering with other traffic that has the right-of-way, including pedestrians.
- Do not enter an intersection, crosswalk, or RR Crossing unless there is sufficient space on the other side for your vehicle. Even though you may have a green light, you may not enter an intersection if there isn't room to get all the way across. K.S.A. 8-1584

PARKING (K.S.A. 8-1571 8-1572)

Parking is NOT allowed at the following places:

- Within an intersection.
- Within a pedestrian crosswalk at an intersection.
- Within 15 feet of a fire hydrant.
- More than 12" from a curb.
- In front of a driveway.
- On a bridge or other elevated structure upon a highway or within a tunnel.
- In "No Parking" zones designated by official signs.
- Double or, "two-deep" along the curb or side of street.
- On narrow streets or roads where parking would interfere with regular traffic.
- On a sidewalk.
- Within the 30 feet approaching any traffic control signal, stop sign, or flashing beacon at the side of the roadway.
- Between a safety zone and adjacent curb, or within 30 feet of points on curb opposite ends of safety zone.
- Within 50 feet of the nearest rail at railroad crossings.
- Within 20 feet of driveway entrance to a fire station and on side of street opposite  the entrance within 75 feet of entrance.
- Alongside or opposite any street excavation or obstruction when parking would obstruct traffic.
- In spaces identified as handicapped parking.

Cell Phones (K.S.A 8-1598)

Anything that distracts from the task of driving makes it more likely that driver will be involved in a traffic crash. Cell phones and other electronic devices can be especially distracting.

Kansas law prohibits the use of any electronic device to "write, send, or read" a written communication while driving. This includes texting, email, or any other writing. It does not include GPS devices or weather reports.

Talking, or dialing a phone number, on a cell phone is not specifically illegal in Kansas. However, anything that distracts from the task of driving is dangerous.

Just like all other driving skills, containing or managing your anger on the roadway requires training and thought prior to engaging in the driving task.  You should realize that responding to another driver's negative behavior can lead to a dangerous situation.

There are things you can do when confronted with aggressive drivers:

- Get out of their way.

- Do not challenge them by speeding up or attempting to hold-your-own in your path of travel.

- Avoid eye contact.  Eye contact can sometimes anger an aggressive driver.

- Do not challenge them by speeding up or attempting to hold-your-own in your path of travel.

- Ignore gestures and name calling from aggressive drivers and refuse to return them.

# SECTION 3
## Be in Shape to Drive
**This Section Covers**

- Vision
- Hearing
- Fatigue
- Driver Distractions
- Aggressive Driving
- Alcohol, Other Drugs and Driving
- Health
- Emotions

Driving is one of the most complex tasks that you will do during your lifetime.  It is not always easy to be a safe user of the roadway.  Driving is a task that involves risk and it is one of the few things you will do regularly that could injure or kill you.  It is well worth the effort to become a better driver and to continually improve your driving skills.

Being a safe driver takes a lot of skill, experience and judgment.  Learning to drive and continuing to drive well takes a lot of effort and commitment.  Your ability to drive safely depends on the ability to see clearly, **not** driving while tired, **not** driving while influenced by alcohol and/or drugs, being generally healthy and being emotionally fit.

### Vision
Good vision is critical for safe driving.  Your control of the brake, accelerator, and steering wheel is based on what you see.  If you cannot see clearly, you will have trouble identifying traffic and roadway conditions, spotting potential trouble or responding to problems in a timely manner.

Vision is so critical that Kansas requires that a vision test must be passed before you can obtain a license.  The vision test measures that you have at least 20/40 vision in at least one eye, with or without corrective lenses.  If your vision can be corrected by corrective lenses to meet these requirements, the license issued will be restricted to "corrective lenses" requiring you to wear glasses or contact lenses while you drive a motor vehicle.

Because seeing well is so critical to safe driving, you should have your eyes checked regularly by an eye specialist.  You may never know you have poor vision unless your eyes are tested.  If you need to wear glasses or contact lenses for driving, remember to:

- Always wear them when driving, even if it is only to drive to a local corner store.  If your driver license says corrective lenses are required, it is illegal to move a vehicle without using corrective lenses.

- Keep an extra set of corrective lenses in your vehicle.  If your normal corrective lenses are broken or lost, you can use the spare lenses to drive safely.

- Avoid using dark or tinted corrective lenses at night, even if you think they help with glare.  Tinted lenses cut down the light that you need to see clearly under night driving conditions.

### Hearing
Hearing can be helpful to safe driving.  The sound of horns, a siren or screeching tires can warn you of danger.  A sudden change in the hum of tires on pavement can tell you the road surface or the tires have changed.  The sound of your engine tells you if it is working right.  As in the case of bad eyesight, hearing problems can come on so slowly that you may not even notice it.

### Fatigue
Fatigue is physical or mental tiredness that can be caused by physical or mental strain, repetitive tasks, illness or lack of sleep.  Just like alcohol and drugs, it impairs your vision and judgment.  Fatigue causes errors related to speed and distance, increases your risk of being in a crash and causes you to take more time to make decisions, which can make you more irritable and make you get upset more easily.  When you are fatigued, you could fall asleep behind the wheel and crash, injuring or killing yourself or others.

**Before a Trip Do the Following:**

- Get adequate sleep—most adults need 7 to 9 hours to maintain proper alertness during the day

- Schedule proper breaks—about every 100 miles or 2 hours during long trips

- Arrange for a travel companion—someone to talk with and share the driving

- Avoid alcohol and sedating medications—check your labels or ask your doctor

**Ways to Prevent a Fatigue-Related Crash While Driving:**

- Watch for the warning signs of fatigue, such as having to turn up the radio or roll down the window to wake yourself up, having trouble keeping your eyes open or drifting from your lane.

- Stop driving—pull off at the next exit, rest area or find a place to sleep for the night.

- Take a nap—find a safe parking area to take a 15 to 20 minute nap.

- Consume caffeine—the equivalent of 2 cups of coffee can increase alertness for several hours. Avoid drinking too much caffeine and keep in mind that it will wear off.  Do not rely on caffeine to prevent fatigue.

- Try consuming caffeine before taking a short nap to get the benefits of both.

- Driving at night – Try not to drive late at night between the hours of midnight and 6 a.m.

- The best way to prevent fatigue is sleep.

**Driver Distractions**

A distraction is anything that takes your attention away from driving.  Driver distractions may occur anytime and anywhere.  Distracted driving can cause collisions, resulting in injury, death or property damage.  Taking your eyes off the road or hands off the steering wheel presents obvious driving risks.  Mental activities that take your mind away from driving are just as dangerous.  Your eyes can gaze at objects but fail to see them because your mind is thinking of something else.

Possible distractions that could occur inside a moving vehicle:

- Using any electronic devices (i.e. cell phones, global positioning systems (GPS), DVD players, dashboard control panel, etc.)

- Adjusting radio, compact disc or climate controls

- Grooming (shaving, applying makeup, combing hair, etc.), eating, drinking or smoking

- Talking to passengers or attending to children or pets in the vehicle

- Reading maps or other literature

- Picking up something that fell

Possible distractions that could occur outside a moving vehicle:

- Outside traffic/vehicle (i.e. police pulling someone over, crash scene)

- Sunlight/sunset

- People/objects in roadway

- Road construction

- Reading billboards or other road advertisements

There are things you can do to keep from getting distracted:

- Avoid using cell phones.  If you need to use your cell phone stop in a safe parking area.

- Avoid arguments and stressful or emotional conversations with passengers that may distract your attention from the road.

- Instead of eating while driving, leave a little early to allow yourself time to stop to eat.

- Be sure children are properly and safely buckled up and give them books, toys or games to occupy their time.

- Properly secure pets in a pet carrier or portable kennel before moving your vehicle.

- Adjust vehicle controls before you begin your trip, take advantage of normal stops to adjust controls or ask your passenger to adjust controls.

- Do not look at something in the distance.  Those things are never more important than concentrating on your immediate path of travel.

- Review maps and plan your route before you begin driving.  If you need to look at a map while driving stop in a safe parking area.

- Do not talk with friends in other vehicles or wear headphones to listen to music.  These can be deadly when combined with driving.

- Stay focused, pay attention and expect the unexpected.

You must maintain your attention to the driving task.  You are completely and solely responsible for operating your vehicle in a safe manner.  This includes the responsibility for controlling everything that occurs within the vehicle as well.  If you are distracted and you experience a crash, the responsibility falls on you, not the distraction.

**Aggressive Driving**
Aggressive driving occurs when an individual intentionally commits an action or a moving traffic offense, which endangers other persons or property. When drivers are aggressive they lose control of their emotions and use their vehicle to harm others.

Some behaviors typically associated with aggressive driving include: exceeding the posted speed limit, following too closely, erratic or unsafe lane changes, improperly signaling, failure to obey traffic control devices (stop signs, yield signs, traffic signals, railroad grade cross signals, etc.), rude gestures or language, threatening another driver with a weapon or chasing a vehicle to do harm.

To prevent yourself from becoming an aggressive driver relax and concentrate on driving.  Be sure to drive the posted speed limit, be realistic about your travel time and be courteous and forgiving.

Drive away from the area, if possible and report serious aggressive driving.

**Alcohol, Other Drugs and Driving**
Alcohol and other impairing drugs are involved in approximately 40% of all traffic crashes in which someone is killed each year.  If you drink alcohol or use other impairing drugs and drive, even a little, your chances of being in a collision are much greater than if you did not drink any alcohol or use any other drugs.

**If you are under 21**
If you are under the age of twenty-one (21) it is illegal to purchase, possess and drink alcoholic beverages. Alcohol and other impairing drugs affect a person's ability to perceive their surroundings, react to emergencies and skillfully operate a motor vehicle.  For new drivers learning complex skills, the effects of alcohol and other impairing drugs is greater.  All states have "Zero Tolerance" laws (no alcohol in the circulatory system) or similar laws for drivers under the age of 21.

**Effects of Alcohol and other Impairing Drugs**
Alcohol and other drugs reduce the important skills you need to drive safely.

- *Judgment* – Judgment is a brain-centered activity that stores all of your experiences and knowledge so it can be used quickly when you face a new problem.  Alcohol and other impairing drugs affect those areas of your brain that controls judgment.  This is one reason why drinking alcohol and taking certain types of drugs is so dangerous.

16

- *Vision* – The most important sense you use in driving is vision.  Alcohol and certain types of drugs can blur your vision, slow your ability to focus and cause double vision.  Your vision helps you to determine how far away an object is and the object's relationship to your path of travel.  Alcohol and other impairing drugs reduce the ability to judge distance, speed and the movement of other vehicles.  With increasing impairment, you could drift across the centerline, wander from lane to lane, or even run off the roadway.  Vision is impacted at .02 BAC for all drivers.

- *Color Distinction* – A lot of the information you receive on the roadway is from different colors such as traffic signs, signals and roadway markings.  Alcohol and other impairing drugs reduce your ability to distinguish colors, which can be very dangerous.

- *Reaction Time* – Alcohol and other impairing drugs slows your ability to process information and respond to critical driving tasks.  Alcohol and impairing drugs makes you drowsy and less alert to what is around you.

**Alcohol**

Never let a friend or relative drive if they have been drinking.  If a friend or relative has been drinking:

- take their keys away
- arrange for a driver who has not been drinking
- call a cab
- have them stay overnight

There is no way to get all the alcohol or other drugs out of the circulatory system in order to become sober quickly.  Coffee, fresh air, cold showers or eating will not help to remove the alcohol or other drug combination from the circulatory system.  Time is the only medically-proven method to remove alcohol or other drug combinations from the circulatory system.  It takes about an hour for the body to get rid of one normal drink from the circulatory system.  Therefore, if someone has had four normal drinks, they should wait four hours or more before they drive.  Keep in mind that sober means that no alcohol or other impairing drugs are in the circulatory system of the body.

The best advice is not to drive a vehicle of any kind if alcohol or other drugs are consumed.  Impairment starts with the first drink.  Even one drink of alcohol can affect a person's ability to operate a motor vehicle.  With one or more drinks in the bloodstream a person is visibly impaired and could be arrested for driving under the influence of alcohol or other drugs.

**Alcohol and the Law**

If you are found to be over .08 blood alcohol concentration (BAC) you are in violation of the law.  If you are arrested for drinking and driving, the penalties are severe.  If you have a BAC of .08 or more, your driver's license and driving privileges may be suspended for 30 days and you may be subject to criminal penalties.  In Kansas, if you are under (21), you can also be arrested for alcohol impairment at [.02%].  BAC is the percentage of alcohol in relation to the amount of blood in your body.  Even under .08 you are still impaired.  Under the law you can still be convicted for driving impaired.



An Alcohol Concentration test measures how much alcohol is in your system and is usually determined by a breath, blood or urine test.  You are required to take a BAC test if asked by a police officer due to Kansas implied consent law (K.S.A. 8-1001). Kansas implied consent law is based on the principle that when you get your Driver's License you have implicitly consented to a lawfully requested test to determine the alcohol content of the blood, breath, urine or other bodily substance if suspected of impaired driving. You can lose your Driver's License for one year if you refuse to take a BAC test.

If you are found guilty of an alcohol violation and it is your first conviction, you may be fined from $750 - $1000 plus court costs.  You could be sentenced to a minimum of 48 hours in jail or 100 hours of community service and your license will be suspended. You will also be required to drive with an ignition interlock device. For second and subsequent convictions, the penalties are much worse.]

**Other Impairing Drugs and Driving**

Besides alcohol, there are many other drugs that can affect your ability to drive safely. These drugs can have effects like those of alcohol, or even worse.  This is true of many prescription drugs and even many of the drugs you can buy, over-the-counter, without a prescription.

*Over-the-Counter Drugs*

Over-the-counter drugs taken for headaches, colds, hay fever or other allergies or those to calm nerves can make you drowsy and affect your driving.  Pep pills, "uppers" and diet pills can make you feel nervous, dizzy, unable to concentrate, and they can affect your vision.  Check the label on the product before you take an over-the-counter drug for warnings about its effect.  If you are not sure if it is safe to take the drug and drive, ask your doctor or pharmacist about any side effects.

*Prescription Drugs*

Some prescription drugs can impact your driving and can affect your reflexes, judgment, vision, and alertness in ways similar to alcohol.  Prescription drugs, such as, antidepressants, pain reducers, sleep aids and sedatives will have an impact on driving safely.  Check the label on the prescription and packaging before you take a drug for warnings about its effect.  If you are not sure if it is safe to take the drug and drive, ask your doctor or pharmacist about any side effects.

*Illegal Drugs*

It is against the law to purchase, possess and consume illegal drugs. Illegal drugs can impact your driving and can affect your reflexes, judgment, vision, and alertness in ways similar to alcohol. For example, studies have shown that people who use marijuana make more mistakes, have more trouble adjusting to glare and get arrested for traffic violations more than other drivers.  If you are found guilty of a drug-related charge of driving under the influence and it is your first conviction, you may be fined $750 - $1000 plus court costs. You could be sentenced to a minimum of 48 hours in jail or 100 hours of community service and your license will be suspended. You may also be subject to other criminal penalties. For second and subsequent convictions, the penalties are much worse.

*Alcohol and Other Impairing Drugs*

Never drink alcohol while you are taking other drugs. These drugs could multiply the effects of alcohol or have additional effects of their own. These effects not only reduce your ability to be a safe driver but could cause serious health problems, even death.

You cannot drink alcohol or use other impairing drugs and operate a vehicle safely, even if you are an experienced driver. You should never drink alcohol or use other impairing drugs and drive.  It is not only unsafe and irresponsible, it is also illegal.

## Health

Driving is a complex skill.  Many health problems – a bad cold, infection or virus can affect your driving.  Even little problems like a stiff neck, a cough or a sore leg can affect your driving.  If you are not feeling well and need to go somewhere, let someone else drive.

There are many health conditions that can affect your driving.  Many over-the-counter and prescription medications can affect your driving.  Check with your doctor if you feel you may have a condition that could prevent you from driving safely.

## Emotions

Emotions can have a great effect on your driving safely.  They can interfere with your ability to think, can create mental distractions, increase risk taking, create a lack of attention, and can interrupt the ability to process information.  You may not be able to drive well if you are overly worried, excited, afraid, angry or depressed.

There are ways of dealing with your emotions:

- If you are angry or excited, give yourself time to cool off.  If necessary take a short walk or nap, but stay off of the road until you have calmed down.

- If you are worried, down or are upset about something, try to keep your mind on your driving.  Some drivers find that listening to the radio helps, as long as it is not distracting from safe driving.

- If you are impatient, give yourself extra time for your driving trip. Leave a few minutes early. If you have plenty of time, you may tend not to speed or do other things that can get you a traffic ticket or cause a crash.  For example, do not drive faster than the flow of traffic.  Darting in and around other traffic can be fatal.

- Have someone else drive.

**Test Your Knowledge**

Select the alternative (a, b or c) that best answers the question.

1. To prevent a fatigue-related crash while driving:
   a. Continue driving so you will reach your destination sooner
   b. Drive late at night when there are not as many users on the roadway
   c. Find a safe parking area to take a 15 to 20 minute nap

2. If you are driving and you need to use your cell phone it is best to:
   a. Carefully use your cell phone, but do not talk for a long time
   b. Stop in a safe parking area and then make the call
   c. Use a hands-free device so you can keep both hands on the steering wheel

3. To prevent yourself from becoming an aggressive driver:
   a. Relax and concentrate on driving
   b. Drive above the posted speed limit
   c. Tailgate the driver in front of you

4. If you are over _____ blood alcohol concentration (BAC), you are in violation of the law.
   a. .08
   b. .10
   c. .04

These questions may be on the test.  If you cannot answer all of them, re-read Section 3.
1. c   2. b   3. a   4. a

# SECTION 4
## Before You Drive

**This Section Covers**
- Adjusting Seat and Mirrors
- Using Safety Belts and Child Restraints
- Air Bags
- Child Passenger Safety Laws

Your safety and that of the public, depends a lot on what you do before driving, including adjusting the seat and mirrors, using safety belts and understanding the importance of air bags and child passenger safety laws.

**Adjusting Seat and Mirrors**

You should always adjust your seat and mirrors before you start to drive.  It is important to do this so you can see clearly and have full control of the vehicle's foot pedals and steering wheel with appropriate space for airbag deployment.

- Your foot should be able to pivot smoothly from brake to accelerator while the heel is kept on the floor.  If so equipped, the steering wheel/column may also be adjusted.  The top of the steering wheel should be no higher than the top of your shoulders and below the chin level.  There should be 10 inches between your body and the bottom of the steering wheel.  Do not move the seat so far forward that you cannot easily steer and do not recline the seat so far back that you cannot reach the steering wheel or use your mirrors effectively.  If necessary, use a seat cushion and/or pedal extensions to increase your view.

- Head restraints are designed to prevent whiplash if you are hit from behind.  Whiplash is neck pain that may occur when you are in a crash where force is applied to your neck that results in movement beyond the neck's normal range of motion.  To help prevent whiplash the head restraints should be adjusted so the head restraint contacts the back of your head and not below the level of your ears.

- Adjust your rearview mirror so that it frames the rear window.  You should be able to see traffic flow to the rear of the vehicle with the rearview mirror.

- If you have a day/night mirror, make sure it is set for the time of day you are driving.

*Traditional Mirror Settings*

- After the seat is properly adjusted and you are seated in an upright position adjust the left side view mirror to see the left edge of the vehicle and adjust the right side view mirror to see the right edge of the vehicle.

- This setting may be more appropriate for trucks, vans and SUV type vehicles when towing or backing in tight areas.  Passenger vehicle side view mirrors are not designed for backing the vehicle.

*Enhanced Mirror Settings*

- After the seat is properly adjusted and you are seated in an upright position, adjust the left/right side view mirror by leaning your head to the left/right until it touches the driver side window/center of vehicle, about five inches so that the rear fender is just visible on the right/left edge of the mirror about a half inch up from the bottom.

- **Note: You will not see the left and right sides of the vehicle when glancing at the outside mirrors; however, this adjustment adds 12 to 16 degrees additional viewing area to each side of the vehicle.  This setting may not work on all vehicles and therefore the traditional mirror setting may be appropriate.**

**Using Safety Belts**

Before you drive away, always fasten your safety belt and make sure all your passengers are using safety belts or child restraints.  Also, remember to lock the vehicle's doors and turn on the childproof locks if children are in the vehicle.

Studies have shown that if you are in a crash while using safety belts, your chances of being hurt or killed are greatly reduced.  Safety belts will move with you and lock up if a crash occurs.  They keep you from being thrown from the vehicle and against parts inside of your vehicle.  In addition to protecting you from injury as a driver, safety belts help you keep control of the vehicle.  If you are struck from the side or make a quick turn, the force could push you sideways and therefore you cannot steer the vehicle if you are not behind the wheel.  In Kansas, it is illegal to drive or to be a front-seat passenger, without wearing safety belts.  (K.S.A. 8-2503)

Wear a safety belt all the time, not just on long trips or high-speed highways.  More than half of the crashes that cause injury or death happen at speeds less than 40 mph and within 25 miles from home.

It is important to wear the safety belt correctly.

- A shoulder harness is worn across the shoulder and chest with minimal, if any slack.  The shoulder harness should **not** be worn under the arm or behind the back.  Wearing the harness the wrong way could cause serious internal injuries in a crash. See figures below.




|  Correct  |  Incorrect  |

- The lap belt should be adjusted so that it is snug and lies low across your hips after fastening.  If you have an automatic shoulder belt, be sure to buckle your lap belt as well.  Otherwise, in a collision you could slide out of the belt and be hurt or killed.

- You should be seated upright with your back against the seat and feet on the floor.  Improper seating positions, such as slouching or resting one's feet on the dashboard can result in reduced effectiveness of the vehicle's restraint system and possibly result in injury.

- **Safety belts should be worn even if the vehicle is equipped with air bags.  While air bags are good protection against hitting the steering wheel, dashboard or windshield, they do not protect you if you are hit from the side or rear or if the vehicle rolls over.  In addition, an air bag will not keep you behind the wheel in these situations.**

- The law requires that all children under the age of 14 must be secured in the rear seat and wear appropriate safety restraints while the vehicle is in motion.

**Air Bags**

Air bags are supplemental restraints and are designed to work best in combination with safety belts.  In a crash they supplement the safety belt by reducing the chance that your head and upper body will strike some part of the vehicles interior.  They also help reduce the risk of serious injury by distributing crash forces more evenly across your body.  Since air bags deploy only once and deflate quickly after impact, they will not be helpful during a secondary collision.  Safety belts help to properly position your body to maximize the air

bag's benefits and help restrain you during the initial and any following collisions.  So, it is extremely important that safety belts always be worn, even in air bag-equipped vehicles.

Front air bags are designed to deploy in frontal and near-frontal collisions.  They are not designed to deploy in side impact, rear impact or rollover crashes.  In order to protect yourself in these collisions your vehicle must be equipped with side impact air bags.

Air bags must inflate very rapidly to be effective, and therefore come out of the steering wheel or instrument panel with great force.  Because of this initial force, contact with a deploying air bag may cause injury.  These injuries, when they occur, are typically minor abrasions or burns.  More serious injuries are rare; however, serious or even fatal injuries can occur when someone is very close to, or in direct contact with an air bag when the air bag deploys.  There are ways to help prevent injury due to deployment of an air bag:

- In most vehicles, you should adjust your seat so at least 10 inches is between the center of your chest and the center of the steering wheel.  Refer to your vehicle owner's manual for proper seat adjustment with air bags.

- To direct the air bag at your chest instead of your face, raise your seat or use a cushion and/or adjust the steering wheel downward.

- You should place your hands on the outside of the steering wheel, never across the steering wheel where the air bag deploys.

- Never secure a child in the right front passenger side, especially if your vehicle has an air bag.  If the air bag deploys it could hurt the child.  Children age 12 and under should sit in the rear seat of the vehicle to avoid injury from an air bag in the event of a crash.

- Most vehicles without rear seats or with small rear seats, such as pickup trucks or sports cars have a passenger air bag on-off switch as standard equipment.  The purpose of the switch in the off position is to disable the front passenger air bag to transport a child age 12 or under in the right front passenger seat.

- Read your vehicle owner's manual for specific information about the air bags in your vehicle.

**Child Passenger Safety Laws**

Using a safety restraint correctly makes a big difference.  A child safety seat may not protect a child in a crash if it is not used correctly and installed properly in your vehicle.  Check to be sure that all children age 12 and under are properly restrained in the back seat and that a rear-facing child safety seat is never placed in front of an active passenger air bag.  Also remember:

- Infants from birth to at least age one, and until they are at least 20 pounds should ride in the back seat in a properly installed, rear-facing infant seat.

- Toddlers over one year old and at least 20 pounds should ride in the back seat in a properly installed, forward-facing child safety seat.

- Children between the ages of 4 and 8, who are no more than 4 feet 9 inches tall, should ride in the back seat in a properly installed, booster seat.

- When children outgrow their booster seats, usually at age 8 or when they are 4 feet 9 inches tall, they can use the adult safety belt in the back seat.

- To read your vehicle owner's manual and child restraint directions for more specific information on child restraint systems.

**Test Your Knowledge**

Select the alternative (a, b or c) that best answers the question.

1. The traditional mirror setting:
   a. May be more appropriate when towing or backing in tight areas.
   b. Adds 12 to 16 degrees additional viewing area to each side of the vehicle.
   c. Can be adjusted by leaning your head to the left/right until it touches the driver side window and the rear fender is just visible.

2. Safety belts:
   a. Do not need to be worn if your vehicle is equipped with air bags
   b. Only need to be worn when driving on long trips
   c. Must be worn at all times

3. Where should you place a child under 12 years old in a vehicle equipped with air bags?
   a. The front seat
   b. The back seat
   c. In either the front or back seat

These questions may be on the test.  If you cannot answer all of them, re-read Section 4.

1.a   2. c   3. b

# SECTION 5
## Basic Driving

**This Section Covers**
- Starting
- Accelerating
- Stopping
- Steering
- Backing

The following section offers basic driving information on starting, accelerating, stopping, steering and backing a vehicle. These basic skills are important to learn before moving on to more complex skills.

### Starting
Check the vehicle owner's manual for how to start the vehicle. Make sure the parking brake is set before you start the vehicle. If the vehicle has automatic transmission place your right foot on the brake pedal and check gear selector lever for park. If the vehicle has a manual transmission press the clutch to the floor with your left foot and put the gearshift lever in neutral. Place the key in the ignition and turn ignition switch to the on position. Check indicator lights and gauges (fuel level, ABS, air bags, etc.). Then turn the ignition switch to start, turn on the low beam headlights and lock the doors.

### Accelerating
If the vehicle has automatic transmission, release the parking brake and press the brake pedal, move gear selector lever to "D" (drive). If the vehicle has a manual transmission, keep the clutch pedal to the floor, move the gearshift lever from neutral to first, press the brake pedal and release the parking brake. Check forward for safe path and check for traffic to the sides and behind. Signal and if safe, move foot to accelerator and press gently, if applicable release the clutch slowly. If you release the clutch suddenly, the vehicle will jerk forward and the engine may stall. Accelerate gradually and smoothly with the top of your foot on the pedal and the heel of your foot on the floor, if applicable lightly press down on the accelerator pedal and let the clutch up gradually. Trying to accelerate too fast can cause the drive wheels to spin, particularly on slippery surfaces, and could cause the vehicle to slide. It can also gradually help save fuel.

Increase speed gradually when traction is poor, as in rain, snow or sandy/gravel areas of the roadway. If you use too much power, the drive wheels may spin and you could lose control. If the drive wheels begin to spin, take your foot off the accelerator.

### Stopping
If the vehicle has automatic transmission, check mirrors for traffic. If moving to the curb, check over your shoulder and signal your intentions. If stopping at a stop sign or traffic signal, stop behind sign, stop line or crosswalk, as appropriate. Release the accelerator to allow the vehicle to slow. Move your foot to the brake pedal and press with steady pressure for a smooth stop. If applicable, press clutch pedal down and shift into first gear when stopped.

### Steering
The steering wheel is always turned in the direction you want the vehicle to move, whether moving forward or in reverse.

### Hand Position
Both hands should be placed on the outside of the steering wheel on opposite sides. Your grip on the steering wheel should be firm but gentle. Use your fingers instead of the palms of your hands and keep your thumbs up along the face of the steering wheel. Never turn the wheel while gripping it from the inside of the rim.

**Types of Steering Methods**

There are four methods of steering, which can be used when turning at intersections, moving through curves, changing lanes, evasive actions, off-road recovery, operating vehicle controls, parking, turnabouts and backing.  When performed properly, each can provide smooth, continuous steering control for specific vehicle control activities.

*Hand-to-hand steering* – Use hand-to-hand steering, commonly called push/pull steering, when turning the wheel during normal driving activity going forward above 10-15 mph.  When using hand-to-hand steering your left hand grasps the wheel between 7 and 8 o'clock and your right hand grasps the wheel between 4 and 5 o'clock.  Depending on the direction of the turn, your right or left hand pushes the wheel up and the opposite hand slides up, grasps the wheel and pulls down to continue the turn.  While the pulling hand moves down, the hand that initially pushed up slides back toward its original position to make adjustments as needed.  The driver should use the area on the wheel between 11 and 8 o'clock with the left hand and the area on the wheel between 1 and 8 o'clock with the right hand regardless of the direction of the turn.  Simply reverse the hand-to-hand process to bring the vehicle into your intended path.

Since your hands and arms never cross over the steering wheel, there is less chance of injury to the face, hands and arms in the event of a frontal crash when a vehicle is equipped with a driver side air bag.  This is the preferred method of steering, 2 and 10 o'clock is not recommended because it can be dangerous in vehicles equipped with air bags.

*Hand-over-hand steering* – Use hand-over-hand steering when turning the wheel at low speeds, such as at an intersection or when parking the vehicle.  When using hand-over-hand steering, your left hand grasps the steering wheel between 8 and 9 o'clock and your right hand grasps the wheel between 3 and 4 o'clock.  Depending on the direction of the turn, use the right top third of the steering wheel to move the wheel to the right and use the left top third of the wheel to move the wheel to the left.  This process is repeated as necessary.  Simply reverse the hand-over-hand process to bring the vehicle into your intended path.

*Evasive action steering* – When anti-lock brakes are engaged (if equipped) and steering inputs are required to avoid a hazard or the vehicle is forced off the roadway, it may be necessary to limit the steering input to avoid moving out of the intended lane of travel and across other lanes of travel.  As speeds increase much less steering input is needed to move the vehicle one lane space to the left or right.  Modern vehicles only take 45 to 90 degrees of steering to move a vehicle back on the road after an off-road encounter.  It is critical to limit the steering to not more than 180 degrees of steering when trying to evade a problem on the roadway.  When more than 180 degrees of input is used, traction loss occurs and often the vehicle moves across the roadway in the approach of oncoming vehicles.

*One hand steering* – Use one hand steering only when backing or operating vehicle controls (wipers, flashers, lights, etc.) that require a temporary reach from the steering wheel.  When the driver is required to reach for an operating control, it is important to keep the other hand in the normal vehicle operating position of 8-9 o'clock or 3-4 o'clock, depending on the steering wheel design.  The only time that 12 o'clock is recommended is when backing a vehicle to the left or right and the driver has to turn in the seat in order to see the path of travel to the rear.



**Backing**

It is hard for you to see behind your vehicle; therefore, try to do as little backing as possible.  In a shopping center, try to find a parking space you can drive through, so you can drive forward when you leave.  Where backing is necessary, to safely back your vehicle you should:

- Check behind your vehicle before you get in.  Children or small objects cannot be seen from the driver's seat.

25

- Place your foot on the brake and shift to reverse.  Grasp the steering wheel at 12 o'clock with your left hand.  Turn the wheel to the right and place your right arm on the back of the seat and look directly through the rear window.  You may use your rearview and side mirrors for backing but keep in mind that these mirrors do not show directly behind your vehicle.

- Accelerate gently and smoothly, keeping speed slow, your vehicle is much harder to steer while you are backing.  Steer slightly in the direction the rear of the vehicle should move.  If backing while turning, make quick checks to the front and sides.  Continue looking to the rear until coming to a complete stop.

---

**Test Your Knowledge**

Select the alternative (a, b or c) that best answers the question.

1.  Before you start the vehicle:
    a.  Turn the low beam headlights on
    b.  Make sure the parking brake is set
    c.  Place your foot on the accelerator

2.  Where should your hands be placed on the steering wheel when using hand-to-hand steering?
    a.  Left hand between 9 and 10 o'clock and right hand between 2 and 3 o'clock
    b.  Left hand between 10 and 11 o'clock and right hand between 1 and 2 o'clock
    c.  Left hand between 7 and 8 o'clock and right hand between 4 and 5 o'clock

3.  Before stopping your vehicle on the roadway:
    a.  Place your foot on the accelerator
    b.  Check mirrors for traffic
    c.  Set the parking brake

These questions may be on the test.  If you cannot answer all of them, re-read Section 5.

1. b   2. c   3.  b

---

# SECTION 6
## Rules of the Road

**This Section Covers**
- Right-of-Way
- Traffic Control Devices
- Traffic Signals
- Traffic Signs
- Pavement Markings
- Other Lane Controls
- General Rules
- Rules for School Buses
- Parking

There are rules of the road that say where, when, who what and how you can drive.  Rules of the road are designed to keep traffic moving safely and include right-of-ways, traffic control devices and parking rules.

**Right-Of-Way**

Where vehicles or pedestrians are likely to meet one another and there are no signs or signals to regulate traffic flow, there are rules on who must yield the right-of-way.  These rules tell who must wait in different traffic situations.

The law says who must yield the right-of-way to another roadway user; **it does not give anyone the right-of-way**.  You must do everything possible you can to prevent striking a pedestrian, property or another vehicle, regardless of the circumstances.  You only gain the right-of-way when another roadway user gives you the right-of-way.

The following right-of-way rules apply at intersections:

- You must yield to pedestrians at all times.  Even if they are jaywalking or crossing the street where they should not be, you must stop for them.

- When crossing a sidewalk to enter or exit a driveway, alley or parking lot you must yield to pedestrians.  It is illegal to drive on a sidewalk except to cross it, such as at a driveway.

- Pedestrians using a guide dog or carrying a white cane must be given the right-of-way at all times.  Do not use your horn as it could confuse or frighten the visually impaired pedestrian or guide dog.

- When turning left you must yield to oncoming vehicles going straight ahead or turning right.

- At an uncontrolled intersection, such as in a residential area, where there is no stop sign, yield sign or traffic signal, you must yield to vehicles in the intersection and those coming from the right.

- At a 4-way stop, the driver reaching the intersection first should be given the right-of-way by other drivers approaching the 4-way stop.  If more than one vehicle arrives at the same time, the vehicle on the right goes first.




- When entering a road from a driveway, alley or roadside you must yield to vehicles already on the main road.

- You may not enter an intersection unless you can get through it without blocking traffic flow. Before entering you should wait until traffic ahead clears so that you are not blocking the intersection.

## Traffic Control Devices

Traffic control devices include traffic signals, signs and pavement markings. Traffic control also can be provided by law enforcement, highway personnel or school crossing guards. You must obey directions from these persons.

## Traffic Signals

Traffic signals are lights that tell you when or where you should stop and go. Traffic lights are usually at intersections and are red, yellow and green from top to bottom, when on the same signal. There are some intersections and other locations where there are single green, yellow or red lights. In some metropolitan areas, traffic lights are horizontal, instead of vertical, where the red light is on the left, the yellow light is in the middle and the green light is on the right.



  

*Steady GREEN Traffic Light* – This means you can go through the intersection if it is clear to do so. You must yield to emergency vehicles and other roadway users as required by law. If you are stopped at the intersection and the light turns green, you must allow crossing traffic to clear the intersection before you go ahead. Turning left at a steady green traffic light means you may turn but only when the intersection is clear to do so. You should always yield to the oncoming traffic flow and pedestrians.

*GREEN Arrow* – This means you can safely turn in the direction of the arrow, if the intersection is clear of other roadway users. When the arrow is green, oncoming or crossing traffic should yield to your turning action, but be careful of others making a right turn on red from the other side of the intersection. Be alert for signs that prohibit turns at intersections. When turning at intersections, always watch for pedestrians crossing in front or from the side of your vehicle.

*Steady YELLOW Traffic Light* – This means the traffic light is about to change to red. You should slow down and come to a complete stop, if traffic flow to the rear allows. If you are already in the intersection when the yellow light comes on, you may continue safely through the intersection.

*Flashing YELLOW Traffic Light* – This means slow down and proceed with caution. You should be prepared to stop for any traffic flow that may be entering the intersection.

*YELLOW Arrow* – This means that the green arrow is ending; you should prepare to stop and yield the right-of-way to oncoming traffic or pedestrians.

*Steady RED Traffic Light* – This means stop prior to entering the intersection.  You must wait behind the stop line, crosswalk, or intersection until the traffic light turns green.  In some locations, there may be a small, very bright blinking light in the middle of the red light.  This device is to alert you of the red light and that you must stop.  When turning right at an intersection, if there is no sign prohibiting a right turn on a red light, you may turn after stopping and checking for traffic and pedestrians.  Some left turns may be permitted on red when moving from a one-way street onto another one-way street or from a two-way street onto a one-way street.  You must check for traffic and pedestrians crossing in front or to the side of your vehicle when turning left on red, where permitted.

*Flashing RED Traffic Light* – This means you must stop behind a stop line, crosswalk, or intersection before entering and use the same procedure as you would at a stop sign, by coming to a complete stop, looking both ways before entering the intersection and yielding right-of-way.

*RED Arrow* – This means you must stop and you may not go in the direction of the arrow until the green arrow or light returns on the signal.

**Traffic Signs**
Traffic signs tell you about traffic rules, hazards, roadway location, roadway directions and the location of roadway services.  The shape, color, symbols, and words of these signs give clues to the type of information they provide.

***Warning Signs*** - These signs tell a driver of possible danger that might be ahead, such as warning you to slow down and be prepared to stop if necessary, or a hazard or special situation on the roadway that is ahead. These signs are usually yellow with black lettering or symbols and are diamond shaped.  Some warning signs may be fluorescent yellow, such as school zones, school crossing and pedestrian crossing. Some common warning signs are shown.



| Cross Road Ahead | Side Road Ahead | T-Intersection Ahead | Y-Intersection Ahead |
| Curvy Road Ahead | Right Curve | Sharp Right Turn | Series of Turns |
| Winding Road | Divided Highway Begins | Divided Highway Ends | Lane Ends |
| Merging Traffic | Road Entering Curve | Angled Side Road | Added Lane |



School Crossing

School

Pedestrians Crossing Ahead

Pedestrian Crossing

Slippery When Wet

Narrow Bridge or Underpass

Sharp Curve Ahead

Share the Road with Bicycles

Bicycle Crossing

Deer Crossing

Emergency Vehicle Crossing

Uneven Grade Crossing

Traffic Signal Ahead

Yield Sign Ahead

Stop Sign Ahead

No Passing Zone

Advisory Speed Around Curve

Advisory Speed for Ramp

Advisory Speed for Exit

Low Clearance

**Railroad Crossing Warning Signs** - Many railroad crossings have signs or signals to caution you about highway-railroad grade crossings.  Some common railroad crossing warning signs and signals are shown below.

- A round yellow warning sign with an "X" symbol and black "RR" letters is placed along the road prior to a highway-railroad grade crossing.  The sign cautions you to slow down, look and listen for a train or railroad vehicle and be prepared to stop if a train is approaching.



- A white, X-shaped sign with "Railroad Crossing" printed on it is located at the highway-railroad grade crossing.  You must wait for a train or railroad vehicle that is approaching the intersection.  Your vehicle must remain behind the stop line or prior to the intersection until the intersection is clear.



- At highway-railroad grade crossings with more than one train track, the number of tracks will be posted.  These signs warn you that there is more than one track and there may be more than one train crossing.  Not all highway-railroad grade crossings with more than one train track will have these signs so it is important to check for more than one track, train, or railroad vehicle at each highway-railroad grade crossing. 

- At some highway-railroad grade crossings, in addition to the signs, you may see side-by-side lights that will flash alternately.  When a train is approaching and lights are flashing you must stop prior to the stop line or gate crossing area.  At some highway-railroad grade crossings a crossing gate will lower when a train is coming.  You may not move around the gate until the gate is lifted or the lights have stopped.  Some highway-railroad grade crossings also have a bell or a horn that will sound.  You should not cross until the bell or horn has stopped. 

Trains do not always have a set schedule so always expect a train at every highway-railroad grade crossing, even if you have never seen one at that crossing before.
Trains cannot stop quickly due to the huge weight and size of the train and the speed of the train.  A 100-car freight train traveling at 55 mph will need more than a mile to stop, which is about 18 football fields, once the train is set into emergency braking.  When you need to cross railroad tracks, look both ways and cross the tracks quickly, without stopping.  If a train is crossing the highway, you must wait to cross a highway-railroad grade crossing until the train is well down the track or railroad devices, such as lights and gates indicate it is safe to cross.  If you are approaching railroad tracks and you need to stop for traffic or a signal, stop at the stop line, prior to the railroad tracks.  Never permit traffic conditions to trap you in a position where you have to stop on the tracks.  Only proceed through a highway-railroad grade crossing if you are sure you can completely clear the crossing without stopping on the tracks.  You must always yield the right-of-way to trains and railroad vehicles at highway-railroad grade crossings.



It is wise not to shift gears when crossing railroad tracks, just in case you might stall.  If you do stall your vehicle when crossing railroad tracks get everyone out of the vehicle and far away from the tracks, run in the direction from which the train is approaching.  If you run in the same direction the train is traveling, when the train hits your vehicle you could be injured by flying debris.  Call your local law enforcement agency for assistance.  Remember that trains are large, heavy and are moving faster than they look.

***Work Zone Signs*** - These construction, maintenance or emergency operation signs alert you to work zones ahead and warn you that people are working on or near the roadway.  They are generally diamond or rectangular shaped and orange with black letters or symbols.  These warnings include workers ahead, reduced speed, detours, slow moving construction equipment and poor or suddenly changing road surfaces.

                        

Flagger Ahead      Workers Ahead      Road Work Ahead      One Lane Road Ahead      Detour






Tar Ahead          Road                Survey Crew        Active Work Zone
                   Construction        Ahead
                   Ahead

In work zones, traffic may be controlled by a person with a sign or flag to tell you which direction to travel, to slow down or stop.  You must follow their instructions.




Barriers, such as drums, cones and tubes (panels) are used to keep traffic out of hazardous work zones.  Along with signs and road markings, they guide you safely through the work zone.  Barriers may be used to keep drivers from entering closed roads or other areas where it is dangerous to drive.  Temporary traffic signals may be used in work zones.  You may see a warning sign showing a symbol of a traffic signal.  Stop at the white line, if present.







**Barrel    Cone      Tube            Barrier          Road Closed**

Give construction workers a "brake."  Reduce your speed in work zones and be prepared to stop suddenly. Do not tailgate in work zones.  [Fines for speeding in a work zone are doubled.]

***Regulatory Signs*** – These signs tell you about specific laws that you must obey, such as rules for traffic direction, lane use, turning, speed, parking and other special situations.  These signs are square, rectangular, or have a special shape and are white with black, red or green letters or symbols.

Some regulatory signs have a red circle with a red slash over a symbol.  These signs prohibit certain actions.





No Left Turn                      No Right Turn                      No U-Turn

Common types of regulatory signs are:




***Speed Limit Signs*** - These black and white signs indicate the maximum legal speed allowed or the minimum legal speed required.  The maximum limit should be driven only in ideal driving conditions and you must reduce your speed when weather or traffic conditions require it.  For example, you should reduce your speed when the roadway is slippery, during rain, snow, icy conditions, foggy conditions, and anytime it is difficult to see the roadway clearly.  Some high-speed roads have minimum speed limits and you are legally required to travel at least this fast so as not to be a hazard to other drivers.

 ***School Speed Limit When Flashing Sign*** – This sign is posted before a school to indicate a reduced speed limit in a school zone.  The speed limit is required only when flashing; otherwise obey the roadways speed limit.

***Lane Use Control Signs*** - These black and white signs tell you where you can go, where you can turn and often use an arrow symbol.  These signs can be located on the side of the road or hanging over the lane of travel.  Sometimes arrows may be painted on the road as a supplement to the signs.






Straight                      Left Turn Only              Right Turn Only            Straight or Turn Right

 ***Stop Sign*** - A stop sign has eight sides and is red with white letters.  You must stop behind the stop line or crosswalk, if one is present.  Look for crossing vehicles and pedestrians in all directions and yield the right-of-way.  When it is safe to do so, you may enter the intersection.  A 4-WAY sign may be added to the stop sign at intersections where all approaching traffic has a stop sign.  You may also see 3-WAY, 5-WAY or ALL-WAY signs.

 ***Yield Sign*** - A yield sign is a red and white downward pointing triangle with red letters.  It means you must slow down and allow traffic that has the right-of-way to cross before entering.

 ***Shared Center Lane Left Turn Only*** – This sign tells you where a lane is reserved for the use of left turning vehicles from either direction and is not to be used for through traffic or passing other vehicles.

 ***No Turn on Red*** – When you see this sign posted, it means that you may not turn right or left during the red light.  You must wait for the traffic signal to turn green before turning.

 ***Stop Here on Red*** – This sign tells you where you must stop if the traffic light is red.  If there is not a NO TURN ON RED sign at the traffic light, after stopping at the stop line and checking for traffic and pedestrians, you may turn right on red.

33



***Do Not Block Intersection*** – This sign tells you not to stop, stand or park at any time in the intersection.  You must not enter an intersection if traffic conditions do not permit you to clear the intersection completely.  You must not block traffic entering into the intersection from any other direction.



***Left Turn Yield on Green*** – This sign tells you that a left turn is permitted, but you must yield to oncoming traffic.



***One-Way Street*** – These signs tell you that traffic flows only in the direction of the arrow.  Do not turn in the opposite direction of the arrow.  Never drive the wrong way on a one-way street.





***Do Not Pass*** – This sign tells you where you cannot pass another vehicle.  Passing areas are based on how far you can see ahead.  They consider unseen hazards such as hills and curves, intersections, driveways and other places a vehicle or pedestrian may enter the roadway.



***Pass With Care*** – This sign tells you that you are at the end of a no passing zone. You may pass only when it is safe to do so.



***Keep Right*** – These signs indicate when traffic must stay to the right of a roadway feature or obstruction, such as an upcoming median, island or lane divider.



***Slower Traffic Keep Right*** – This sign is posted on a multilane highway for those driving slower than the normal speed of traffic.  It tells the slow driver to stay in the right lane.



***Do Not Enter*** – A square sign with a white horizontal line inside a red circle means you cannot enter.  This sign is visible at roadway openings that you may not enter such as exit ramps where you would be going in the wrong direction, in crossovers on divided roadways and at numerous locations on one-way streets.

 **Wrong Way** – This sign tells you that your vehicle is moving in the wrong direction. You will see this sign on expressway ramps a short distance past the DO NOT ENTER sign.  You also will see this sign if you turn the wrong way onto a one-way street, alley or driveway.

**Guide Signs –** These signs are square and rectangular and are green, brown, or blue.  They give information on intersecting roads, help direct you to cities and towns, and show points of interest along the highway.  Guide signs can also help you find hospitals, service stations, restaurants and hotels.

Common types of guide signs are:

- *Destination Signs* - These green or brown signs are square or rectangular shaped with white lettering or symbols.  They show direction and distance to various locations such as cities, airports, state and county lines, or to special areas such as national parks, historical areas, or museums.  If the word "Exit" is written on the left side of an exit sign, the exit lane or ramp is to the left and if the word "Exit" is written on the right side of an exit sign, the exit lane or ramp is to the right.

     

   

- *Service Signs* - These blue signs are square or rectangular shaped with white lettering or symbols.  They show the location of various services such as rest areas, gas stations, hotels or hospitals.

    

Hospital        Food        Lodging        Telephone        Fuel

**Route Number Signs** - The shape and color of route number signs indicate the type of roadway:  interstate, U.S., state, city, county, or local road.  When planning a trip, use a road map to determine the route.  During the trip, follow the route signs to prevent you from getting lost in an unfamiliar area.

  

Interstate Route            U.S. Route            State Route

*Incident Signs* - These signs are temporary and let you know when you should be prepared to stop or when roadways are closed or detoured due to a road user incident, natural disaster, hazardous material spill, or other unplanned incident.  These signs are fluorescent pink with black lettering.

      

| Be Prepared to Stop | Lane Ends | Center Lane Closed Ahead | Exit Closed | Detour | Detour | End Detour |

**Pavement Markings**

Pavement markings are lines, arrows, words or symbols painted on the roadway to give you directions or warnings.  They are used to divide lanes, tell you when you may pass other vehicles or change lanes, which lanes to use for turns, define pedestrian walkways and where you must stop for signs or traffic signals.

*Yellow Lane Markings*

Lines separating traffic moving in opposite directions are yellow.  Dashed yellow lines between opposing lanes of traffic mean that you may pass if a safe gap in traffic is available.  Some passing zones have signs that tell you where passing is permitted and not permitted by law.  Where there is both a solid and a dashed yellow line between opposing lanes of traffic you should not pass if the solid yellow line is on your side.  If the dashed line is on your side, you may pass if a safe gap in traffic is available.  When you are permitted to pass, you may do so only if the lane entered is clear of traffic flow.  Be aware of road conditions and other vehicles.  Pass only when necessary.  Two solid yellow lines between lanes of traffic means neither side may pass.  You may cross a solid yellow line to turn when gaps in traffic flow exist.

  

**Two direction roadway, passing permitted**

**Two direction roadway, passing permitted when dashed line is on your side**

**Two direction roadway, passing prohibited in both directions**

### White Lane Markings

Multiple lanes of travel in the same direction are separated by white lane markings.  A dashed white line between lanes of traffic means that you may cross it to change lanes if a safe gap in traffic is available.  A solid white line between lanes of traffic means that you must stay within the lane unless a special situation requires a lane change.  They also mark the right edge of the roadway and parking spaces.  Solid white lines designate turn lanes and prevent lane changes near intersections.  White arrows on the roadway indicate which way traffic is flowing and can also indicate which turns may be made from which lanes.



**One direction roadway, passing permitted**

### Crosswalks and Stop Lines

When required to stop because of a sign or signal, you must stop behind the stop line, crosswalk, or behind the stop sign or signal. Crosswalks define the area where pedestrians may cross the roadway. You must yield to pedestrians entering or in a crosswalk. Not all crosswalks are marked.  Be alert for pedestrians when crossing intersections.  If crosswalks are not apparent, then you must stop prior to entering the intersection. If there is a stop line before the crosswalk, the stop line must be obeyed first.  If you are leaving a driveway, alley or building area, such as a gas station, store or restaurant it is required that you stop just as you would if there was a stop sign.  You should stop behind the sidewalk, and you must yield the right-of-way to all pedestrians and traffic.

The following are some of the most common types of crosswalk markings. Be aware that there are others.



**Other Lane Controls**
*Shared Center Left Turn Lane*

On many streets where it is difficult to make a left turn safely, there is a shared left turn lane located in the middle of the roadway. The solid yellow centerline means you cannot use the center lane for passing. The broken yellow centerlines show that vehicles traveling in either direction may use the center lane only to make left turns. When using a shared left turn lane do not move into the lane too soon. The longer you stay in the lane, the more likely you will meet someone coming in the opposite direction. Watch for vehicles pulling out of entrances and side streets and do not use a shared left turn lane for anything but turning left.



When using a shared center left turn lane you must check for vehicles ahead, check mirrors, signal left and check your left blind spot by looking over your shoulder. Steer smoothly into the shared center left turn lane and choose an appropriate gap in oncoming traffic to make the left turn.

*Reversible Lanes*
In some areas, a shared center lane becomes a "reversible lane" during rush hours. The lanes may have double dashed yellow lines to either side. Signals above the lanes designate traffic flow in reversible lanes. Some travel lanes are designed to carry traffic in one direction at certain times and in the opposite direction at other times. Before entering the lane, check to see which lanes can be used at that time. A green arrow means you can use the lane beneath it; a red "X" means the lane is not available. A flashing yellow "X" means the lane is for turning only. A steady yellow "X" means that the use of the lane is changing and you should move out of it as soon as it is safe to do so. Be careful when using reversible lanes. Drivers traveling in the other direction could enter your lane by mistake. Keep alert.



*Reserved Lanes*
On various roadways, one or more lanes may be reserved for special vehicles.  Reserved lanes are marked by special lane marking signs stating that the lane is reserved for special use and often have a white diamond posted at the side of the road or painted on the road surface.



- "Transit" or "bus" means the lane is for bus use only.

- "Bicycle" means the lane is reserved for bicyclists.

- HOV signs or markings mean "High Occupancy Vehicles" and indicate lanes reserved for vehicles with two or more people in them.  Signs may indicate how many people must be in the vehicle, as well as the days and hours, which apply to the lane use.  For example, "HOV 3" means there must be at least three people in the vehicle to use that lane.

**General Rules**
When there are no signs or markings to control the use of lanes, there are rules that indicate which lane is to be used.  These rules cover general driving, passing and turning.

*General Driving* – It is illegal and unsafe to back a vehicle in any travel lane except to parallel park.  Drivers do not expect a vehicle to be backing towards them and may not realize it until it is too late.  If you miss a turn or exit do not back up.  A driver should go on to where it is safe to turn around.  Do not stop in travel lanes or on the shoulder for any reason (confusion, breakdown, letting out a passenger). You should keep moving until you can safely pull off the road in a parking area.

When driving on a road with two or more lanes traveling in the same direction, stay in the right lane, except to pass. On a road with three or more lanes traveling in the same direction, use the center travel lane, especially when there is a lot of traffic entering or exiting the traffic flow.

Unless told to do so by law enforcement officials or allowed by [local regulations], never drive on the shoulder of the road.

*Passing* - On multi-lane roads, the left-most lane is intended to be used for passing slower vehicles.  When passing on the right, the other driver may have difficulty seeing you and might suddenly change lanes.  Never pass on the shoulder, whether it is paved or not.  Other drivers may pull off the road without looking for your vehicle.

*Turning* – When approaching an intersection, search all corners for traffic controls, pedestrians, other vehicles, etc. and signal your intentions.  Where there are no signs or lane markings to control turning, enter and maintain proper position in the lane that is closest to the direction you want to go.  Recheck traffic in all directions.  Look through the turn to the farthest point possible along the intended path.  Turn the steering wheel smoothly as needed.  As a safety precaution, turn into the closest lane to you that is going in the direction you want to go.  This way, you will cross the fewest lanes of traffic.  Accelerate smoothly to appropriate speed, make sure turn signal is cancelled and check traffic to the rear.  If you are not already in the right lane after turning, change lanes to the right, when it is safe to do so and maintain lane position.

- *Right turns* - On right turns, avoid swinging wide to the left before making the turn.  When moving into the other lane, the driver behind you may think you are changing lanes or going to turn left and may try to pass you on the right.  Always turn right from the right-most lane or when lane markings indicate multiple lanes can be used for a right turn at the same time.



- *Left turns* – When making a left turn and the light turns green, pull into the intersection to be ready to turn.  Avoid cutting the corner so sharply that your vehicle is in front of someone approaching from the left.  However, be sure to leave room for oncoming vehicles to turn left in front of your vehicle.  Always turn left from the left-most lane or when lane markings indicate multiple lanes can be used for a left turn at the same time.



- *Multiple lanes turning* – At least one block before turning, identify and enter the lane from which you will turn.  Check mirrors for following traffic and check blind spots by looking over your shoulder.  Signal and when safe to do so enter appropriate lane.  When the green signal appears and it is safe, steer into the lane corresponding to the one from which the turn was made.  Maintain lane position and accelerate smoothly to appropriate speed.

**Turnabouts** – There may be times when you find yourself headed in the incorrect direction; for example if you need to park on the other side of the roadway or you are lost and need to turn around.  The safest way to change direction is to turn right and go around the block.  This avoids most left turns across traffic.  If you are on the interstate system, go to the next exit and turn around.  It is illegal to cross the median strip or to use the crossover areas reserved for emergency vehicles.



**Two-point Turnabout** – In this type of turn a street, alley or driveway is used to reverse the direction you are traveling when it is not practical or possible to drive around a block.  Backing onto a street can be dangerous, even when exiting a driveway in a low traffic or in a residential neighborhood.  The safest way to perform a two-point turnabout is to back the vehicle into the driveway.  This allows you to see traffic better when leaving the driveway.  Although backing into a driveway is safer, this type of turn should only be used on a two- lane roadway.

- *R*everse Two-Point Turnabout – To perform a reverse two-point turnabout signal your intention to turn right, stop and check traffic to the sides and rear of the vehicle.  Move back until the rear bumper of the vehicle reaches the near edge of the driveway.  While backing slowly, steer rapidly all the way to the right.  As the vehicle centers in the driveway, straighten the wheels and stop.  Shift to drive and check in both directions, if clear, signal and turn left into the proper lane and accelerate as appropriate.



- *Forward Two-Point Turnabout* – To perform a forward two-point turnabout check your mirrors and signal your intention to turn left.  Move close to the center of the road and turn into the driveway or alley as near as possible to the right side.  Stop as the rear of the vehicle clears the curb or edge of the driveway.  Check in all directions for traffic, signal a right turn and shift to reverse.  When the path is clear, move slowly back while turning the steering wheel quickly all the way to the right.  As the vehicle centers in the nearest lane, straighten wheels, stop, shift to drive, cancel right signal and move forward.

**Three-Point Turnabout** – This is the most difficult and dangerous way to perform a turnabout.  Use it only when the road or street is too narrow to make a U-turn and you cannot go around the block.  This type of turn should only be used on a two-lane roadway.

To perform a three-point turnabout:

- Check the mirrors and activate your right turn signal to communicate your intention to pull off to the right side of the road.  Stop on the right side of the road.

- Activate your left turn signal, check traffic and check blind spot by looking over your left shoulder.  When traffic is clear, turn hard left to the other side of the road and stop once you have reached the other side.

- Place the vehicle in reverse, check traffic and check blind spots to both sides by looking over your shoulder.  When traffic is clear, turn hard right to the other side of the road and stop.

- Place the vehicle in drive, activate the left turn signal, and check traffic and blind spots.  When traffic is clear, turn hard left and drive forward into the right lane of traffic heading in the new direction.  Check traffic and make sure your turn signal has cancelled.  Continue driving straight in the new direction of travel.



**U-Turns** – These turns require wide streets or vehicles that can turn in a very small area.  U-turns are not legal in all places, so watch out for signs that prohibit them.  If you must make a U-turn, move as far to the right as you can.  Wait for a large gap in the traffic in both directions then turn the wheel left sharply, ending up in the opposite lane, and adjust your speed to match the traffic flow.  Watch for other vehicles turning right into your intended path.



**Roundabouts and Traffic Circles** – These are found in some areas to help ensure safe passage of traffic through an intersection without necessarily stopping the flow of traffic.  A roundabout or traffic circle is a circular intersection with design features that promote safe and efficient traffic flow.  Vehicles travel counterclockwise around a raised center island, with entering traffic yielding the right-of-way to circulating traffic.  When entering the roundabout or traffic circle you must negotiate a sharp curve.  Slow your speed to about 15 to 20 mph.  Once in the roundabout, proceed to the appropriate exit, following the guidance provided by traffic signs and pavement markings.  If there is more than one lane going in the same direction, make sure you know where you want to go and are in the proper lane before entering and do not change lanes or pass any vehicles.  . When using roundabouts or traffic circles:



- Slow down as you approach the circle.  A sign, like the one shown, warns of a roundabout or traffic circle.

- Yield to any traffic in the circle.  If another vehicle arrives at the traffic circle at the same time as you do, yield to the vehicle if it is on your right.  Also, yield to pedestrians and bicyclists in the traffic circle or roundabout.

- Enter a traffic circle to the right, but steer to the left (in a counterclockwise direction).



Be courteous and signal your intentions as you approach and drive through a traffic circle or roundabout.

- If you intend to turn right, signal "right" while approaching and until you have exited the traffic circle or roundabout.

- If you are going straight through, no signal is needed while approaching.  However, signal "right" before the exit you want to take.

- If you intend to turn left, signal "left" on the approach to the traffic circle or roundabout.  Once you have traveled three quarters of the way around the traffic circle or roundabout, signal "right" to take the exit.

  

- Do not drive alongside large vehicles, such as trucks and buses in a traffic circle or roundabout. This sign warns to keep away from large vehicles in a traffic circle or roundabout. 

**Rules for School Buses**

You must stop for a school bus that is stopped with its red lights flashing and/or stop arm extended.  After the school bus' red lights have stopped flashing and the stop arm is no longer visible, watch for children along the side of the road and do not proceed until it is safe, after they have completely left the roadway.

- You must stop for a school bus when there are two solid yellow lines between lanes of traffic, whether the school bus is on your side of the road or on the opposite side of the road.



- You must stop for a school bus when there is a center turning lane between the roadways, whether the school bus is on your side of the road or on the opposite side of the road.



- You must stop for a school bus when you are on a multi-lane highway, whether the school bus is on your side of the road or on the opposite side of the road.



- You must stop for a school bus when you are at an intersection, whether the school bus is on your side of the road or on the opposite side of the road.



- You are not required to stop if the bus is traveling towards you and the roadway is separated by a median or other physical barrier.



## Parking

You are responsible for making sure that your vehicle is not a hazard when it is parked.  A parked vehicle must be in a place that is (1) far enough from any travel lane to avoid interfering with traffic and (2) visible to vehicles approaching from either direction.

- Always park in a designated area as required.

- When parking along the roadway, park your vehicle as far away from traffic as possible.  If there is a curb, park as close to it as possible.

### Securing and Entering the Vehicle

Always set your parking brake when you park.  Then place the vehicle in gear if it has a manual transmission or in "park" if it has an automatic transmission.

- Turn off your headlights and engine before removing your key.

- Check your mirrors and traffic before opening the door.  Shut the door as soon as you can after getting out.

- Never leave the ignition keys in a parked vehicle.  It is a good habit to lock the doors whenever you leave your vehicle.

- When entering your vehicle on the street, approach the driver's door with your key in hand from the front of the vehicle to increase awareness of oncoming traffic.

***Parking Downhill With/Without a Curb*** – When parking your vehicle on a downhill, whether with a curb or without a curb bring the vehicle to a stop parallel to and within 12 inches of the curb or road edge.  Turn the steering wheel sharply toward the edge or curb side of the roadway while moving slowly forward.  Stop when the tire closest to the side of the road reaches the edge of the road or just as it touches the curb, using it as a block.  This way, if your vehicle starts to roll down the hill, it will roll away from traffic.

***Parking Uphill With a Curb*** – When parking your vehicle on an uphill with a curb, bring the vehicle to a stop parallel to and within 12 inches of the curb.  Move slowly forward turning the steering wheel sharply away from the curb.  Stop then allow the vehicle to roll slowly back until the tire touches the curb and stop.  This way, if your vehicle starts to roll down the hill, it will roll away from traffic.

***Parking Uphill Without a Curb*** – When parking your vehicle on an uphill and there is no curb, bring the vehicle to a stop parallel to and within 12 inches of the edge of the road.  Move slowly forward turning the steering wheel sharply toward the edge of the road.  Stop when the tire closest to the edge of the road reaches the edge of the road.  This way, if your vehicle starts to move, it will roll away from traffic.



### Perpendicular and Angle Parking

*Entering a Perpendicular or Angle Parking Space* – Identify the space in which you will park and check traffic.  Signal your intentions and as you approach position the vehicle as far away from the parking space as possible.  Move forward slowly, turning the steering wheel left or right as appropriate, until the vehicle reaches the middle of the space.  Center the vehicle in the space and straighten wheels.  Move to the front of the parking space, stop and secure the vehicle.

- *Exiting a Perpendicular or Angle Parking Space* – When exiting the parking space start the engine, check for traffic in all directions, place your foot on the brake, shift to reverse and signal in the direction you are turning.  Continue to check traffic and move straight back until your front bumper clears the vehicle parked beside you, opposite of the way you are turning.  Then turn the steering wheel sharply in the direction that the rear of your vehicle should move.  When the vehicle clears the parking area and centers in lane, stop and shift to drive.  Accelerate smoothly, steering as needed to straighten wheels.

 

**Angle Parking**          **Perpendicular Parking**

### Parallel Parking

- *Entering a Parallel Parking Space* – Identify the space in which you will park and check traffic.  Turn on the appropriate turn signal.  If there is traffic coming from behind stop parallel to the vehicle you are going to park behind and allow following vehicles to pass before parking.  Once traffic is clear shift to reverse and look to the rear in the direction the vehicle will be moving. Back slowly while turning the steering  wheel rapidly in the appropriate direction.  Continue backing until your front bumper is in line with the rear bumper of the vehicle you are parking behind.  Back slowly while turning the steering wheel rapidly to center the vehicle into the space.  Stop before touching the bumper of the vehicle to the rear.  Shift to drive and adjust the vehicle in the parking space.

- *Exiting a Parallel Parking Space* – When exiting the parking space start the engine, check traffic in all directions, place your foot on the brake, shift to reverse and back as much as possible to the vehicle parked behind you.  Check for traffic and signal.  Shift to drive and move forward slowly, steering into the lane of traffic.  Check to make certain that the front bumper of the vehicle will clear the vehicle ahead.  Straighten wheels and move forward into the appropriate lane of traffic when the door post of the vehicle clears the rear bumper of the vehicle parked ahead of you.

 **No-Parking Zones** - There are many areas where you cannot park.  Check for signs that may prohibit or limit parking.  Some parking restrictions are indicated by colored curb markings.

Do not park:

- In an intersection

- On a crosswalk or sidewalk

- In a construction area if your vehicle will block traffic

- Within 30 ft. of a traffic signal, stop sign or yield sign

- Within 30 ft. of a pedestrian safety zone

- Within 15 ft. of a fire hydrant

- Within 50 ft. of a highway-railroad grade crossing

- More than 1 ft. from the curb

- Within 20 ft. of a fire station driveway on the same side of the street or within  75 ft. of a driveway on the other side of the street

- Blocking a driveway, alley, private road or area of the curb removed or lowered for access to the sidewalk

- On a bridge, overpass, underpass or in a tunnel

- On the opposite side of the street against traffic flow

- In a space marked for the handicapped, unless you have a handicap license plate, tag or sticker

- On the roadway next to a parked vehicle

- Wherever a sign indicates you cannot park

Painted curbs indicate other parking restrictions:

- White - indicates that only short stops are permitted

- Yellow - indicates a loading zone or some other restriction

- Blue – indicates a handicap restriction

- Red – indicates fire zone restrictions

**Test Your Knowledge**

Select the alternative (a, b or c) that best answers the question.

1. Regulatory signs are:
   a. Green
   b. Yellow
   c. White

2. A yellow dashed line on your side of the roadway only means:
   a. Passing is prohibited on both sides
   b. Passing is permitted on both sides
   c. Passing is permitted on your side

3. When parking your vehicle facing uphill with a curb:
   a. Your wheels should be turned toward the curb
   b. Your wheels should be turned away from the curb
   c. Your wheels should face straight ahead

These questions may be on the test.  If you cannot answer all of them, re-read Section 6.

1. c   2. c   3. b

# SECTION 7

## Safe Driving Tips

**This Section Covers**
- Visual Search
- Speed Management
- Special Handling Characteristics
- Traction Technology
- Space Management
- Minimizing Hazards
- Communicating
- Driver Awareness
- Decision Making

A driver manual on its own cannot teach you how to operate a vehicle or be a safe driver.  Driving requires skills you can only gain through instruction and guided practice to develop adequate experience and judgment.  The following section offers some driving tips that you can practice to help you become a safer and more skillful driver.

**Visual Search**

***Scanning***
To be a safe driver, you must know what is happening around your vehicle.  You must look ahead, to the sides and behind the vehicle.  Scanning helps you to see problems ahead that may cause you to change speed or roadway position, such as vehicles and people that may be in the roadway or signs warning of problems ahead.

***Look ahead*** –In order to avoid emergency braking or steering, you should look well down the roadway to the end of the travel path.  By looking well ahead you can operate a vehicle more safely, save on fuel, help keep traffic moving at a steady pace and allow yourself time to see better around your vehicle and along the side of the road.  Looking well down the travel path will also help you to steer with less weaving.

In the city, you should look at least two blocks or two traffic signals ahead.  In an urban area, you should look at least three blocks or three traffic signals ahead.  On the highway, you should look at least a quarter of a mile ahead.

When looking well ahead look for vehicles coming onto the roadway, into your lane, or turning.  Watch for brake lights from slowing vehicles.  By seeing these things far enough ahead, you can change your speed, or change lanes if necessary to avoid a problem.  If you see a traffic light that has been green for a long time, it may change to red before you get there.  Therefore, you should start slowing down and be ready to stop.

By seeing problems ahead early, you can drive more safely, which also helps drivers behind you drive more safely too.  Making driving changes well ahead of time gives drivers behind you more time to react.  The earlier you act, the less often someone behind you has to react quickly to your vehicle.

***Seeing Well Ahead in the Travel Path***
You can calculate how far ahead to search by:

1. Finding a stationary object like a sign or telephone pole near the road as far ahead as you can see.

2. Start counting: one-thousand-one, one-thousand-two, one-thousand-three, etc., until you reach the object.

3. The number of seconds you have counted is the number of seconds ahead that you were looking.

To identify potential problems in the travel path you need a visual lead.  A visual lead is an area 20 to 30 seconds ahead from the front of the vehicle.  Having a good visual lead and using good searching skills helps you see changes in your travel path and identify alternative paths of travel.  If something is in your vehicle's travel path that requires a speed reduction, it is critical to see the problem with time to stop or steer around it.

48

It takes much longer and further to stop than many drivers realize.  Even if your vehicle has good tires, brakes, and the pavement is dry:

- At 60 mph, it can take about 4 to 5 seconds or 359 feet to react to a problem and bring the vehicle to a stop.

- At 30 mph, it can take about 2 to 3 seconds or 123 feet to react to a problem and bring the vehicle to a stop.

At 60 mph if you cannot see at least 400 feet ahead, you are driving too fast for your visibility.  At 30 mph if you cannot see at least 150 feet ahead, you may not be driving safely.  Without an adequate visual lead by the time you see an object in your travel path, it may be too late to stop without hitting the object.

**Look to the sides** – At any time other vehicles or pedestrians may cross or enter your travel path.  You should search to make sure other roadway users will not cross your travel path.  This is especially true at intersections and highway-railroad grade crossings.

*Intersections* – Intersections are any place where traffic flow merges or crosses.  Intersections may include cross streets, side streets, driveways, shopping center lanes or parking lot entrances.  When approaching an intersection check for oncoming and cross traffic, other roadway users, traffic control devices, areas of limited visibility and the condition of the roadway.  Before entering an intersection, look to the front, left and right for approaching vehicles and/or crossing pedestrians.  If stopped, look left, right and left again before entering the intersection.  *Crossing an Intersection* – Do not rely on traffic signals or signs to tell you that no one will be crossing in front of you.  Some drivers may not obey traffic signals or signs or may not see them.  At intersections, look to the front, left and right, even if other traffic has a red light or a stop sign.  This searching technique is especially important just after the light has turned green.  People on the cross street are most likely to hurry through the intersection before the light changes to red.  Make sure the travel path is clear all the way through the intersection and you can clearly see crossing traffic before entering an intersection so you will not block the intersection if you have to stop.  If you are stopped and your view of traffic or a cross street is blocked, edge forward slowly until you can see.  By moving forward slowly, crossing drivers can see the front of your vehicle before you can see them.  This gives them a chance to slow down and warn you if needed.

Whenever there is a lot of activity along the side of the road, there is a good chance that someone will cross or enter the road.  Therefore, it is very important to look to the sides when you are near shopping centers and parking lots, construction areas, busy sidewalks, playgrounds and schoolyards.

*Turning Left* – When turning left at an intersection, pull into the intersection to be ready to turn left.  Before turning left across oncoming traffic, look for a safe gap in the traffic.  Prior to turning search to be sure that there are no vehicles or pedestrians in the travel path that could leave your vehicle stranded in the path of oncoming traffic.  Before turning, search in the direction of oncoming traffic.  Be sure you turn into the appropriate lane.

*Turning Right* – Before turning right, make sure that there is no traffic approaching from your left and no oncoming traffic turning left into your path.  Do not begin turning without searching for pedestrians crossing.

*Highway-railroad grade crossings* – Approach any highway-railroad grade crossing by slowing down at the round warning sign and looking each direction prior to the tracks to make sure a train or railroad maintenance equipment is not coming.

**Look to the rear** – Besides watching traffic ahead of you, you must check traffic flow to the rear.  You need to check to the rear more often when traffic is heavy.  This is the only way you will know if someone is following too closely or coming up too fast.  The searching process will give you time to change speed or change lanes avoiding any potential problems.  It is very important to look for vehicles to the rear prior to changing lanes, slowing down, entering traffic from the side of a street or driving down a long or steep hill.

*When changing lanes* – Prior to changing lanes, you must check for traffic in the lane you want to enter and behind your vehicle.  Changing lanes may include: changing from one travel lane to another, merging onto a roadway from an entrance ramp, moving onto a roadway from a yield intersection, or entering the roadway from the curb or shoulder.  When changing lanes, you should:

- Maintain a safe following distance and look in your rearview and side mirrors to make sure there are no vehicles in the lane or entering the lane you want to enter and no driver is about to pass.

- Check your "blind spots" by turning your head and looking over your shoulder in the direction you plan to move.  Blind spots are areas around your vehicle that you cannot see with your mirrors.  Be sure no one is near the rear corners of your vehicle.

**Traditional Mirror Settings**

- Since traffic ahead of you could stop suddenly while you are checking traffic to the sides, rear or over your shoulder look several times if you need to so you do not have to look too long at any one time.

- Identify a 4 to 5 second gap in traffic, signal and look again in the direction of the lane change.  Adjust speed and steer into lane.  Cancel turn signal.

*When you slow down* – Use your mirrors to check behind your vehicle whenever you slow down.  This is very important to check when you slow down quickly or at points where a following driver would not expect you to slow down, such as private driveways or parking spaces.

W*hen going down a long or steep hill* – Check your mirrors for vehicles approaching quickly when you are going down hills or mountains.  Vehicles often build up speed going down a steep grade.  Be alert for large trucks and buses that may be going too fast.

**Speed Management**

***Stopping***
Perception distance is how far your vehicle travels, in ideal conditions; from the time your eyes see a hazard until your brain recognizes it.  Keep in mind certain mental and physical conditions can affect your perception distance.  It can be affected greatly depending on visibility and the hazard itself.  The average perception time for an alert driver is ¾ second to 1 second.

Reaction distance is how far you will continue to travel, in ideal conditions; before you physically hit the brakes, in response to a hazard seen ahead.  The average driver has a reaction time of ¾ second to 1 second.  At 50 mph this accounts for 55 feet traveled.

Braking distance is how far your vehicle will travel, in ideal conditions; while you are braking.  At 50 mph on dry pavement with good brakes, it can take about 158 feet.

Total stopping distance is the total minimum distance your vehicle has traveled, in ideal conditions; with everything considered, including perception distance, reaction distance and braking distance, until you can bring your vehicle to a complete stop.  At 50 mph, your vehicle will travel a minimum of 268 feet.

The faster you drive the greater the impact or striking power of your vehicle.  When you double your speed from 20 to 40 mph the impact is 4 times greater.  The braking distance is also 4 times longer.  Triple the speed from 20 to 60 mph and the impact and braking distance is 9 times greater.  At 60 mph, your stopping distance is greater than that of a football field.  Increase the speed to 80 mph and the impact and braking distance are 16 times greater than at 20 mph.  High speeds greatly increase the severity of crashes and stopping distances.  By slowing down, you can reduce braking distance.



You need to stay alert while driving to be able to stop while giving other drivers time to slow down.  Stopping suddenly is dangerous and usually means you are not paying attention to the traffic flow or following others too closely.  Sudden slowdowns make it harder for drivers behind your vehicle to stop without causing a collision.

Look at least ten seconds ahead of your vehicle to avoid panic stops by seeing events and problems well ahead of time.  By slowing down early or changing lanes, you may avoid sudden actions.  Planning ahead and slowing gradually can also help save fuel.

### Adjusting Speed
The faster your vehicle is going, the more time and distance it will take for turning, slowing or stopping.  Driving safely means adjusting your vehicle speed for roadway and traffic conditions, seeing well ahead in the travel path, providing an adequate following interval, and obeying the appropriate speed limits.

### Adjusting To Roadway Conditions
There are road conditions where to be safe you must reduce speed, such as reducing speed before a sharp curve, when the roadway is slippery or when there is a potential for animals standing on the roadway.



*Curves* – A vehicle can travel much faster in a straight line than it can in a curve.  Maintain a safe speed through the curve and follow posted warning signs.  It is easy to drive too fast in a curve due to the vehicle's momentum.  If you drive too fast, the tires will lose traction because the vehicle momentum wants to continue straight (inertia effect).  Always reduce speed prior to entering the curve to a safe speed (a speed that allows you to apply slight and constant acceleration through the curve).  Reduce speed more when traction is poor, when following other vehicles or when you cannot see the end of the curve.  Hard braking after the entry to a curve could cause the vehicle tires to lose traction.

*Slippery roads* – Reduce speed at the first sign of rain, snow or sleet.  Roadways are more slippery when it first starts to rain, snow or sleet as the water will mix with dirt, oil and other substances on the roadway.  Since heat causes the oil in the asphalt roadway to come to the top of the surface a sudden rain on a hot day can make the roadway pavement very slippery for the first few minutes.  The surface is more slippery before the oil is washed off.

When the roadway is slippery, the tires do not grip as well as they do on a dry roadway, therefore, it will take longer to stop and it will be harder to turn without skidding.  On wet roadways you should reduce speed about 10 mph below recommended speeds to allow for additional stopping distance and potential traction loss while steering.  If there is packed snow on the road, reduce your speed by half or more.

On ice-covered roadways, you must reduce your speed to allow for more space for stopping and recovering from traction loss caused by steering inputs.  Vehicles in Kansas may be equipped with studded snow tires from November 1st to April 1st each year.   If at all possible, do not drive on ice-covered roadways.  Ice-covered roadways are especially dangerous due to the normal design for roadway drainage.  Roadways are higher in the center and sloped to the side, causing a skidding vehicle to slide off the roadway into a guardrail or drainage ditch.  Some roadway surfaces are more slippery during certain times or at certain places.  Some clues to help you spot slippery roads are:

- Shady spots can be ice-covered on cold, wet days because shade-covered areas often freeze first and dry out last on the roadway.

- The roadway pavement on bridges overpasses and underpasses can be ice-covered even when other roadway pavement is clean and clear of ice.  Bridges do not have earth underneath them to help insulate them against the cold and can be colder and more ice-covered than other roadways.

- When the temperature is near the freezing point, ice-covered areas can become wet.  Water over ice makes it more slippery than at temperatures well below freezing.

*Water on the roadway* – When it is raining or the road is wet, modern tires have stable traction up to about 30 mph.  However as you go faster than 35 mph, the steering tires will start to ride up on any pooled water,

similar to the action of water skis.  This tire loss of roadway contact is called "hydroplaning."  In a heavy rain, your tires can lose all traction with the road at 45-50 mph due to the water pushing against the tires as the vehicle is moving forward.  Badly worn tires will lose traction at much lower speeds (25-30 mph).  The best way to avoid traction loss from hydroplaning is to slow down in the rain or when the road is wet with pooled water or water puddles.

### Adjusting to Traffic Conditions

Vehicles moving in the same direction at the same speed with adequate following distance cannot hit one another.  Crashes involving two or more vehicles often happen when drivers move significantly faster or slower than other vehicles on the roadway.

*Keeping pace with traffic* – If you are going faster than traffic flow patterns, you will have to keep passing other roadway users.  Each time you pass one another; there is a chance for a collision.  The vehicle being passed on a multiple-lane highway may change lanes suddenly, possibly causing a collision.  On a two-way, single-lane roadway, an oncoming vehicle may approach suddenly, possibly causing a collision.  Reduce speed and keep pace with other traffic flow traveling within the legal limits.  Excessive speed does not save more than a few minutes an hour and often leads to high-risk decision making.

Driving more than 15 mph slower than the traffic flow pattern can be just as dangerous as excessive speed.  It tends to make vehicles bunch up behind the slower-moving vehicle and causes the other traffic to take greater risk to pass the slower vehicle.  If vehicles are bunched up behind a vehicle, the slow moving vehicle should pull over when safe to do so and let other vehicles pass.

*Entering into traffic flow* – Search guide signs for the correct route number, direction or destination and check for ramp speed signs.  When merging with traffic flow, try to enter at the same speed that other traffic flow is moving.  Multiple-lane, limited access roadways generally have acceleration lanes (entrance ramps) to provide time to build-up vehicle speed.  Use the acceleration lane to reach the speed of other vehicles before pulling onto the roadway.  Do not drive to the end of the acceleration lane and stop.  You will not have enough room to get up to the speed of traffic and drivers to the rear will not expect your vehicle to stop, especially if they are watching the traffic flow on the main roadway.  If you have to wait for a gap in traffic flow to enter a roadway, slow down on the acceleration lane to wait for a gap.  Do not cross the solid white line.  Before pulling onto the roadway, check traffic by looking over your shoulder in the direction you plan to move and check your mirrors.  When you find a gap, signal and move carefully into the expressway lane.



*Exiting traffic flow* – In heavy traffic, it is important to know where you are exiting.  Since it is frequently difficult to change lanes, plan to get into the proper lane about one-half mile before the exit.  Maintain your vehicle speed as long as you are on the main roadway. When using a deceleration lane (exit ramp), do not slow down until the vehicle has moved onto the deceleration lane.  Use the deceleration lane to reduce speed safely to exit traffic flow.  When exiting from a multiple-lane, limited access roadway, check the posted speed for the deceleration lane, look to the rear for traffic flow prior to reducing speed and apply your brake based on the vehicles you are following.



*Special conditions* – Wherever large numbers of people or traffic gathers, space to maneuver is limited.  You need to reduce speed to have time to react in crowded spaces.  Some of the times and places where you may need to slow down include:

- Shopping centers, parking lots and downtown areas - These are busy areas with vehicles and people stopping, starting and moving in different directions.

- Rush Hours - Rush hours often have heavy traffic and drivers that always seem to be in a hurry.

- Narrow bridges and tunnels - Vehicles approaching each other have narrower lanes and are closer together.

- Toll plazas - Vehicles are changing lanes, preparing to stop and then speeding-up again when leaving the plaza.  The number of lanes could change both before and after the plaza.

- Schools, playgrounds and residential streets - These areas often have children present.  Always be alert for children crossing the street, running into the street or riding into the street without looking.

- Highway-railroad grade crossings – You need to make sure that there are no trains coming and that your vehicle has room to cross.  Start checking the highway-railroad grade crossing when approaching the round warning sign.  Some highway-railroad grade crossings have different levels of rail crossings, so you need to reduce speed to cross safely.

### Obeying Appropriate Speed Limits
Speeding is very dangerous; therefore, it is one of the primary causes for crashes.  Excessive vehicle speed has severe and often times disastrous effects in a crash because speed:

- Reduces your ability to negotiate curves or maneuver around obstacles in the roadway

- Increases the distance a vehicle travels while the driver reacts to a hazard

- Decreases the ability of guardrails and barriers to protect occupants

- Increases tread wear on tires and wear on braking systems

- Increases the risk of crashes because other roadway users and pedestrians may not be able to judge distance accurately

- Increases the level of fatigue for the driver

- Causes the force and impact in a collision to be more severe

Each state has set speed limits for residential roadways, nonresidential roadways, limited access roadways, intersections, and school zones that are in effect when posted speed limits are not in place.  You are responsible for knowing the set speed limits for your city or state.  Where no special hazard exists the traffic laws set up speed limits for normal driving conditions.  Unless otherwise posted maximum limits are:

**In town or cities**:
30mph in any urban district

**On Roads and Highways Outside of Towns:**
70 mph on any separated multilane highway as designated and posted by the Secretary of Transportation

65mph on any State or Federal Highway

55mph on any county or township highway

Speed limit signs are based on traffic congestion, intersections, and roadway conditions, are designed for the safety of all drivers and roadway users and should be followed carefully.  You may be cited for traveling too fast for conditions when above the legal limitations.  Driving 55 mph in a snow storm is not recognized as an acceptable speed for a snowy roadway, even if the posted speed limit allows for 55 mph.  Remember that speed limits are posted for ideal conditions, so if the roadway is wet or icy, if you cannot see well, or if traffic

is heavy, then you must reduce speed to enable your vehicle to stop and steer as needed.  Use good judgment to determine the safest speed for the driving conditions.

The best way to avoid speeding is to check your speedometer frequently.  You may not be very good at judging how fast you are going without checking the speedometer, so it is easy to be traveling much faster than perceived.  This is especially true when switching from high speed multiple-lane roadways to lower speed single-lane roadways.

**Special Handling Characteristics**
Larger vehicles with a higher center of gravity have special handling characteristics and are more prone to rollovers.  When driving larger vehicles, such as sport utility vehicles (SUVs), vans, pickup trucks, and moving trucks you should drive at a slower speed that is safe for the roadway, do not make sudden movements in direction and be sure to slow down before curves.

**Traction Technology**
ABS stands for Anti-Lock Braking System.  ABS is designed to allow steering and braking at the same time without losing vehicle balance.  ABS does not necessarily shorten stopping distances on dry pavement, but generally shortens stopping distances on wet surfaces where traction loss can be a serious problem.

This system is very helpful if you must stop or slow down and steer at the same time.  In addition, the system is very helpful when traction is lost to the front or steering tires.  The basics for ABS usage are Search (for open space), Stomp (on the brake pedal firmly), Steer (to the open space).

To determine if your vehicle has ABS check your owner's manual.  You can also determine if you have ABS by checking your instrument panel.  When you start your vehicle the ABS light will illuminate and then dim.  If you see an ABS indicator light then you have ABS.  If the light stays lit the ABS is not working correctly.

ESP stands for Electronic Stability Program.  The ESP computer continually monitors the traction available.  ESP electronically compares where a driver is steering the vehicle and where the vehicle is actually going.  When ESP senses traction problems between the two, it selectively applies any one of the vehicle brakes to reduce the possibility of a skid and helps the driver to maintain control and stability of the vehicle.  In traction loss, with ESP you should steer the vehicle toward the direction you are looking and avoid abrupt steering.  The ESP will electronically adjust the vehicle, reducing the traction loss and allowing you to steer the vehicle toward the travel path.

**Space Management**
*Providing an Adequate Following Interval*
You must always share the road with other roadway users.  The more distance between your vehicle and other roadway users, the more time you have to react.  This space is a large space cushion designed for your protection.  Always maintain a safe space cushion around your vehicle.

*Space Ahead*
Rear-end crashes are very common at intersections.  Drivers following too closely, and then being unable to stop before hitting the vehicle ahead when it stops too quickly causes these types of crashes.  Keep a minimum following distance of two seconds with an additional second for any unusual weather or traffic conditions.

To determine your following distance:

- Watch when the rear of the vehicle ahead passes a sign, pole or any other stationary point.

- Count the seconds it takes you to reach the same sign, pole, or any other stationary point ("One-thousand-one, one-thousand-two).

- You are following too closely if you pass the stationary point before counting to one-thousand-two.

- Reduce speed and then count again at another stationary point to check the new following interval.  Repeat until you are following no closer than "two-seconds."

- After practicing, guess how many seconds away you are from an object and then count the seconds it takes to reach the object to see how accurate you are.

There are certain situations where you would need more space in front of your vehicle.  In the following situations, you may need more than a two-second following interval to be safe due to high-risk behavior.

- You need more distance to stop a vehicle on slippery roads, therefore, leave more space in front of your vehicle.  If the vehicle ahead suddenly stops, your vehicle will need the extra distance to stop safely.

- Slow down to allow space in front of your vehicle when the vehicle behind wants to pass.  Slowing also will allow the pass to be completed in less time.

- Keep more space in front of your vehicle, when following motorcycles.  Motorcycles are different sizes and have different braking capabilities than other motor vehicles.  If the motorcycle should fall, your vehicle needs extra stopping or steering distance to avoid the rider.

- When following drivers whose view to the rear is blocked you should allow for an extra cushion of space so the vehicle can see you.  The drivers of trucks, buses, vans or vehicles pulling campers or trailers may not be able to see your vehicle when you are directly behind them.  They could stop suddenly without knowing your vehicle is to the rear.  Large vehicles can also block your view of the road ahead; therefore, you should reduce your speed and allow for more space so you can see around the vehicle.



- Add more space in front of your vehicle when carrying a heavy load or pulling a trailer.  The extra weight increases your vehicle's stopping and steering ability.

- Increase your following interval when it is hard to see ahead because of darkness or bad weather.

- If your vehicle is being followed closely, you should allow for extra space.  Your vehicle will then be able to stop or steer effectively without being hit from behind.

- Police vehicles, law enforcement, ambulances and fire trucks need more space to operate, so increase your following interval.  Many states require other vehicles to stay at least 500 feet to the rear of emergency equipment that is a minimum of 10 seconds at 30 mph and a minimum of 6 seconds at speeds of 60 mph.

- Leave extra space in front of your vehicle for vehicles required to come to a stop at railroad crossings, including transit buses, school buses or vehicles carrying hazardous materials.

- Leave extra space in front of your vehicle when stopped behind another vehicle on a hill or incline.  The vehicle ahead may roll back before it begins to move forward.

***Space Behind Affects Your Following Interval***
It is not always easy to maintain a safe following interval behind your vehicle.  However, you can help keep the driver, behind you, at a safe distance by keeping a steady speed, signaling in advance, and keeping more space to the front of your vehicle before reducing speed or turning.

- If your vehicle is being followed too closely (less than two seconds) or "tailgated" by another driver and there is an empty lane, move over to the empty lane and allow a pass.  If there is no empty lane, wait until the roadway ahead is clear, then reduce speed slowly to encourage the tailgater to drive around your vehicle.  Never slow down quickly to discourage a tailgater, as this action will increase the risk of being hit from behind and could lead to aggressive driving.

- If your vehicle is being followed too closely increase your following distance by 2 to 3 seconds to allow for more time and space to stop.  Doing so can help to lessen the risk of being rear-ended by the tailgater if you are required to stop suddenly.

### Space to the Side

You need space on both sides of your vehicle to communicate properly prior to a turn or a change of lanes.

- Avoid driving next to other vehicles on multi-lane roads.  Someone may crowd your lane position, try to change lanes and pull into your lane space.  Increase or reduce your vehicle speed to stay clear of the other vehicle that may be trying to enter your lane space.

- Keep as much space as possible between your vehicle and oncoming vehicles.  On a two-way, single lane roadway, do not crowd the center line marking.  In general, it is safest to drive in the center of your lane, so your vehicle can move left or right to avoid a potential problem.

- Make space for vehicles entering a multiple-lane, limited access roadway.  If there is not a vehicle in the next lane, move over a lane to avoid vehicles entering from the sides.

- Keep extra space between your vehicle and parked cars by moving to the left portion of your lane space without crossing the centerline.  Other roadway users could step out from a parked vehicle, from between vehicles, or could pull away from the curb.

- Give extra space to pedestrians or bicyclists, especially children.  They can move into the lane space quickly and without warning.

- When a passing vehicle is a tractor-trailer, leave a little more space by moving to the outside portion of your lane space away from the tractor-trailer as it passes.

- Keep in mind that trucks and buses may affect space to your sides.

### Space to Merge

When merging with other traffic flow, select a gap in the traffic flow of 4 to 6 seconds.  Move into the middle of a 4 to 6 second gap, so both vehicles can adjust to a 3-second following interval.  You need a 4 to 6 second gap whenever changing lanes, entering a roadway, or merging with other traffic flows.



You should try not to merge into a gap that is less than 4 to 6 seconds.  A small gap can quickly become even smaller.  Enter a gap that gives you time to adjust to the appropriate following interval.  If crossing several lanes is necessary, change lanes one at a time as it is very difficult to determine that all the lanes are free and safe to cross and can create traffic congestion and cause multiple crashes.



### *Space to Cross or Enter*

When stopped at an intersection and crossing traffic, you need a large enough gap to get your vehicle across the roadway.  When going straight after stopping at an intersection, under normal circumstances, a vehicle can get through an intersection within 3 to 5 seconds.

When turning and entering traffic flow to the left or right; you need enough space to first turn into the appropriate lane and then to get up to speed.  Under normal circumstances, a vehicle can complete a right turn and pick up speed within 12 to 15 seconds, while it may take 15 to 18 seconds to complete a left turn and get up to speed.

When turning left, make sure there are no vehicles or pedestrians blocking the travel path.  You do not want to be caught in the intersection waiting for a path to clear while oncoming vehicles are coming toward your vehicle.  Even if you have the green traffic signal light, do not start across the intersection when vehicles are blocking the way.  If caught in the intersection when the light changes to red your vehicle will be illegally blocking traffic flow.

Never assume another driver will share space with your vehicle or give your vehicle any additional space.  Do not turn into a lane just because an approaching vehicle has a turn signal active.  The driver with an active turn signal may plan to turn after they go past your vehicle or may have forgotten to turn the signal off from a prior turn.  This is particularly true of large commercial vehicles and motorcycles, as their signals may not self-cancel.  Wait until the other driver actually starts to turn and then move forward only when there is a safe gap in traffic.  When crossing railroad tracks, make sure you can cross the highway-railroad grade crossing without having to stop on the tracks.



### *Space to Pass*

When passing another vehicle, pass the vehicle as quickly and safely as possible.  The longer your vehicle stays alongside the other vehicle, the longer you are in danger of the other vehicle moving toward your lane.  To pass:

- Check for oncoming vehicles, vehicles or other roadway users about to enter the roadway from side streets or driveways or vehicles slowing in the travel path ahead.  Check your mirrors and over your shoulder for following or passing vehicles.  Signal your intentions when it is safe to pass.  Pass from at least two seconds behind the vehicle to be passed to avoid striking the rear side of the vehicle.  Steer smoothly into the passing lane.  Maintain or adjust speed as necessary.  Search the roadway ahead and check mirrors.  Do not allow your vehicle to drift toward the vehicle being passed.

- Continue to pass until the complete front of the passed vehicle is visible in your rearview mirror. Signal your intention to return back to the lane. Steer smoothly into the lane, maintain or adjust speed as appropriate.

**When being passed:**
Keep right. Once aware that a vehicle wants to pass, move to the right side of the lane. Maintain a constant speed to allow the driver to pass you.

Whenever signs and/or roadway markings permit passing other vehicles, you will have to determine whether you have enough space to pass in a safe manner. As a general rule only pass one vehicle at a time since it is difficult to determine the amount of time needed to pass, which may be as many as 20 to 30 seconds.

*Oncoming vehicles* – You must judge whether you will have enough space to pass safely. If you can see an oncoming vehicle, do not attempt to pass. It is difficult to determine the speed of oncoming vehicles, even for experienced drivers. Oncoming vehicles do not seem to be coming as fast as they really are in relation to your vehicle. An oncoming vehicle that is more than 25 seconds from your vehicle generally appears to be standing still. In fact, if you can actually see the oncoming vehicle closing, it is probably closer than 25 seconds from your vehicle. If unsure about the time and distance, wait to pass until there is enough time and space.



*Hills and curves* – You have to be able to see at least 1/3 of a mile or about 20 to 25 seconds ahead when driving at 55 to 60 mph. Anytime your view is blocked by a curve or a hill, you should assume that there is an oncoming vehicle just out of sight. Therefore, you should treat a curve or a hill as an oncoming vehicle and should not start to pass when within 1/3 of a mile of a hill or curve ahead.

*Intersections* – It is dangerous and illegal to pass where a vehicle is likely to enter or cross the roadway. These locations often include controlled intersections, uncontrolled intersections and multiple shopping center entrances. Do not pass in intersections and avoid passing at other intersecting points such as parking lot entrances and alleyways.

*Lane restrictions* – Before passing look ahead for road conditions and traffic that may cause other vehicles to move into your lane position. You may lose your time and space for passing because of:

- People or bicyclists near the roadway

- A narrow bridge or other situation that causes reduced lane width



- A patch of ice, pot hole, or something on the road

*Space to return* - Do not pass unless you have enough space to return to the driving lane. Do not count on other drivers to make space for you.

*Highway-railroad grade crossings* – You should not pass if there is a railroad grade crossing within the 20 to 25 second area ahead.

**Space for Special Situations**
There are certain drivers and other roadway users you should give extra space. Some are listed here.

*Other roadway users that cannot see* - Anyone who cannot see your vehicle may enter your travel path without knowing your vehicle is there. Other roadway users who could have trouble seeing your vehicle include:

- Drivers at intersections or driveways, whose view is blocked by buildings, trees or other vehicles

- Drivers backing into the roadway or backing into or pulling out of parking spaces

- Drivers whose windows are covered with snow or ice or are steamed-up

- Pedestrians with umbrellas in front of their faces or with their hats pulled down

*Distracted roadway users* - Even when others can see you, allow extra space or be extra cautious if you think they may be distracted.  People who may be distracted include:

- Delivery persons

- Construction workers

- Children or pedestrians who are not paying attention

*Confused roadway users* - People who are confused may cause an unsafe situation. People who may be confused include:

- Tourists or others, who do not seem to know where they are going

- Drivers who slow down for what seems like no reason

- Drivers looking for street signs or house numbers

*Drivers in trouble* - If another driver makes a mistake do not make the situation worse.  For instance, when drivers pass you without enough space reduce your speed and let them return to the lane safely; or if another driver needs to change lanes suddenly, slow down and let them merge.  This kind of cooperation will make the roads safer.

**Minimizing Hazards**
When possible, take potential hazards one at a time.  For example, when overtaking a pedestrian who is walking along the roadway or exiting a parked car and an oncoming vehicle is approaching, slow down and let the vehicle pass first so that your vehicle can pass only one roadway user at a time.

**Communicating**
Crashes often happen because one driver does not see another driver, or when one driver does something the other driver does not expect.  It is important that you let other roadway users know where you are and what you plan to do.

***Letting Others Know You Are There***
Some drivers do not always pay attention to what is going on around them.  It is important to make your vehicle more visible to other roadway users.

*Use headlights* – Always turn your headlights on to help other roadway users see your vehicle more clearly.  If needed, flick your headlights to alert other roadway users your vehicle is there.  Many new vehicles are designed with daytime running lights.  Remember to turn on your headlights if your vehicle is not equipped with the daylight running system.  There are other reasons to use your headlights:

- On rainy, snowy or foggy days, it is sometimes hard for other drivers to see your vehicle.  In these conditions, headlights make your vehicle easier to see.  Many states including Kansas require you to turn on your headlights whenever the wipers are used on the vehicle.

- Turn on your headlights when it begins to get dark.  Some newer vehicles have automatic sensors for turning on lights.  Turning the headlights on a little early will help other drivers to see your vehicle.

- When driving away from a rising or setting sun, turn on your headlights.  Drivers coming towards you may have trouble seeing your vehicle.  Your headlights will help them see your vehicle.

- Make sure your headlights are clean and working and make sure they are properly adjusted. If they are not adjusted properly, they will not give you a good view and they can blind other drivers. Have a qualified person make sure they are adjusted properly.

*Using your horn* – Other roadway users cannot see your vehicle unless they are looking your way. Your vehicle's horn can get their attention. Use it whenever it will help prevent a crash. A light tap on the horn should be all that is needed under normal circumstances. For example, give your horn a light tap:

- When a pedestrian or bicyclist appears to be moving into your lane of travel

- When passing a driver who starts to turn into your lane

- When a driver is not paying attention or may have trouble seeing you

- When visibility ahead is limited — like a steep hill, a sharp curve or exiting a narrow alley

If there is danger, do not be afraid to use the horn with a SHARP BLAST. For example:

- When a pedestrian or bicyclist is about to walk, run or ride into the street

- When another vehicle is in danger of hitting you

- When your vehicle is in danger of hitting another roadway user

*Not using your horn* - A horn should only be used in emergency situations. There are several occasions when you should not use your horn. They include:

- Encouraging someone to drive faster or get out of the way

- Telling other drivers of an error

- Greeting a friend

- When near blind pedestrians

*Use emergency signals* - If your vehicle breaks down on the highway, you should make sure that other roadway users can see your disabled vehicle. All too often crashes occur because a driver did not see a disabled vehicle until it was too late to stop.

If available, use your cell phone or other device to notify authorities that your vehicle or another vehicle has broken down. Many roadways have signs indicating the telephone number to call in an emergency. If you are having vehicle trouble and have to stop:

- Get your vehicle off the road and away from traffic, if possible.

- Turn on your emergency flashers to show your vehicle is disabled.

- Stop where other roadway users have a clear view of your vehicle. Do not stop just over a hill or just around a curve where visibility is limited.

- Try to warn other roadway users that your vehicle is there. Place emergency flares about 200 to 300 feet behind the vehicle, giving other drivers some time to change lanes if necessary.



200 – 300 feet

- Never stand or remain on the roadway and do not try to change a tire in traffic lanes.

- A white cloth attached to a vehicle indicates a disabled vehicle is present, so tie a white cloth to the antenna, side mirror or door handle to signal an emergency.  You can also lift the hood to indicate a disabled vehicle.

### Signaling Your Movements

Generally, other drivers expect your vehicle to maintain its travel path.  You must use the appropriate turn signal before changing direction or slowing the vehicle to inform and warn other roadway users.



- In urban areas signal [100] feet or 3 to 5 seconds before making a turn or a lane change.

- At speeds above 40 mph, signal [200] feet or 3 to 5 seconds before making a turn or a lane change.

- Extra caution should be used when a vehicle is signaling a turn near a private street or side street that is close to an intersection.  In the illustration [on the previous page], Driver A should not assume that Driver B will yield the right of way.  Driver B should not assume where Driver A is turning.  If Driver A is turning at the intersection they should wait until they have passed the side street before signaling their intentions so Driver B does not pull into their travel path.

*Signal prior to changing direction* – An appropriate signal gives other roadway users time to react to your vehicle movements.  You should use a turn signal prior to turning left or right at an intersection.  You should use the lane change device (hold signal device halfway up or down) prior to lane changes or merge areas.

- Since it is easy to overlook other roadway users needing to know what you are planning to do, get into the habit of signaling prior to changing direction.

- Signal as early as possible for the maneuver.  Signal at least 3 to 4 seconds before you make your move, so other roadway users can respond to your change in direction.  Most states have specific rules for when signals must be used. If there are streets, driveways, or entrances between your vehicle and where you want to turn, wait until the problem has passed prior to using the appropriate signal.

- After making a turn or lane change, make sure the turn signal is off.  On some occasions, the signals may not cancel properly.  Drivers must cancel the signal if it has not cancelled by itself, so other roadway users do not become confused by an incorrect signal.  Use of the lane changer-device (hold

signal device halfway up or down) when changing lanes helps to eliminate this problem prior to changing lanes.

*Signal when reducing speeds* - Brake lights let other roadway users know that the vehicle in front is slowing down.  Always reduce speed as early as it is safe to do so.  When stopping or reducing speed at a place where another driver may not expect it, tap the brake pedal three or four times lightly to warn other roadway users.  Signal prior to reducing speed when:

- Turning off a roadway that does not have separate turning or exiting lanes.

- Parking or turning before an intersection, since the following traffic expects your vehicle to travel through the intersection.

- Avoiding a hazard in the roadway or stopping for slowing traffic that a driver close behind your vehicle cannot see.

## Driver Awareness

Almost all activities people engage in have some level of risk. Operating a motor vehicle is a risky activity and drivers must do all they can to reduce risk. Consider the following steps to manage risk and be a safe and responsible driver:

### *Driver Responsibilities*

Accept the responsibilities associated with operating a motor vehicle:

- Having a Driver's License is a privilege, not a right.  You must have a Driver's License to operate a vehicle of any kind on a public highway or parking facility.

- Other drivers and pedestrians will expect you to follow the laws and rules of the road.

- Do not drive under the influence of drugs or alcohol or otherwise be impaired while driving.

- You and your passenger(s) should always wear seatbelts.

- If you are a minor, you and your parent(s) or guardian(s) will be responsible for the financial consequences of your driving.  If you have a Driver's License, they will expect you to drive safely and responsibly.

- Passengers in your vehicle have put their safety in your hands and expect that because you have a Driver's License that you will drive safely.

- A vehicle is capable of causing extensive property damage, injury and death and should be handled with the caution you would show any dangerous weapon.

- Driving safely includes where you park your vehicle.  You are responsible for where you park your vehicle and that it will not roll away, such as on a hill.  Make sure that you do not impede traffic or pedestrians.

- Although it may not seem important to obey everyday laws, it is important to do so for the safety of yourself and others.

- Safely sharing the roadway with other drivers and pedestrians is essential for avoiding crashes.

- The traffic laws and rules of the road cannot address all possible driving situations.  If you remember to be courteous, you can help avoid crashes and keep traffic moving in an orderly fashion.

- The golden rule of driving is to treat others the way you would want to be treated.  You should obey traffic laws, drive responsibly, and avoid taking unnecessary risks.

***Risk Awareness***

Identify the risks associated when you drive.Risks are created by:

- Our own limitations as a driver. Perhaps you are a new driver or you do not see well at night. Not all people react to situations the same.

- The vehicle we drive has limitations. Larger vehicles can be less stable and have reduced visibility around the vehicle. Smaller vehicles are harder for other drivers to see.

- The environment we drive in has its own limitations (e.g. geographical or weather). Driving in areas where there are hills and mountains requires special skills. Urban or city driving has increased risks because many other people are using the roadway as well.

***Risk Management***

Manage the risks by first identifying them and then making adjustments to your driving techniques to minimize those risks. We know that it is impossible to eliminate the risks so you must learn how to best minimize them.

- Increase time to respond to threats through position and/or speed adjustments

- Increase vehicle control through position and/or speed adjustments

- Separate the elements involved through speed and/or position adjustment

- Respond to roadway conditions through position and/or speed adjustments

- Respond to other roadway users through position and/or speed adjustments

Driving a motor vehicle requires that you take the responsibility to operate that vehicle in a safe manner. Doing so will reduce the risks for yourself, your passengers and other roadway users.  It is your civic responsibility.

**Decision Making**

To make appropriate decisions when driving it takes a lot of practice and experience. New drivers lack the experience for making appropriate decisions in many situations.

To better prepare for the decision making process it is very important to search actively in the area around your vehicle to identify the various types of road users, their location and their travel path. If you do not identify other roadway users you cannot begin to make decisions on how to lessen the risk. Good decision making starts with good visual search.

Once you have identified the other roadway users, determine the risks they may pose. Are they moving in the same direction, in the other direction or away from you? Could they collide with your vehicle?

Then decide the course of action that is necessary to lessen the risk.  Generally, you are limited to changing your direction (moving left or right), changing your speed (slowing, stopping or speeding up), or communicating (signaling or sounding your horn).  Once you have decided you will need to take action.

To be a safe driver you must actively search out potential hazards, determine what they might do, decide how to best minimize the hazard and take action.  Practice asking yourself "What If."  For example:

- search the area around your vehicle

- identify a potential hazard such as a vehicle pulling out of a driveway or parking lot

- ask yourself, "What If" this driver pulls in front of me

- Decide how to minimize the risk of the driver's actions by either changing direction, changing speed and/or communicating.

- then, take action

Practicing asking yourself "What If" can help to make you a better driver and help you to be more prepared for quick decision-making.

---

**Test Your Knowledge**

Select the alternative (a, b or c) that best answers the question.

1.  When changing lanes identify a:
    a.  2 to 3 second gap in traffic
    b.  3 to 4 second gap in traffic
    c.  4 to 5 second gap in traffic

2.  Having a Driver's License is a:
    a.  Right, not a privilege
    b.  Privilege, not a right
    c.  Requirement

3.  When overtaking a pedestrian who is walking along the roadway and an oncoming vehicle is approaching:
    a.  Slow down and let the vehicle pass first
    b.  Keep driving, the oncoming vehicle must stop for you
    c.  Honk your horn so the pedestrian moves over

4.  When is it safe to pass another vehicle?
    a.  When driving through an intersection and there are no oncoming vehicles
    b.  Whenever signs and/or roadway markings permit passing other vehicles
    c.  When entering a curve and there are no oncoming vehicles

These questions may be on the test.  If you cannot answer all of them, re-read Section 7.

1. c   2. b   3. a   4. b

---

# SECTION 8
## Avoiding Collisions and Emergency Situations

**This Section Covers**
- Avoiding Collisions
- Emergencies
- Vision Limitations

### Avoiding Collisions

When it looks like a collision may happen, many drivers panic and fail to act.  In some cases, they do act, but they do something that does not help to reduce the chance of the collision.  There usually is something you can do to avoid the crash or reduce the impact of the crash.  In avoiding a collision, you have three options: brake, steer or accelerate.

### *Braking Quickly*

Many newer vehicles have an ABS (Anti-lock Braking System).  Be sure to read the vehicle owner's manual on how to use the ABS.  The ABS system will allow you to stop without skidding.

*With ABS* - If you have an anti-lock braking system and you need to stop quickly:

- Press on the brake pedal as hard as you can and keep pressing on it.

- You might feel the brake pedal pushing back when the ABS is working.  Do not let-up on the brake pedal. The ABS will only work with the brake pedal pushed down fully.

*Without ABS* - If you must stop quickly and you do not have an anti-lock braking system:

- You can cause the vehicle to go into a skid if you brake too hard.

- Apply the brakes as hard as you can without locking them.

- If the brakes lock-up, you will feel the vehicle start to skid.  Ease up on the brake pedal and then reapply with control.  Do not take your foot off the brake pedal.

- As soon as the vehicle stops skidding, push down on the brake pedal again. Keep doing this until the vehicle has stopped.

### *Steering Quickly*

In most cases, you can steer the vehicle quicker than you can stop it.  You should consider steering in order to avoid a collision.

Make sure you have a good grip with both hands on the steering wheel.  Once you have turned or changed lanes, you must be ready to keep the vehicle under control.  Some drivers steer away from one collision only to end up in another.  Always steer in the direction you want the vehicle to go.  Wearing a safety belt can help to maintain control of your vehicle by keeping you in the seat behind the steering wheel.

*With ABS* - If you have an anti-lock braking system and you need to steer quickly:

- Continue pressing on the brake pedal as hard as you can and keep pressing on it while steering in the direction you want to travel.

*Without ABS* - If you must steer quickly and you do not have an anti-lock braking system:

- Avoid hard braking while steering, if possible.

- Once you have steered to your intended path of travel and the vehicle is straight, you can begin to brake harder.

### *Accelerating*

Sometimes it is best or necessary to accelerate to avoid a collision.  This may happen when another vehicle

is about to hit you from the side or from behind and there is room to the front of your vehicle to get out of danger.  Be sure to slow down once the danger has passed.

### Dealing with Skids

Any road that is safe under normal conditions can be dangerous when it is wet or has snow or ice on it.  High speeds under normal conditions also increase the possibility of a skid if you must turn or stop suddenly.  Skids are caused when you are traveling too fast for conditions, when you stop too suddenly or when the tires can no longer grip the roadway.  As you cannot control a vehicle when it is skidding, it is best to avoid a vehicle skid in the first place.  If your vehicle begins to lose traction:



- *Visually look for open space* – You must pay attention to where your vehicle can go on the roadway.  Do not fixate on the hazard you are trying to avoid.

- *Lift off any pedals* – Release brake or accelerator pressure to determine if the vehicle is losing traction to the front or rear tires.

- *Recognize traction loss* – If the vehicle continues straight while steering, traction is lost to the front tires.  If the vehicle is moving sideways without any additional steering input, the rear tires have lost traction.

- *Brake or acceleration response* – If the front traction is lost ease off the brakes to regain traction and reapply the brakes without skidding to continue steering.  If the vehicle has ABS apply the brakes fully to gain steering control to the front tires.

- *Steer* – If rear traction is lost, turn the steering wheel in the direction of the intended path of travel (the direction you want to go) and continue to steer and counter-steer until the vehicle is traveling straight.  Continue to look in the direction you want to go.  Avoid looking into the on-coming lane so that your vehicle does not travel across the centerline.  If your vehicle is equipped with traction technology, keep steering toward the path of travel to aid the vehicle technology.

### Protect Yourself in Collisions

You may not always be able to avoid a collision.  Try everything you can to keep from being hit.  If nothing works, try to lessen any injuries that could result from the crash.  The most important thing you can do is to use your safety belt.  In addition to your safety belt, there are other things that could help prevent serious injuries.

- *Hit From the Rear* – If your vehicle is hit from the rear, your head and body will be thrown backwards.  Press yourself against the back of your seat and put your head against the head restraint.  Be ready to apply your brakes so that you will not be pushed into another vehicle.

- *Hit From the Side* – If your vehicle is hit from the side, your body will be thrown towards the side that is hit.  Frontal air bags will not help in this situation.  Your lap and shoulder belts are needed to help keep you behind the wheel.  Get ready to steer or brake to prevent your vehicle from hitting something else.

- *Hit From the Front* – If your vehicle is about to be hit from the front it is important to try to have a "glancing blow" rather than being struck head on.  This means that if a collision is going to happen, you should try to turn the vehicle.  At worse, your vehicle will be hit with a glancing blow or you might miss it.  If the frontal impact is severe, the air bag will deploy and then deflate, so be ready.  You must use your safety belt to keep yourself behind the wheel and to protect yourself if your vehicle has a second crash.

## Emergencies

All drivers eventually will find themselves in an emergency situation.  As careful as you are, there are situations that could cause a problem for you.  If you are prepared, you may be able to prevent any serious outcomes.

There is always a chance of a vehicle problem while driving.  You should follow the recommended maintenance schedule listed in the vehicle owner's manual.  Following these preventive measures greatly reduces the chance that your vehicle will have a problem.

### Brake Failure

If your brakes stop working:

- Rapidly pump the brake pedal several times.  This will often build up enough brake pressure to allow you to stop.

- If that does not work, use the parking brake.  Pull on the parking brake handle if in the center console or push the parking brake foot pedal slowly so you will not lock the rear wheels and cause a skid.  Be ready to release the brake if the vehicle does start to skid.

- If that does not work, look for a safe place to slow to a stop.  Make sure the vehicle is off the roadway.  Do not continue to drive the vehicle without working brakes.

### Tire Blowout

Tire blowout is a rapid deflation of air from the tire.  If a front tire blows out, the vehicle will pull sharply in the direction of the blowout.  If a rear tire blows out, the vehicle will wobble, shake and pull some in the direction of the blowout.  If a tire blows out or suddenly goes flat:

- Grip the steering wheel firmly and keep the vehicle going straight.

- Slow down gradually.  Take your foot off the accelerator pedal.

- Do not brake.  Allow the vehicle to slow by itself or brake gently if necessary.

- Do not stop on the road if at all possible.  Pull off the road in a safe place and turn on emergency flashers.

- Have the tire changed and replaced.

### Power Failure

If the engine shuts off while you are driving:

- Keep a strong grip on the steering wheel.  Be aware that the steering wheel may be difficult to turn, but you can turn it.

- Shift to neutral and look for an escape path.  Do not brake hard, brake with steady pressure on the pedal, slow down then pull off the roadway.

- Stop and try to restart the engine, if unsuccessful, raise hood and turn on emergency flashers.  Call for help.

### Accelerator Failure

Accelerator failure could be caused by either a broken spring or the pedal getting stuck in the down position.  In either case:

- Shift to neutral and search for an escape path.

- Steer smoothly, brake gently and pull off the roadway.

- Turn off vehicle and have the pedal repaired at a service center before driving again.

*Uneven Surface Drop-Offs*

Uneven surface drop-offs can cause serious crashes if you react improperly.  Avoid panic steering, in which you try to return to the pavement as soon as your wheels leave the pavement.  This maneuver can lead you to provide too much steering input before you have a chance to slow down.

The following are tips to help you return to the pavement safely:

- Slowing down will help you return to the roadway without losing control.  When your wheels leave the pavement, ease off the accelerator to slow down.  Do not brake hard, as this can put your vehicle into a skid and make it difficult to steer.  Instead, gently apply the brakes, which will allow you to control steering.  Steer straight ahead and slow to 25 mph or less.

- Straddle the pavement edge, which will keep the inside edge of your tires from rubbing.  It will also help you to approach the edge at a higher angle, which helps the tire to return to the road surface.

- When there is a gap in traffic from all directions, turn the steering wheel about one quarter-turn to return to the pavement.  DO NOT OVERSTEER.  When you are back on the pavement, steer back to your lane.  If traffic is heavy when you leave the road and the shoulder is wide, drive entirely onto the shoulder and stop.  Wait for a large gap in traffic before you reenter.  If you cannot get back onto the pavement, pull as far from the road as possible and wait for help.

*Rollovers*

Rollovers are much more likely than most other types of crashes to result in serious injury or death.  Even though only about one of every forty vehicles involved in a police reported crash has rolled over, one of every three passenger vehicle occupant deaths occur in rollovers.  This illustrates the seriousness of rollover crashes.

The majority of rollovers occur during ordinary driving situations.  Many rollovers occur when a driver suddenly swerves to avoid an obstacle such as a stopped vehicle in the road or when a driver accidentally veers off the road.  When you lose control of your vehicle and it begins to slide sideways something can "trip" the vehicle and cause it to roll over.  This tripping object could be a curb, guardrail, tree stump, or soft, uneven ground on the side of the roadway.  If you are speeding or you turn the wheel too sharply, the friction between the tires and the road can cause the vehicle to trip and then roll over.

A multiple-vehicle crash can also initiate a rollover if it causes a driver to lose control, or if a vehicle rolls after being struck in the side by another vehicle, but single vehicle crashes are more common.  More than 80% of all rollovers involve no other vehicle besides the one that rolls over.

Rollover crashes are more common for sport utility vehicles (SUVs), vans, pickups and small trucks than for passenger vehicles due to their higher centers of gravity, which makes them top heavy and more likely to tip over.  Whenever the height of a vehicle rises, the center of gravity also rises.  Additional cargo and passengers can also increase the chances of a rollover.

Thankfully, because most rollover crashes involve only one vehicle, you - the driver - can reduce the likelihood of having a rollover crash simply by making some smart choices:

- Speed is an important factor that contributes to rollover crashes and one factor that you can control.  The faster you drive, the less time you have to react to any emergency that suddenly arises in the road ahead of you, which means you will probably end up steering more sharply and/or braking harder.  Simply obeying the posted speed limit and using extra caution in bad weather can reduce your chances of having a rollover crash.

- Many rollovers occur when drivers overcorrect their steering in response to unexpected situations, such as encountering a stopped vehicle in their lane or accidentally driving off the pavement.  Sudden steering maneuvers at high speeds or on soft surfaces can lead to rollovers.  If your vehicle leaves the paved road surface, slow down gradually, but do not jerk the steering wheel to get the vehicle back on the pavement.

- The most effective way to reduce the risk of injury or death in a rollover is to use your safety belt.  Without safety belts, occupants in vehicles that roll can be thrown from the vehicle, greatly increasing the risk of serious injury or death.

- Air bags play an important part in reducing injury.  Side airbags triggered by rollover sensors can prevent the upper body from being exposed to contacts with the ground or even complete occupant ejection.

## Vision Limitations

When something is limiting how well you can see it can be difficult to drive.  The following are examples of when your vision may be limited and how to solve the problem of limited vision:

- It is harder to see at night.  You must be closer to an object to see it at night than during the day.  When driving at night, you must be able to stop within the distance you can see ahead with your headlights.  Your lower beam headlights will let you see clearly about 150 to 200 feet ahead.  Driving at a speed that allows you to stop within this distance is about 45 mph.  Your high beam headlights will let you see clearly about 350 to 400 feet ahead.  Driving at a speed that allows you to stop within this distance is about 65 mph.  You need to increase your following distance by adding at least one additional second for night driving conditions and at least two additional seconds for driving on unfamiliar roadways at night.  Keep in mind that headlights limit your visual skills.  Reducing speed based on headlight distance is critical to avoiding night driving collisions.

 

- Adverse weather can reduce visibility rapidly.  When you cannot see any farther than 100 feet ahead due to rain, snow, blowing dust, smoke or thick fog, you cannot safely drive faster than 30 mph.  When adverse weather limits visibility you may not be able to see well enough to drive, therefore you should pull off the roadway in a safe place and wait until it clears.  When driving in fog, snow or heavy rain use your low beams and fog lights for best visibility, even during the day and be alert for other drivers who may have forgotten to turn on their headlights.

- Bright sunlight in the early morning or late afternoon creates a glare when driving into the sun.  Wearing sunglasses, keeping windows clean and using the vehicle's sun visors can reduce glare.  If the sun is behind you be aware that oncoming drivers may not be able to see your turn signals or your vehicle because of glare.

- You may not know what is on the other side of a hill or just around a curve, even if you have driven the road many times.  If a vehicle is stalled on the road just over a hill or around a curve, you must be able to stop or move around the problem.  Whenever coming to a hill or curve where visibility is limited by the roadway, adjust vehicle speed to prepare for a speed or position adjustment.

- Vehicles parked along the side of the road may block your view.  People may be ready to get out of a vehicle or walk out from between parked vehicles.  Give parked vehicles as much room as the lane allows.

- Drive at a speed where the vehicle can safely stop within the space in front of the vehicle.  Use the minimum 3 second following interval, increasing the following interval by an additional second for any unusual weather or traffic conditions.

- You must not drive faster than the distance you can see ahead.  Reduce speed or adjust lane position to allow for adequate braking and steering in case of unusual conditions including:

  - Traffic congestion

- Hills and curves

- Weather limitations

| Test Your Knowledge |
|---|

Select the alternative (a, b or c) that best answers the question.

1.  If your vehicle has an anti-lock braking system and you need to stop quickly:
    a.  Press on the brake pedal as hard as you can
    b.  Press on the brake pedal repeatedly
    c.  Gradually press on the brake pedal

2.  If you are driving and a tire suddenly goes flat:
    a.  Rapidly pump the brake pedal several times.
    b.  Slow down gradually and do not brake.
    c.  Press on the brake pedal as hard as you can.

3.  When you cannot see any farther than 100 feet ahead due to rain, snow, blowing dust, smoke or thick fog then you cannot safely drive faster than:
    a.  20 mph
    b.  30 mph
    c.  40 mph

These questions may be on the test.  If you cannot answer all of them, re-read Section 8.

1. a    2. b    3. b

# SECTION 9

## Sharing the Road

**This Section Covers**
- Pedestrians
- Bicyclists
- Motorcycles, Scooters and Mopeds
- Emergency Vehicles
- Police/Traffic Stops and [Move-Over Laws]
- Interacting with Commercial Vehicles
- Public Transportation
- Slow Moving Vehicles

You must always share the road with other users.  Everybody has a right to the roadway.  Remember to be courteous and civil to each other.  Crashes can be avoided by identifying and sharing the road with other users.  The following are other roadway users that you may encounter on the roadway and will have to share the road with.

**Pedestrians**

- Children

- Blind pedestrians

- Joggers

- Recreational (skaters, skateboarders, etc.)

As soon as you step out of your vehicle, you become a pedestrian.  As a pedestrian, you should know your rights and responsibilities.  As a driver, you should know the law when pedestrians are around.  Always recognize that pedestrians are especially defenseless, they do not have the same protection that you do.  Courtesy and cooperation will greatly enhance pedestrian safety.

As a pedestrian:

- You are subject to pedestrian traffic laws and have the same responsibilities to obey traffic laws as do motorists.

- You must walk where there is a sidewalk.  If there is no sidewalk, you should walk on the left side of the street facing the oncoming traffic.

- At night, you should carry a flashlight; wear light colored clothing and reflective material so motorists can see you easily.

- When you are facing a "WALK" signal or a green light, you have the right-of-way.  Make sure all drivers see you and stop for you before crossing the road.

- Do not cross the street when you are facing a "DON'T WALK" signal or a red or yellow light, but If the flashing "DON'T WALK" signal appears when you are crossing the street, you may finish crossing the street.

- You should establish eye contact with drivers who slow down or stop to ensure the driver is yielding the right-of-way to you.  Do not assume the driver will stop for you.

Pedestrians are difficult to see and it is difficult to determine their intentions.  As a driver:

- You must yield to pedestrians at all times.  Even if they are not in a crosswalk and crossing the street where they should not be (also known as jaywalking), you must stop for them.

- You must yield when a pedestrian is in a crosswalk.  Crosswalks exist at all intersections where a sidewalk meets the street.  Not all crosswalks have markings.

- Mid-block crosswalks require you to yield as you would at a corner.  Mid-block crossings have warning signs and pavement markings.

- You must always yield the right-of-way to persons who are visually impaired.  When a pedestrian is crossing a street guided by a dog or carrying a white cane, you must come to a complete stop.

- Even when you are facing a green light, you must yield the right-of-way to all pedestrians in the intersection.  You can only assume right-of-way when your intended path is clear.

- When preparing to make a left turn or u-turn, check for pedestrians in your path, even if you have a green arrow.

- As you prepare for a right turn, especially on a red traffic signal, be cautious of pedestrians approaching on your right.

- When approaching a stopped vehicle from behind, slow down and do not pass until you are sure that there are no pedestrians crossing in front of it.  This is true even on multi-lane roads.

- Always check for pedestrians in your path before backing, especially in shopping centers or places where there are many pedestrians.

- Be careful in school, playground and residential areas where children could run out from between parked vehicles.  It is a good idea to drive slower than the speed limit in these areas and be prepared to stop quickly.

- In a school zone when lights are flashing or children are present, you must obey a slower speed limit.  At a school crossing where there is traffic patrol, stop and yield if you are signaled to do so.

## Bicyclists

Bicyclists are considered vehicles when used on roadways.  They are expected to follow the same rules of the road as motorized vehicles.  As a motorist, you should know that a bicyclist has the same rights, privileges and responsibilities as you.  Respect for each other will aid in the smooth flow of traffic.

Bicyclists may not be easily seen in traffic.  You must to be alert for bicyclists and be extra careful when approaching them.  Just as motorists have different levels of skill; bicyclists also have varying levels of skills.  A skillful bicyclist rides predictably and holds a steady line. An unskillful bicyclist may swerve unpredictably, ignore traffic signs and signals, and ride without a light at night.  If you see, an unskillful bicyclist be ready for any sudden movements.

As a bicyclist:

- You are required to ride on the right side of the roadway.

- You must obey all traffic signs and signals and use hand signals to let others know what you plan to do.

- Wear brightly colored clothing, use required lights and reflectors and keep your bicycle in good repair.

As a driver:

- You must yield to bicyclists in intersections as you would for pedestrians and other vehicles.

- You must yield the right-of-way to a bicyclist when a bicycle path or bike lane intersects a road.  Do not stop, park or drive on a designated bicycle path or lane unless you are entering or leaving an alley or driveway, performing official duties, directed by a police officer, or an emergency situation exists.

- When approaching or passing a bicyclist slow down and allow as much space as possible and consider a bicyclist's speed when you pass.  If you are about to make a right turn, you must not pass

a bicyclist immediately before the turn.  To avoid a collision, you should slow down and let the cyclist clear the intersection before making your turn.

- Be careful after you have passed a bicyclist.  Do not slow down or stop quickly.  A motor vehicle's brakes are more powerful than a bicycle's and you could cause a crash.

- Do not sound your horn close to bicyclists, unless there is a chance of a collision.  Sounding your horn to alert your presence may startle them and cause them to steer into your path and crash.

- When making turns, watch carefully for bicyclists entering your lane.  Be especially careful if you see children riding bikes on the sidewalk.  They may come onto the road.

- Never turn sharply in front of a bicyclist and do not force a bicyclist off the road.

- Although bicyclists are required to ride in the direction of traffic, you should look for them riding anywhere on the roadway.

- Be particularly careful around bicyclists when the roadway is wet or covered with sand or gravel.  Like motor vehicles, bicycles cannot brake as quickly or turn as sharply under these conditions.  These conditions affect bicycles much more than vehicles.

- Cooperate with bicyclists.  They are required to use hand signals, as shown, when turning and stopping.  However, keep in mind that a bicyclist may be unable to signal if road or traffic conditions require them to keep both hands on the handlebars.  Look for other clues of a bicyclist's intent, like turning their head or looking over their shoulder before changing lane position.

   

| **Stop** | **Left Turn** | **Right Turn**   or | **Right Turn** |

- When parked on the street, check to the sides and rear for bicyclists before you open your vehicle door.

- You should check for bicyclists in your path before backing.  Be especially cautious near schools or residential areas where bicyclists may be present.

## Motorcycles, Scooters and Mopeds

Motorcyclists/scooters/mopeds have the same rights and responsibilities as other drivers.  However, it is more difficult to see them and it is more difficult to determine what they will do.  There are special situations and conditions we need to be aware of so we can safely share the road with motorcycles/scooters/mopeds:

- Motorcycle/scooter/moped operators have the right to use a complete traffic lane and two motorcycles/scooters/mopeds may share a lane.  Do not pass a motorcycle/scooter/moped in the same lane.  The motorcycle/scooter/moped needs space to react to other traffic.

- Motorcycles/scooters/mopeds are small and, therefore, more difficult to see.  Their size also allows them to duck easily into your blind spot, therefore, always make a visual check for motorcycles/scooters/mopeds by checking mirrors and blind spots by turning your head and looking before entering or leaving a lane of traffic and at intersections.

- Motorized Bicycle or Moped means every device having two tandem wheels or three wheels, which may be propelled by either human power or helper motor, or by both, and has :

1. A motor which produces not more than 3.5 brake horsepower;

2. A cylinder capacity of not more than 130 cubic centimeters;

3. An automatic transmission; and

4. The capability of a maximum design speed of no more than 30 miles mph.

- Approximately one-half of all motorcycle/scooter/moped crashes involve another motor vehicle. Nearly 40 percent were caused by the other vehicle turning left in front of the motorcyclist/scooter/moped.
  Motorcycles/scooters/mopeds have a much smaller profile than motor vehicles, which can make it more difficult to judge the speed and distance as they approach.  Before turning left be alert for motorcycles/scooters/mopeds by looking carefully to the front and sides of your vehicle.



- Do not assume a motorcycle/scooter/moped is turning when you see its turn signal flashing.  Motorcycle/scooter/moped turn signals may not self-cancel and the motorcyclist/scooter/moped may have forgotten to turn them off.  Do not pull out in front of a motorcycle/scooter/moped until you see that it is actually beginning to turn.  Keep in mind that motorcycles/scooters/mopeds may not have turn signals so it is important to leave enough space for the motorcyclist/scooter/moped to maneuver.

- Always signal your intentions before changing lanes or merging with traffic.  This allows the motorcyclist/scooter/moped to anticipate traffic flow and find a safe lane position.

- Obstacles and road conditions that may be minor to a motorist can be deadly to a motorcyclist/scooter/moped.  Be prepared for them to make sudden changes in lanes or speed as they attempt to avoid a hazard on the road, such as potholes, gravel, wet or slippery surfaces, pavement seams, railroad crossings and grooved pavement.  Allow room for the motorcyclists/scooters/mopeds to maneuver.

- When following a motorcyclist/scooter/moped, allow for a 3 to 4 second following distance or more in wet conditions or you may not have enough time or space to avoid a crash.  Motorcycles/scooters/mopeds can stop quickly and following too closely endangers your life and that of the motorcyclist.



- Always dim your headlights when approaching a motorcycle/scooter/moped.  Because of their vulnerability, the blinding effect of your high beams can be far more dangerous to them than to drivers of motor vehicles.

- When a motorcycle/scooter/moped is passing your vehicle, you should maintain your lane position and speed.  Allow the motorcyclist/scooter/moped to complete the maneuver and assume proper lane position as quickly as possible.  Never speed up or interfere with their ability to pass safely.

- Keep in mind that scooters and mopeds travel at much lower speeds than motorcycles.

**Emergency Vehicles**
Drivers of emergency vehicles must drive with regard for the safety of other roadway users, but they may, under emergency conditions, be exempt from traffic control laws, such as parking in places where you cannot do so, going through a red light or stop sign

after slowing down, driving faster than the posted speed limit, and disregarding rules covering direction of movement or turning.

Certain vehicles have sirens and flashing lights, which assist in moving quickly through traffic to answer emergency calls.  Emergency vehicles include fire department equipment; police vehicles, ambulances and specialty-equipped vehicles (i.e. blood delivery vehicles, river rescue vehicles, hazmat response, etc.).

As a driver:

- When you hear a siren or see a vehicle approaching with flashing lights, pull over to the curb or edge of the road and stop.  Position yourself parallel and as near to the curb as possible.  On one-way streets, drive toward the road edge nearest you.  Always keep intersections clear.

- After the emergency vehicle passes, carefully look behind you for other vehicles and when it is safe to do so return to the roadway.  You must stay at least 500 feet away from the emergency vehicle.

- If an emergency vehicle is leaving or returning to its garage and the emergency lights are still flashing, you must stop until the emergency vehicle is safely out of your path.

- During an emergency situation, you must obey the direction of law enforcement or emergency services personnel on the scene.

**Police/Traffic Stops**

- If you are pulled over by law enforcement, move to the right side of the roadway and position your vehicle as far out of the way of traffic as possible, where it is safe for both you and the police officer.

- Turn off your engine, radio, CD player or any other device that might interfere with communicating with the officer.  Turn on your hazard flashers and if at night your interior lights to help the officer see that everything is in order inside the vehicle.  Roll down your window so that you and the officer can communicate.

- Remain calm and keep your safety belt fastened.  Ask your passenger(s) to do so as well.  Keep your hands on the steering wheel and limit movements so the officer does not think you are hiding or searching for something.

- When requested, locate and provide your Driver's License, proof of insurance and/or vehicle registration.  If the officer asks you for these documents tell the officer where they are located and reach for them slowly with one hand on the wheel.  Answer the officer's questions fully and clearly.  Remain in the vehicle unless requested to get out.

- Never run from law enforcement.  It is very dangerous and many fatal crashes occur from police chases.  The consequences of running from law enforcement are more severe than the initial traffic citation.

**Move-Over Laws**
State law requires drivers approaching a stationary emergency vehicle displaying flashing lights, including towing and recovery vehicles, traveling in the same direction, to vacate the lane closest if safe and possible to do so, or slow to a speed safe for road, weather, and traffic conditions.

**Interacting with Commercial Vehicles**
Over 250,000 crashes occur between cars and commercial vehicles each year.  In more than 70% of all fatal crashes involving cars and commercial vehicles, police report that the car driver contributed to the cause of the crash.  Commercial vehicles are very different from cars.  Many of these crashes could be avoided by keeping these points in mind:

- Large vehicles are less maneuverable than a car.

- Large vehicles have much larger blind spots than cars even though their drivers sit much higher than vehicle drivers sit.

- Because of their weight, they have longer stopping and accelerating distances and need more room to turn.

**The No-Zone**

The No-Zone is the area around large trucks or buses where vehicles disappear from the commercial driver's view into blind spots.  These blind spots are on the sides, rear and front of the large vehicle.

- *Side No-Zones* – Large trucks and buses have big No-Zones on both sides.  They are much larger than your vehicle's blind spots.  Trucks have a larger blind spot on their right side starting behind the cab and extending up to the length of the truck.  If you cannot see the driver's face in the side view mirror, they cannot see



you.  Avoid driving alongside a large vehicle for any longer than required under any circumstances.  If the driver needs to swerve or change lanes, the chances of a collision are greatly increased.

- *Front No-Zones* – Because of a large vehicle's size and weight, they take longer to stop than cars.  A loaded truck with good tires and properly adjusted brakes, under ideal conditions, traveling at 55 mph requires a minimum of 335 feet before coming to a complete stop, or greater than 1 ½ times the stopping distance of a car.  Therefore, it is essential not to enter a roadway in front of a large vehicle or change lanes in front of a large vehicle.  When passing a large vehicle look for the whole front of the vehicle in your rear-view mirror before pulling in front and maintaining speed.



- *Rear No-Zones* – Unlike cars, large vehicles have huge blind spots directly behind them that extend up to 200 feet.  If you are too close, the large vehicle cannot see your car and you cannot see what is ahead of you.  If the large vehicle brakes or stops suddenly, you have no place to go and could run into them.  To prevent this you need to pay close attention when following a large vehicle.  Avoid following the vehicle too closely and position your vehicle so the driver can see it in their side mirrors.  When traveling up or down steep hills, large vehicles must drive slowly, approximately 35 mph, and therefore use the right lane.  Avoid driving in the right lane, if possible, when traveling up or down hills, as well as near truck weigh stations, where large vehicles will be attempting to re-enter faster-moving traffic.  By avoiding the right lane in these areas, you will reduce the possibility of a crash with a large vehicle.



*Turning*

Pay close attention to large vehicles turn signals and give them plenty of room to maneuver.  When a truck or bus needs to make a right turn, they will sometimes swing wide to the left in order to safely turn right and clear the corner of a curb or other obstruction.  Sometimes space from other lanes is used to clear corners.  If you try to get in between the truck or bus and the curb, you will be squeezed in between them and could suffer a serious crash.  To avoid a crash, do not turn until the truck or bus has completed its turn.

Keep in mind:

- When you meet a truck coming from the opposite direction, keep as far as possible to the right side of the roadway to avoid a side swept crash and to reduce the wind turbulence between the two vehicles, which pushes the vehicles apart.

- Many collisions with large vehicles occur at intersections because motorists are unable to judge accurately the speed of a truck approaching before making a left turn.  When in doubt about the

speed of an oncoming truck or bus, do not turn left in its path.  The truck or bus may be going faster than you think and it takes longer for them to stop than a car.

- Many intersections are marked with stop lines to show where you must come to a complete stop. These stop lines help to set you farther back at an intersection to give larger vehicles more turning space.  Always stop behind stop lines.

- Do not cut off a large vehicle in traffic or on the highway to reach an exit or turn or to beat a truck into a single-lane construction zone.  The few seconds that might be saved are not worth a life.

### *Runaway Ramps*
On long downgrades there may be special escape or runway ramps for large vehicles.  These ramps are to be used only by large vehicles that are out of control or cannot stop because of brake failure.  Never stop or park in the area of these ramps.

## Public Transportation
### *Transit Buses*
- Watch for buses that have stopped.  They may block your view of pedestrians about to cross the street or they may be about to pull into traffic.

- Unlike a school bus, you do not have to stop for a transit bus when they drop off or pick up people, unless you are behind them.

- Look for passengers boarding and exiting the bus that might cross into your path.

- vehicle gate.

- A safety zone is a space set aside for pedestrians boarding, entering and waiting for trolleys and light rail vehicles.  Do not drive through or park on tracks or in a safety zone for any reason.  You may pass the zone as soon as it is safe to do so and at no faster than 10 mph.

- When people are boarding or leaving a trolley or light rail vehicle where there is no safety zone, stop behind the nearest door or vehicle platform of the trolley or rail vehicle and wait until the people have reached a safe place.

- Do not overtake and pass on the left of a trolley or light rail vehicle, whether it is moving or standing, except when you are on a one-way street.  When the tracks are so close to the right side of the road that you cannot pass on the right, or when a traffic officer directs you, pass on the left.

- Never turn in front of an approaching light rail vehicle or trolley.  Let them pass before making your turn.

- Be aware that buildings, trees and other objects can cause blind spots for the rail vehicle or trolley operator.

- Maintain a safe following distance from the rail vehicle or trolley if it shares the roadway with other users.  In many cases you may drive in the same lane as a trolley or light rail vehicle.

### *Trains*
See Section 6: Rules of the Road

## Slow Moving Vehicles
Be alert for slow moving vehicles, especially in rural areas.  A fluorescent or reflective orange and red triangle displayed on the rear of vehicles drawn by animals, farm equipment or construction equipment means the vehicle is traveling less than 25 mph. Use caution when approaching a slow moving vehicle and be sure it is safe before you pass.



- ***Farm machinery*** – Watch for tractors, combines and other farm equipment moving across the road and traveling on state highways in rural areas. Farm machinery can be very large and wide enough to take up more than one traffic lane. Farm machinery usually does not have turn signals and to make a right turn, operators of farm machinery may pull wide to the left and then turn to the right. In most cases, these vehicles will be traveling at less than 25 mph. Pass with caution and remember the operator of the farm machinery cannot hear approaching vehicles.



- ***Animal drawn vehicles*** – In some rural areas, you may be sharing the road with animal drawn vehicles. They have the same rights to use the road as a motor vehicle and must follow the same rules of the road. They are subject to heavy damage and injury to the occupants if hit by a vehicle. Normal speeds for animal drawn vehicles range between 5 and 8 miles per hour. They may be even slower when pulling large farm equipment or when crossing intersections. Another hazard to consider is restricted vision from the driver of the animal drawn vehicle. When pulling large loads of hay or other equipment, drivers may not be able to see vehicles behind them; therefore, you need to be extra cautious when passing animal drawn vehicles. Pass with caution and do not use your horn or "rev" the engine because this may scare the horse and cause a crash. To avoid other possible collisions, you should anticipate left turns made by animal drawn vehicles into fields and driveways. Warning signs will be posted in areas where you are likely to find animal drawn vehicles so be alert.



- ***Horseback riders*** – Horseback riders are subject to and protected by the rules of the road. They must ride single file near the right curb or road edge, or on a usable right shoulder, lane or path. Use caution when approaching a horse being ridden or led along a road. Areas where horseback riding is common will usually be marked with an advisory sign. You must drive at a reasonable speed and at a reasonable distance away from the horse. Do not sound your horn or "rev" your engine loudly when approaching or passing a horse. It could scare the horse and cause a crash.

**Driving Slow Moving Vehicles**
If you are driving a slow moving vehicle and you have to drive so slowly that other vehicles have to reduce speed to the rear, pull to the side of the roadway when safe to do so and let the other vehicles pass. Many states have "turnout" areas on some two-way, single lane roadways that must be used when you are causing vehicles to the rear to slow down significantly. Other two-way, single lane roadways sometimes have selective "passing lanes" to reduce congestion to the rear of slower vehicles.

**Test Your Knowledge**

Select the alternative (a, b or c) that best answers the question.

1. If a truck or bus needs to make a right turn and you are also turning right:
   a. Quickly turn right before the truck or bus does
   b. Wait until the truck or bus turns before turning right
   c. Squeeze between the truck or bus and the curb

2. If a pedestrian is crossing in the middle of the street, not at a crosswalk (also known as jaywalking) even if it is illegal, you:
   a. Must stop for them
   b. Do not have to stop for them
   c. Should honk your horn at them

3. When you hear a siren or see a vehicle approaching with flashing lights:
   a. Maintain speed and stay in your lane until the vehicle has passed
   b. Move into the right lane and drive slowly until the vehicle has passed
   c. Pull over to the curb or edge of the road and stop to allow the emergency vehicle to pass

4. Motorcycle operators have the right to:
   a. Use a complete traffic lane
   b. Share a traffic lane with a vehicle
   c. Use the shoulder of a roadway

These questions may be on the test.  If you cannot answer all of them, re-read Section 9.

1. b   2. a   3. c   4. a

# SECTION 10
## Special Driving Situations

**This Section Covers**
- Rural Road Driving
- Night Driving
- Driving in Adverse Weather
- Work Zones
- Avoiding Collisions with Animals

**Rural Road Driving**

Driving on empty rural highways can be just as dangerous as driving in heavy city traffic.  It is easy to relax your attention and suddenly come upon something dangerous.  Stay alert, watch for warning signs and slow down.  Some road conditions and driving hazards are unique to rural roads when compared to a paved interstate or city street.  Rural roads consist of paved, gravel and dirt roads.  It is important to understand the different types and the hazards that are common on rural roads:

- *Gravel or Dirt* – Vehicles do not have as much traction on gravel or dirt roads as they do on concrete or asphalt roads.  When driving on gravel or dirt, you must reduce your speed and increase your following distance, since it will take much longer to stop due to loss of traction.  Skidding can occur when traction is lost.  Gravel or dirt roads can become rough and rippled from where a series of potholes has formed and can affect steering and vehicle control.

- *Dust* – During dry periods of the year, gravel roads can become extremely dusty.  Vision can be reduced.  It is recommended that you use low beam headlights to make your vehicle more visible to others, slow down and increase your following distance.

- *Narrow bridges and roads* – Gravel or dirt roads can be narrow and have little to no shoulder, which can be hazardous.  Ditches can be close to the road, very steep and dangerous.  You should look for narrow bridge signs and be prepared to stop for oncoming traffic.  These roadways may have sharp dips or unexpected turns; therefore, you should slow down and increase your following distance.

- *Open Bridge Gratings or Steel Bridges* – Reduce speed, as traction for braking and steering is reduced.  Due to the reduced traction, keep a firm grip on the steering wheel and increase your following distance.

- *Vision limitations* – Blind corners created by wooded areas, corn fields or other tall crops can create vision limitations.

- *Steep hills and curves* – Hills and curves on rural roads are often steeper and sharper than on highways.  Before reaching the crest of a hill or before entering a curve, slow down, move to the right side of the road and watch for oncoming vehicles.

- *Highway-railroad grade crossings* – Many highway-railroad grade crossings on rural roads are marked only with a warning sign and a white X-shaped railroad crossing sign and typically do not have lights or crossing gates, therefore, you should always slow down, look both ways and be prepared to stop for a train before crossing the tracks.

- *Uncontrolled intersections* – Some intersections on rural roads are not controlled by yield or stop signs.  These intersections can be very dangerous if you do not approach them with caution.  When approaching an uncontrolled rural intersection slow down and be prepared to stop for crossing or oncoming traffic.

**Night Driving**

Night driving creates a different set of problems for drivers.  Driving at night is more hazardous and more difficult than daytime driving.  You cannot see nearly as much with your headlights as you see in the daytime.  Headlights limit your range of visibility.  Here are some things you can do that will help you to see better at night:

- Use your high beams whenever there are no oncoming vehicles.  High beams let you see twice as far as low beams.

- Dim your high beams whenever you come within about a one-block distance of an oncoming vehicle. If a vehicle comes toward you with their high beams on, flash your headlights once quickly.  If the driver fails to dim their lights, look toward the right side of the road to keep from being blinded by their headlights.  Do not try to "get back" at the other driver by keeping your bright lights on.  If you do, both of you may be blinded, possibly causing a crash.

Use your low beams when following another vehicle, in heavy traffic, in fog, or when it is snowing or raining hard.

- Light from high beams will reflect back, causing glare and making it more difficult to see ahead. Some vehicles have fog lights that you can use in fog, snow or rain.

- Avoid looking directly into oncoming headlights as this can cause momentary blindness from the glare.

- Develop the ability to glance well ahead of your headlight beams, looking for dark shapes on the roadway.

- Glance occasionally to the right and left to determine the location of the edge of the pavement and hazards that may come from the sides.

- Do not wear sunglasses or colored glasses when driving at night or on dark days.  Colored lenses cause your eyes to adjust even more slowly and can reduce your vision.

## Driving in Adverse Weather
### *Flooded Roadways*
Flooding can occur when streams and rivers flow over their banks, when dams or levees break, when there is run-off from deep snow or any time there is rainfall.  Floodwaters can be found on roads, bridges and low areas.  Flash floods can come rapidly and unexpectedly.  They can occur within a few minutes or hours of excessive rainfall.  Be cautious, especially at night, during storm seasons, or any time that flooding is common in your area.

- Do not drive through flooded areas.  If you see a flooded roadway ahead, turn around and find another route to get to your destination.

- Remember, 6 inches of water will reach the bottom of most passenger cars, causing loss of control or possible stalling and 2 feet of rushing water can carry away most vehicles.

- Even if the water appears shallow enough to cross, do not attempt to cross a flooded road.  Water can hide dips, or worse, floodwaters can damage roadways by washing away the underlying road surface.

- If there is no other route, proceed to higher ground and wait for the waters to subside.

*Fog -* See Section 8 - Vision Limitations

## Work Zones
A work zone is an area where roadwork takes place and may involve lane closures, detours and moving equipment.  Highway work zones are set up according to the type of road and the work to be done on the road.  The work zone can be long or short term and can exist at anytime of the year, but most commonly in the summer.

Work zones on U.S. highways have become increasingly dangerous places for both workers and drivers.  Approximately 40,000 people per year are injured as a result of motor vehicle crashes in work zones.  There are a large number of work zones in place across America, therefore, highway agencies are working on not only improving devices used in work zones, but to change the behavior of drivers so crashes can be prevented.

When approaching a work zone watch for materials such as cones, barrels, signs, large vehicles, or workers in bright colored vests to warn you and direct you where to go.  All temporary signs in work zones have an orange background and black letters or symbols and tell you what to do, how soon you will encounter the work zone and the speed limit through the work zone.  The reduced speed limits are necessary for the safety

of the workers and motorists.  If there are no reduced speed limit signs, you should obey the normal posted speed limit.

As a driver, you should learn and abide by the following safety tips for driving in work zones:

- Watch the traffic around you and be prepared to react by reducing your speed, obeying signs and flaggers and increasing your following distance.

- Do not become oblivious to work zone signs when the work is long term or widespread and be aware that traffic patterns in work zones can change daily including lane shifts or alternating lane closures.

- Merge as soon as possible.  Motorists can help maintain traffic flow and posted speeds by moving to the appropriate lane at first notice of an approaching work zone.

- Use extreme caution when driving through a work zone at night whether workers are present or not.

- Adjust your lane position away from the side where workers and equipment are located when possible.

- Some work zones, such as line painting, road patching and mowing are mobile.  Just because you do not see the workers immediately after you see the warning sign does not mean they are not out there.  Observe the posted signs until you see the one that says "End Road Work."

- Expect delays, plan for them and leave early to reach your destination on time.

- When you can, avoid work zones altogether by using alternate routes.

**Avoiding Collisions with Animals**
There may be times when an animal suddenly runs in front of your vehicle.  Do not swerve into oncoming traffic or off the roadway to avoid hitting the animal.

Big game animals, mostly deer, are large enough to cause damage to a motor vehicle.  The size of the animal may cause you to take drastic action to prevent a collision.  This may result in a more serious crash than if the vehicle collided with an animal.  Regretfully, the safest alternative may be hitting the animal.  Concentrate on regaining control of the vehicle before, during, and after the collision with the animal.

You can use these precautions to reduce your chances of colliding with an animal:

- Use caution when driving at dawn and dusk and between the months of October through December, when animals are most active.

- Use caution and be alert when driving on roadways marked with deer crossing signs.  These signs are placed in areas that have had a large number of deer/vehicle collisions.

- Look well down the road and far off to each side.  Scan the sides of the road to watch for the reflection of your vehicle headlights in the eyes of animals, especially at night and near woods and water.

- Slow down and use caution when approaching animals that are standing near the roadway, they may bolt or change direction at the last minute and their may be other deer following since they travel in groups.

- Use flashers or a headlight signal to warn other drivers when animals are spotted on or near the road.

- If you think you have time to avoid hitting an animal, reduce your speed, tap your brakes to warn other drivers and sound your horn.  Deer tend to fixate on headlights so flashing them may cause the animal to freeze in the road.  If there are no vehicles close behind you, brake hard, but do not lock wheels causing a skid.

- If a collision is inevitable, do not swerve to avoid the animal, your risk of personal injury may be greater if you do.  Keep your vehicle under control and on the roadway when you hit the animal.

- Report the crash to the police if it involves a large animal such as a deer or farm animal.  If the animal is a domestic pet and homes are nearby try to notify the pet's owner, if possible.  Do not go inside someone's home.

- Pets, such as dogs may also run out on the roadway.  Dogs that chase vehicles tend to approach in a straight line.  Slow down until the dog is near your vehicle then accelerate away from the dog as it approaches.  Dogs are likely to be seen in residential, rural or farm areas.

| **Test Your Knowledge** |
|---|
| Select the alternative (a, b or c) that best answers the question.<br><br>1.  When driving at night and a vehicle comes toward you with their high beam headlights on:<br>    a.  Flash your headlights once quickly<br>    b.  Keep your high beam headlights on<br>    c.  Look in the direction of their vehicle<br><br>2.  When approaching animals that are standing near the roadway:<br>    a.  Speed up to scare them away<br>    b.  Slow down and use caution<br>    c.  Swerve to avoid the animal<br><br>These questions may be on the test.  If you cannot answer all of them, re-read Section 10.<br><br>1. a    2. b |

# SECTION 11
## How to Prepare for Your Driver License
**This Section Covers**

- Knowledge Test
- Pre-Trip Vehicle Safety Inspection Test
- Basic Vehicle Control Skills Test
- Road Test

**Knowledge Test**

The primary purpose of a knowledge test is to make sure you have the information needed to drive safely. The knowledge test only measures a sample of what you know, but it shows you have a basic understanding.  The knowledge test consists of 25 multiple choice questions that are important to the safe operation of a motor vehicle, including traffic signs, pavement markings and Kansas laws and driving practices.  The questions are based on the information provided in this manual.  The test is not timed, but generally takes 15 to 20 minutes to finish.  You may go to any Full Service Driver License Center to take the knowledge test.  Please use the following link to determine if the station you plan to visit will be able to administer the knowledge test, http://ksrevenue.org/dmvstations.html .  Sample questions follow.

**Passing the Knowledge Test**

If you pass the knowledge test you are eligible to take the skills tests.  You must score an 80% to pass the knowledge test.  After you pass the knowledge test and receive your Instruction Permit, and are 17 years old or older, you may go to any Full Service Driver License Center to take your Driver's License Test. Please use the following link to determine if the station you plan to visit will be able to administer the Driver's License Test, http://ksrevenue.org/dmvstations.html.  If you are under 17 years old, you must hold your Instruction Permit for one full year or until reaching age 17 whichever comes first, before you are eligible to take the Driver's License Test.  You must pass three tests, the Pre-Trip Vehicle Safety Inspection Test, the Basic Vehicle Control Skills Test and the Road Test to receive your Driver's License.

**What to Bring With You for Your Driver's License Test**

You will need to present the following items to the examiner prior to taking your Driver's License Test.  All items must be valid and for the correct vehicle.

- Valid Instruction Permit.

- Proof of Kansas residence.

- If under the age of 18, a parent or legal guardian is required to sign for 50 hours of supervised driving, and if under the age of 17, sign permission to issue a license.

**Failing the Knowledge Test**

If you fail the knowledge test you should study the driver's manual further and retake the test.  You are given 4 opportunities to pass the knowledge exam.  If you fail to pass the 4th time, you will be required to wait 6 months before starting the process again.

**Sample Questions:**

What is a benefit of using hand-to-hand steering?

 a.  You can more easily use other vehicle controls while steering
 b.  Your hands cross over the steering wheel so you have more control of the vehicle
 c.  Less chance of injury in the event of a frontal crash in a vehicle equipped with a driver side air bag

2. Use antifreeze washer fluid because:
 a.  It will keep the fluid from freezing
 b.  When fluid is cold it can scratch your windshield
 c.  If your wiper blades are very cold, moisture will make them crack

3. An Instruction Permit allows you to:
 a.  Operate a motor vehicle when supervised by another driver
 b.  Operate a motor vehicle without supervision
 c.  Observe another driver operate a motor vehicle

4. The golden rule of driving is to:
   a. Ignore other drivers on the roadway
   b. Drive aggressively
   c. Treat others the way you want to be treated

5. If a pedestrian is crossing in the middle of the street, not at a crosswalk (also known as jaywalking) even if it is illegal, you:
   a. Must stop for them
   b. Do not have to stop for them
   c. Should honk your horn at them

6. If you are driving and you need to use your cell phone it is best to:
   a. Carefully use your cell phone, but do not talk for a long time
   b. Stop in a safe parking area and then make the call
   c. Use a hands-free device so you can keep both hands on the steering wheel

7. If you see a flooded roadway ahead:
   a. Check to make sure it is not too deep and then cross carefully
   b. Stop your vehicle on the roadway
   c. Turn around and find another route to get to your destination

8. At a 4-way stop:
   a. The driver reaching the intersection first should be given the right-of-way
   b. The driver to the right should be given the right-of-way
   c. The driver to the left should be given the right-of-way

**Pre-Trip Vehicle Safety Inspection Test**
During the pre-trip inspection, you must show that your vehicle is safe to drive.  You may have to walk around the vehicle, point to or touch each item and explain to the examiner what you are checking and why.  You will NOT have to open the hood or crawl under the vehicle.

With a parent/guardian or friend, who is properly licensed and over the age of 21, practice inspecting various types of vehicles until you can identify the following vehicle parts and tell your parent/guardian or friend what you are looking for and inspecting.  You should be able to state the key features or indicators that show if a vehicle component is safe or unsafe.

**External Inspection**
***Vehicle Walk Around*** – Walk around the vehicle, indicating that you are looking at the general condition of the vehicle and that you are looking for children, animals and other debris around the vehicle before entering.  It is critical to walk around the vehicle before driving to be sure the vehicle is in good condition and that there is nothing in the way when you move your vehicle.

***Leaks*** – Look for puddles or dripping fluids on the ground, under the engine and around the transmission and fuel tank area.  It is important to look for leaks because fluid loss could indicate component failure in areas where levels might not be readily checked, such as the transmission or fuel systems.

***Tires*** – The tires should be checked for proper inflation, tread depth and condition.  The inflation of a tire should be checked by using a tire gauge.  Check the tire for minimum tread depth.  Check that tread is evenly worn and look for cuts or other damage to tread or sidewalls.  Also make sure that valve caps and stems are not missing, broken, or damaged.  It is important to check your tires because low inflation or lack of tread increases the effect of hydroplaning, reduces cornering ability, and increases the chance of blowout from excessive heat buildup due to increased flexing of the tire.  Stopping distance is increased from poor contact with the road surface.  Over inflation increases the chance of tread separation and tire failure.  Cuts and bruises may cause tire failure, blowout, and sudden loss of control.

***Headlights*** – Check that low and high beam headlights are operational and that the lenses are not cracked, broken or missing.  It is important to check your headlights because they are critical for better visibility, nighttime driving, and inclement weather conditions.

***Taillights and Brake Lights*** – Check that taillights and brake lights are operational and that the lenses are not cracked, broken or missing.  It is important to check your taillights and brake lights because they are critical for better visibility.  Brake lights also communicate to other drivers that you are slowing or stopping.

***Turn Signals*** – Check that all turn signals, both front and back, are operational and that the lenses are not cracked, broken or missing.  It is important to check your turn signals because they are critical to communicate to other drivers when and which way you are turning.

**Internal Inspection**

***Seats and Safety Belts*** – Check that there are no broken seat frames and that the seats are firmly attached to the floor.  Properly adjust the driver seat so you can reach the pedals and turn the steering wheel.  Check for properly secured, mounted, and adjusted safety belt.  Make sure the safety belt is not ripped or frayed and properly place the safety belt across your hips and shoulder.  Seats must be securely fastened, safe to sit in and properly adjusted.  To keep you safe and in control while you drive, safety belts must be available, in usable condition and properly fastened.

***Windows and Windshield*** – Check windows to make sure they are clear, have no obstructions or damage to the glass and can open and close properly.  Also check the windshield to make sure it is clear and has no obstructions or damage to the glass.  Cracks, stickers, glare or dirt can cause you to lose sight of other traffic or changes in road conditions.

***Doors and Mirrors*** – Check that door(s) are not damaged and that they open, close and latch properly.  Check that all internal and external mirrors and mirror brackets are securely mounted, not damaged and free of excessive dirt.  Check mirrors for proper adjustment.  It is important to check the doors on a vehicle because doors must close and latch properly to keep you safe while driving.  It is important to check mirrors as they provide visibility to the sides and rear.

***Wipers and Washers*** – Check that wiper arms and blades are secure and not damaged and that the windshield wipers and washers operate correctly.  It is important to make sure your windshield wipers are in good condition because they improve visibility during rain and other adverse conditions.  Worn blades reduce visibility, which makes it difficult to see.

***Heater/Air Conditioner/Defroster*** – Describe how the heater, air conditioner and defroster work.  Test the defroster by activating the fan and placing your hand over the dashboard's vent to ensure it is working properly.  It is important to make sure your defroster is working properly because it improves visibility, especially during cold weather.

***Horn*** – Check that the horn works.  It is important to make sure it is working because the horn is a device that must function properly in order to warn other roadway users (vehicles, pedestrians, bicyclists) of your presence, if needed.

***Indicator Lights*** – Check that (dash) indicator lights for turn signals, hazard flashers and headlight high beams illuminate when corresponding lights are turned on.  It is important to make sure your indicator lights work because they help to warn you if external lights, such as turn signals and high beams are still active when not appropriate.

***Fuel Gauge*** – Check that there is a sufficient amount of fuel and that the gauge is not on empty.  It is important to have fuel in your vehicle so the vehicle will start and drive properly.

# Vehicle Safety Inspection Study Aid

Front Lights
(high/low beams and turn signals)

Leaks



Tires

<u>In-Vehicle</u>
• seats & safety belt
• windows & windshield
• doors/mirrors
  (rearview & outside)
• wipers & washers
• heater/ac/defroster
• horn
• indicator lights
• fuel gauge

Rear Lights
(tail and brake lights/turn signals)

**Basic Vehicle Control Skills Test**

Your basic control skills test may be performed off-street, on-street during the road test, or both.  It will consist of two or more of the following exercises:

- Forward Two-point Turnabout

- Reverse Two-point Turnabout

- Three-point Turnabout

- Left-side Parallel Park

- Right-side Parallel Park

These exercises are shown in Figures 10.1 – 10.5.

With a parent/guardian or friend, who is properly licensed and over the age of 21, practice these exercises in a safe area, such as a parking lot or residential area until you can correctly complete them.  Try practicing the exercises in a variety of vehicles and locations.

**Instructions**
The examiner will give you detailed instruction for completing the test exercises and you will be given the opportunity to ask questions.

**Scoring**
*Reversal –* A reversal is when you stop and reverse direction to get a better position.  Each time you reverse direction it is counted as an error.  Stopping without changing direction does not count as a reversal.

*Encroachments –* Touching or crossing over an exercise boundary line or cone with any part of your vehicle, other than the vehicle's mirrors is considered an encroachment.  Each encroachment will count as an error.

*Turn Signals –* When performing an exercise you must use the correct turn signal when turning or backing.  Each time you fail to use or improperly use your turn signal it will count as an error.  If your turn signal cancels automatically make sure to reactivate it when necessary.

*Head/Traffic Check(s) –* When performing an exercise it is important to check traffic prior to entering or exiting a roadway.  You must make sure that it is safe to perform the exercise and that the roadway is clear in both directions before entering back into traffic or leaving the exercise area.  You will be scored if you do not use head/traffic checks during the exercises.

*Final Position –* It is important that you finish each exercise exactly as the examiner has instructed you.  If you do not maneuver the vehicle into its final position as described by the examiner, points will be added to your score.

**Exercises**
*Forward Two-point Turnabout –* You may be asked to pull forward into a driveway or alley (during the road test or in an off-street area marked by traffic cones and/or lines) until the back end of your vehicle passes the front set of cones and the vehicle is not in the roadway.  You will then back the vehicle to the right into the street and drive forward out of the exercise area, returning to the area where you started.  This exercise demonstrates your ability to execute a two-point turnabout and to utilize a street, alley or driveway to reverse the direction you are traveling on a two-lane road.  Basic skills needed for this exercise consist of visual skills,

judgment of space, use of mirrors and turn signals, steering, braking and acceleration control, etc. (See Figure 12.1).



***Reverse Two-point Turnabout*** – You may be asked to drive past the entrance to a driveway or alley (during the road test or in an off-street area marked by traffic cones and/or lines) and back to the right into the street or alley until the front end of your vehicle clears the front set of cones and the vehicle is not in the roadway. You will then drive the vehicle to the left into the street, returning to the area where you started and then drive forward out of the exercise area. This exercise demonstrates your ability to execute a reverse two-point turnabout and to utilize a street, alley or driveway to reverse the direction you are traveling on a two-lane road. Basic skills needed for this exercise consist of backing skills, visual skills, judgment of space, use of mirrors and turn signals, steering, braking and acceleration control, etc. (See Figure 12.2).



***Three-point Turnabout*** – You may be asked to drive forward into a three-point turnabout area (during the road test or in an off-street area marked by traffic cones and/or lines) and execute a three-point turnabout. This exercise demonstrates your ability to execute a three-point turnabout and to utilize a street to reverse the direction you are traveling on a two-lane road. Basic skills needed for this exercise consist of backing skills, visual skills, judgment of space, use of mirrors and turn signals, steering, braking and acceleration control, etc. (Figure 12.3).



***Right-side Parallel Park*** - You may be asked to park in a parallel parking space that is on your right side. You are to drive past the parking space and back into it. You must get the vehicle completely within the parking space. Try to bring the vehicle within [18] inches of the curb side of the space without crossing side or rear boundaries marked by lines or cones. This exercise demonstrates your ability to parallel park a vehicle. This is an essential skill for parking. A parallel park is one of the best indicators that you have the basic skills necessary to safely operate a motor vehicle. Basic skills needed for this exercise consist of visual skills, judgment of space, use of mirrors and turn signals, steering, braking and acceleration control, etc. (See Figure 12.4).



***Left-side Parallel Park*** – You may be asked to park in a parallel parking space that is on your left side. You are to drive past the parking space and back into it. You must get the vehicle completely within the parking space. Try to bring the vehicle within [18] inches of the curb side of the space without crossing side or rear boundaries marked by lines or cones. This exercise demonstrates your ability to parallel park a vehicle. This is an essential skill for parking. A parallel park is one of the best indicators that you have the basic skills necessary to safely operate a motor vehicle. Basic skills needed for this exercise consist of visual skills, judgment of space, use of mirrors and turn signals, steering, braking and acceleration control, etc. (See Figure 12.5).



## Basic Control Skills Test Study Aid

**Figure 12.1 – Forward Two-point Turnabout**        **Figure 12.2 – Reverse Two-point Turnabout**

 

**Figure 12.3 – Three-point Turnabout**



**Figure 12.4 – Right-side Parallel Park**          **Figure 12.5 – Left-side Parallel Park**

 

**Road Test**

You will drive over a test route that may have a variety of traffic situations.  You will follow the directions of the examiner.  Directions will be given to you so you will have plenty of time to do what the examiner has asked.  You will not be asked to drive in an unsafe manner.  At all times during the test, you must drive safe and responsibly.  During the driving test, the examiner will be scoring you on specific driving maneuvers as well as on your general driving behavior.

With a parent/guardian or friend, who is properly licensed and over the age of 21, practice driving in low traveled, residential areas until you are confident you can drive in other types of traffic situations, such as urban areas and expressways.  All new drivers are encouraged to take a driver's education course as driving is a complicated task.

**How You Will Be Tested**
*Turns*

- You have been asked to make a turn.   As you approach the turn:

  Check traffic in all directions, use the correct turn signal, brake smoothly and evenly and safely get into the correct lane needed for the turn.

- If you must stop before making the turn because of traffic, signals or signs:

  Smoothly come to a complete stop without skidding behind the stop line, crosswalk, or stop sign.  A safe gap when stopping behind another vehicle is to stop where you can see the rear tires of the vehicle ahead of you.  Keep the front wheels aimed straight ahead.

- When ready to turn:

  Check traffic in all directions.  Keep both hands on the steering wheel during the turn.  Maintain smooth even acceleration and yield to pedestrians and other traffic.  Keep checking your mirror to make sure the vehicle does not hit anything on the inside of the turn.  Do not move into oncoming traffic or drive over the curb.  Keep the vehicle in the proper lane.

- After turn:

  Make sure you finish completing the turn in the correct lane and that your turn signal has cancelled.  Accelerate to the speed of traffic, use your turn signal, check your blind spots by looking over your shoulder (head check), check your mirrors and move into the right-most lane when it is safe to do so (if not already there).

*Intersections*

- As you approach an intersection:

  Check traffic thoroughly in all directions.  Brake smoothly and evenly and maintain lane position.

- When stopping at an intersection:

  If necessary, come to a complete stop behind any stop signs, signals, sidewalks, or stop lines.  If stopping behind another vehicle maintain a safe gap.  You should be able to see the rear tires of the vehicle ahead of you.

- When driving through an intersection:

  Check traffic thoroughly in all directions.  Keep both hands on the wheel and slow down and yield to any pedestrians or traffic in the intersection.  Do not change lanes while proceeding through the intersection.

- Once through the intersection:

  Continue checking mirrors and traffic behind you.  Accelerate smoothly.  If there are multiple lanes of traffic, accelerate to the speed of traffic, use your turn signal, check your blind spots by looking over you shoulder (head check), check your mirrors and move into the right-most lane when it is safe to do so (if not already there).

*Urban*
- During this part of the test, you are expected to make regular traffic checks, check cross traffic and maintain a safe following distance.  Your vehicle should be centered in the proper lane (right-most lane) and you should keep up with the flow of traffic, but not exceed the posted speed limit.

*Rural/Open Highway*
- During this part of the test, you are expected to make regular traffic checks, check cross traffic and maintain a safe following distance.  Your vehicle should be centered in the proper lane (right-most lane) and you should keep up with the flow of traffic, but not exceed the posted speed limit.

*Lane Changes*
- During multiple lane portions of the test, you will be asked to change lanes to the left, and then back to the right.  You should make the necessary traffic checks first by looking in your mirrors and checking your blind spots by looking over your shoulder (head check).  Make sure you use the correct turn signal and smoothly change lanes when it is safe to do so.  Cancel your turn signal upon completion and check traffic.

*Expressway*
- When entering the expressway:

   Check traffic by looking in your mirrors and checking your blind spots by looking over your shoulder (head check).  Make sure you use your turn signal.  While increasing speed, smoothly merge into the proper lane of traffic without stopping or crossing over any solid painted lines.  Cancel your turn signal upon completion of the merge.

- Once on the expressway:

   Maintain proper lane positioning, vehicle spacing and vehicle speed.  Continue to check traffic thoroughly in all directions.

- When exiting the expressway:

   Make necessary traffic checks.  Use proper signals and brake smoothly once you enter the deceleration lane.  Continue to decelerate within the lane markings, follow posted warning speeds and maintain adequate spacing between your vehicle and other vehicles.  Cancel your turn signal upon completion of exiting the expressway.

*Limited Access Roadway*
- When entering the limited access roadway:

   Check traffic by looking in your mirrors and checking your blind spots by looking over your shoulder (head check).  Make sure you use your turn signal.  While increasing speed, merge or turn smoothly into the proper lane of traffic without stopping (unless necessary) or crossing over any solid painted lines.  Cancel your signal upon completion of the merge or turn.

- Once on the limited access roadway:

   Maintain proper lane positioning, vehicle spacing and vehicle speed.  Continue to check traffic thoroughly in all directions.

- When leaving the limited access roadway:

   Make necessary traffic checks.  Use proper signals and brake smoothly once you enter the deceleration or turning lane.  Continue to decelerate within the lane markings, follow posted warning speeds and maintain adequate spacing between your vehicle and other vehicles.  Cancel your signal upon completion of exiting the limited access roadway.

*Curve*

- When approaching a curve:

   Check traffic thoroughly in all directions.  Before entering the curve, reduce your speed so further braking is not required in the curve.  Keep vehicle in the lane.  Continue checking traffic in all directions.  Maintain a safe speed through the curve and follow posted warning signs.

*Traffic Signs*

- During the road test you will be asked to identify a number of traffic signs.  They can be located anywhere on the road test.  If the examiner asks you what road sign you just passed you should be able to tell the examiner.

*General Driving*

- Use brakes properly:

   Do not brake harshly.  Brake smoothly using steady pressure.  Come to a complete stop at traffic signs or signals.

- Proper steering:

   Keep both hands on the outside of the steering wheel at all times unless using other controls.  Once you have completed using other controls return both hands to the steering wheel.  All methods of steering are acceptable (i.e., hand-over-hand and hand-to-hand) as long as both hands are on the outside of the wheel.

- Proper lane usage:

   Do not put vehicle over curbs, sidewalks or lane markings.  Complete a turn in the proper lane on a multiple lane road (vehicle should finish a left turn in the left-most lane, the one directly to the right of the centerline).  Finish a right turn in the right-most (curb) lane.  Move to or remain in the right-most lane unless lane is blocked.  Do not attempt lane changes at intersections.

- Regular traffic checks/head checks:

   Check traffic and mirrors regularly.  Check traffic and mirrors before, while in and after an intersection, turn or lane change.  Watch for hazards by searching left and right at intersections, driveways, store entrances, railroad tracks or any other areas where traffic intersects.  Scan and check traffic in high volume areas and areas where pedestrians are expected to be present.  Check traffic by looking over your shoulder (head check) when necessary (i.e. lane change, merging).

- Use of turn signals:

   Use turn signals when required.  Activate turn signals at appropriate times.  Do not signal too early or too late.  Cancel turn signals upon completion of a turn or lane change.

- Stopping at stop line or crosswalk or gap:

   When stopping at a stop sign or traffic signal do not stop over marked stop line, pedestrian crosswalk, sidewalk or other marker.  Do not stop vehicle in the intersection.  When stopping behind another vehicle make sure you can see the rear wheels of the vehicle in front of you.

*Automatic Failures*

If any of the following errors occur during the road test the examiner will automatically fail you for the remainder of the test:

- If you do not use your safety belt.

- If you receive a traffic citation for a moving violation, disobey signs or signals, speed, roll through stops, or ignore traffic laws.

- If you do not yield to pedestrians or other roadway users.

- If you are involved in an avoidable crash or if your vehicle has physical contact with other vehicles, objects or pedestrians.

- If you commit any unsafe act or if another driver is forced to take evasive actions in order to prevent a crash.

- If you put the vehicle over sidewalks or curbs unnecessarily.

- If the examiner has to take control of the vehicle.

**Basic Control Skills on Road Test**

During the Road Test you will be asked to demonstrate some of the basic control skills exercises (e.g. two-point turnabout, three-point turnabout, parallel parking) in a real world setting.  The examiner will provide you with instructions.  Upon completion of the exercise you will continue on with the Road test.

**Conclusion**

At the end of the tests, the examiner will discuss the results of each test and provide recommendations for possible improvement.

# SECTION 12
## Optional Information

**This Section Covers**
- Trip Planning
- Winter Driving
- Driving in Very Hot Weather
- Tornadoes
- Lightning

**Trip Planning**

There are ways you can help reduce your driving costs.  First, determine your overall transportation needs.  For each trip, determine if it is necessary.  If so, there may be times you do not need to drive yourself.  You might ride with someone else or you could take public transportation if it is available.  The best way to extend the life of your vehicle and save on fuel is to use it as little as possible.

To help cut down on your driving and make trip planning easier:

- Take public transportation when it is available.

- Avoid driving during heavy traffic.  It causes extra wear and tear on you and the        vehicle.

- Use carpools or share rides whenever possible.

- Plan, and then combine your trips.  Make a list of the things you need and the places you need to go.  Go to as many places as possible on any one trip.

- Call ahead to make sure that they have what you need or that what you are picking up is ready.

By doing these things you can help cut down on the amount of traffic on the road, cut your travel costs and save yourself time and effort.

To prepare a vehicle for any trip be sure to check the important mechanical components such as windshields and windows, lights, tires, all fluid levels, belts, hoses and brakes.  Get a good night's sleep the night before the start of the trip.

Before going on a trip, consider the time of day to avoid congestion in city areas.  Have a plan for the route including the route number, entrance and exit numbers of the final destination.  Consider rest stops, fuel stops, food stops and potential construction areas.  Take a map with routes highlighted or a description of a route written on paper as a reference.

Determine the number of miles to be traveled daily.  The average number of miles driven on major highways is 100 to 110 miles every two hours with 10 to 15 minute breaks every 2 to 3 hours and 1 hour stops for meals.  When traveling on secondary roads, which go through towns and cities or traveling through mountains, it will take longer to get to your destination.

If one person will be doing all of the driving, 6 to 8 hours of driving in any one day should be considered the limit.  When two or more persons can share the driving, total driving time should not exceed 10 to 11 hours.  Avoid driving after dark when visibility is limited and particularly after 11 p.m. when you are more apt to fall asleep while driving.

Be prepared when going on any trip.  Remember to take:

- An extra set of keys in case you lock your keys in the vehicle or lose them

- Insurance information in case you are in a crash

- Money for expected and unexpected travel expenses

- Vehicle owner's manual in case your vehicle breaks down

- Maps of local areas in case you get lost

**Winter Driving**

Winter is the most difficult driving season.  Not only do you have snow and ice to deal with, but there are fewer hours of daylight as well.  Before winter weather arrives, make sure your vehicle is in good condition.  Make sure your vehicle has good snow tires.  Put them on the vehicle before the first snowfall.  On front-wheel drive vehicles, it is best to put snow tires or "all-season" tires on all four wheels, not just the front.  Studded snow tires are only legal from November 1 through April 1.

During ice or snowstorms, especially when a weather advisory is issued, do not drive unless it is absolutely necessary.  If you must drive, first clear the ice and snow from your vehicle, including the headlights and taillights, the windshield wipers and all of the windows.  Be sure to use a freeze-resistant cleaning solution for the wipers and that the reservoir is filled adequately.

Drive slowly.  Even if your vehicle has good traction in ice and snow, other drivers will be traveling with caution.  Do not disrupt the flow of traffic by driving faster than everyone else drives.  When sleet, freezing rain or snow starts to fall, remember that bridges, ramps, and overpasses are likely to freeze first.  Also, be aware that slippery spots may remain after road crews have cleared the roadways.

An emergency situation on the road can happen at any time.  Be prepared with a survival kit that should always remain in the vehicle and replenished after each use.  Supplies include:

- A properly inflated spare tire, a shovel, jumper cables, tow and tire chains, a bag of salt or sand and a tool kit.

- Working flashlight and extra batteries, reflective triangles and brightly colored cloth, compass, first aid kit, exterior windshield cleaner, ice scraper, snow brush, matches in a waterproof container, blankets, woolen gloves, socks and a hat

- Water and non-perishable foods that give you energy such as unsalted canned nuts, dried fruits and hard candy.

If you become stranded while traveling in cold weather, stay with your vehicle.  Do not leave your vehicle unless you know exactly where you are and how far it is to help.  Most deaths under these circumstances occur when people get out of their vehicles, become lost and suffer prolonged exposure to the cold.  Stay calm, wait for help to arrive and use the following tips:

- Turn on your hazard warning lights.

- To attract attention, light two flares and place one at each end of the vehicle a safe distance away.  Hang a brightly colored cloth from your driver side window, mirror or door handle.

- Keep the exhaust pipe clear of snow and debris.  Fumes from the exhaust can leak into the vehicle and can cause you to black out or even cause death.

- Run the engine and heater until the vehicle is reasonably warm and then turn it off.  Repeat this process as long as fuel is available.  Running the engine for approximately 10 minutes each hour, in order to charge the battery and warm the interior, is recommended.

- Even in extremely cold temperatures, leave at least one window partially open to let fresh air in.  Occupants of an idling vehicle can suffer carbon monoxide poisoning if ventilation is not adequate and heavy snow and ice can seal a vehicle shut.

- At least one person in the vehicle should remain awake at all times.

- To protect yourself from frostbite and hypothermia use woolen items and blankets to keep warm.

**Driving in Very Hot Weather**

When driving in very hot weather pay special attention to the following items:

- *Tires* – Check the tire mounting and air pressure.  Inspect the tires every two hours or every 100 miles when driving in hot weather.  Air pressure increases with temperature.  Do not let air out or the pressure will be too low when the tires cool off.

- *Engine oil* – The engine oil helps keep the engine cool.  Make sure there is enough oil.  If you have an oil temperature gauge, make sure the temperature is within the proper range while you are driving.

- *Engine coolant* – Before driving, make sure the engine cooling system has enough water and antifreeze.  When driving check the water temperature or coolant temperature gauge from time to time.  Make sure that it remains in the normal range.  If the gauge goes above the highest safe temperature, there may be something wrong that could lead to engine failure and possibly fire.  Stop driving as soon as safely possible to find out what is wrong.

- *Watch for bleeding tar* – Tar in the road pavement frequently rises to the surface in very hot weather.  Spots where tar "bleeds" to the surface can be very slippery so use caution when you see it.

- *Go slow enough to prevent overheating* – High speeds create more heat for tires and the engine.  In desert conditions, the heat may build up to the point where it is dangerous.  The heat will increase chances of tire failure, or even fire and engine failure.

**Tornadoes**

Vehicles are notorious as death traps in tornadoes because they are easily tossed and destroyed.  If you spot a tornado either leave the vehicle for sturdy shelter or drive out of the tornado's path.  Avoid seeking shelter under bridges or overpasses.  If a tornado moves through, winds will actually be stronger beneath the overpass due to a "wind tunnel effect."  Bridges and overpasses provide little protection from flying objects.

**Lightning**

Only a hard-topped vehicle will protect you in a lightning storm.  Make sure all doors are closed and windows are up.  Do not touch any metal surfaces.  Do not use radios connected to an external antenna mounted on the vehicle.  Otherwise, the safest place to be during a thunderstorm is inside a well-constructed building with plumbing and electric wiring.

If you cannot open the door or window, there will be a small air pocket near the part of the vehicle which is highest in the water.  If you can't get a side window open, take a breath and kick the window out.  Go to the air pocket for one more breath and then escape.

**PLEASE REMEMBER**

The Department of Revenue can serve you better if you notify the following each time you move.

1.  For your vehicle tags: Contact your local County Treasurer

2.  For your non-commercial driver license/identification card: Please visit any Kansas Driver Licensing office or County Treasurer's office that offers Driver Licensing services.

Or online @ https://www.kdor.org/dl/default.aspx

If a commercial license holder, you will need to visit any full service  Kansas Driver Licensing office.

Please visit http://www.ksrevenue.org/dmvstations.html, for a complete list of office locations.

Please provide your **driver license/identification card**, along with proof of your new residential address.

# SHARE YOUR LIFE.
# BECOME AN ORGAN AND TISSUE DONOR

Are you aware that thousands of people in the United States are waiting for a life-saving organ transplant? Thousands more can benefit from a skin, bone, tendon, cornea or other tissue transplant. Currently, there is a very serious need for organ and tissue donation—especially in the minority community.

When applying for or renewing your driver's license, you will be asked if you would like to be an organ and tissue donor. By saying yes, the word "**Donor**" will be placed on the front of your license. You will also be asked if you want to be listed on the **Donor Registry.** Both of these options serve as an indication of your intent and commitment to become a donor. In the event of your death, this information will help your family know what your wishes are.

Kansas law allows any person who is 18 years or older to become an organ and tissue donor after their death by indicating their wishes on the back of their driver's license and having it signed by witnesses. When properly signed, the **driver's license or donor card** becomes a legal document and must be honored after death. A person who is under age 18 can sign the license and be listed on the registry with the approval/signature of their parent/s or guardian.

Effective July 1, 2010, House Bill 2486 designated the Kansas statewide organ and tissue donor registry as **First Person Consent.** The change to first-person consent means that an individual's decision to donate (also referred to as authorization) is legally binding, and no one else may reverse that decision if the individual is at least 18 years old.

**DID YOU KNOW?**
- People of all ages and medical histories are considered for potential donation. Your medical condition at the time of death will determine what organs and tissue can be donated.
- All major religions approve of organ and tissue donation and consider donation the greatest gift.
- An open casket funeral is possible for organ and tissue donors.
- There is no cost to the donor's family or estate for organ and tissue donation. Funeral costs remain the responsibility of the family.
- Living donation is possible.

Midwest Transplant Network
For more information please visit our website at www.mwtn.org
To sign up in the state registry directly please visit www.DonateLifeKansas.com

**LIVE IT. GIVE IT. LIFE.**
**SHARE YOUR LIFE.**
**SHARE YOUR DECISION**.